IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DINO G. PETROCELLI ) ) Plaintiff, ) ) Vs. ) Case No. ) 04-CV-943-KAJ ) CHRYSLER CORPORATION, MOPAR ) DIVISION ) ) Defendant, | |

## MOTION TO STRIKE

I, Dino G. Petrocelli, the Plaintiff in the case mentioned above, acting in Pro Se status with this court, requests for a motion to strike the Defendant's plea for legal representation, Pro Hac Vice. The Defendant, had failed to cooperate in a timely manner with this case by not answering complaint within the time limits allowed by Rule 12(a)(__) of the Federal Rules of Civil Procedure.  Prior to serving my complaint, the EEOC extended the conciliation schedule as per request of the Defendant who claimed the necessity of more time to confer with DaimlerChrysler legal department. After the extension expired, the Defendant did not return calls made by the EEOC investigator and chose to ignore attempts to conciliate this matter, in good faith, with the EEOC and myself, as stated on Exhibit "A". The court should recognize that the address of recipient contained on exhibit "B" and exhibit "C" are the same, and that Exhibit "B" includes an alternate address that the defendant recognizes as a "business location".

The Defendant states that "confusion and administrative error" were reasons the complaint did not make it to the "appropriate company officials", even though the Request for Default filed with this court, did make it to the "appropriate company officials" in enough time for the Defendant's recent submission of an overdue answer to the complaint with this court. The Defendant should not be permitted to delay the court proceedings any further and the Request for Default should be granted on my behalf, so we may proceed towards a resolution and not continue to waste any more of the court's time.

By: *[signature]*
Dino G. Petrocelli
129 Emery Court
Newark, DE 19711
(302) 894-1496 or
(302) 897-5167cell

Cc: Jennifer Gimler Brady(Del.I.D.2874)
    Sarah E. DiLuzio (Del. I.D. 4085)
    Hercules Plaza, Sixth Floor
    1313 North Market Street
    P.O. Box 951
    Wilmington, DE 19899
    (302) 984-6000

*Attorneys for DaimlerChrysler Corporation*



Exhibit "A"



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Philadelphia District Office

21 South 5th Street, Suite 400
Philadelphia, PA 19106-2515
(215) 440-2600
TTY (215) 440-2610
FAX (215) 440-2604, 2632 & 2805

Dino G. Petrocelli

            Charging Party

v.                                              Charge No.: 17CA200186

Mopar Parts Depot

            Respondent

### Notice of Conciliation Failure

The Equal Employment Opportunity Commission (EEOC) has determined that its efforts to conciliate this charge filed under Title VII of the Civil Rights Act of 1964, as amended (Title VII) and have been unsuccessful. Therefore, the case has been referred to our Legal Unit for possible litigation. You will be informed of the EEOC's decision in this matter.

If the EEOC decides to bring a civil action, on behalf of the Charging Party, the Charging Party will have the right to seek to intervene in such an action. If the EEOC decides that it will not bring a civil action based on this charge, the Charging Party will be issued a Notice of Right to Sue, which will entitle him to sue the Respondent on his own behalf.

It is requested where suit is filed that the Charging Party notify EEOC at the above address by letter and copy of the complaint.

On Behalf of the Commission,

11/19/04
Date

Marie M. Tomasso
District Director

cc: Glenda Gibbs

Exhibit "B"

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form

| | |
|---|---|
| PLAINTIFF: Dino G. Petrocelli | COURT CASE NUMBER: |
| DEFENDANT: Daimler Chrysler Corp. | TYPE OF PROCESS: Complaint |

**SERVE** ➤ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Christopher P. Heosane, Staff Advisor (Daimler Chrysler)

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): Daimler Chrysler Corp. 1100 Chrysler Dr. CIMS 485-08-10 Auburn Hills, MI 48326

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Dino G. Petrocelli
129 Emery Ct.
Newark, DE 19711

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Mopar Parts Depot - Bob Mailoux or Dawn Reese.
50 S. College Ave (or 1 Mopar Drive)
Newark, DE 19711
302) 453-5(20)     PAUPER CASE

Signature of Attorney or other Originator requesting service on behalf of: ☑ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 302) 694-1496
DATE: 10/1/04

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin No. 11 | District to Serve No. 5 | Signature of Authorized USMS Deputy or Clerk | Date 10-4-04 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☑ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): [redacted]

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

Date of Service: 11/15/04   Time: — pm

Signature of U.S. Marshal or Deputy:

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |

REMARKS: Christopher Ferrara - Sr. Proj Mgr

NOTE

Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. Print your name and address on the reverse so that we can return the card to you. Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:

Miller Chrysler Corp. Christopher Mopar Parts Depot Housing
c/o Chrysler Drive
MS 485-08-10
Burn Hills, MI 48326-2666

A. Signature
X [signature] ☑ Agent ☐ Addressee

B. Received by (Printed Name)  Tim Robbins   C. Date of Delivery FEB 08 2005

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

FEB 08 2005

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7004 1160 0006 7947 2521

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

Sender: Please print your name, address, and ZIP+4 in this box

David Penocelli
109 Emery Ct.
Newark, DE 19711

United States Postal Service   First-Class Mail Postage & Fees Paid USPS Permit No. G-10

Exhibit "C"