IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DINO G. PETROCELLI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | Case No. 04-CV-943-KAJ |
| CHRYSLER CORPORATION, MOPAR ) | |
| DIVISION, ) | |
| ) | |
| Defendant. ) | |

## DAIMLERCHRYSLER CORPORATION'S RESPONSE TO PLAINTIFF'S MOTION TO STRIKE

COMES NOW DaimlerChrysler Corporation, by and through its undersigned attorneys, and provides the following response to Plaintiff's Motion to Strike. DaimlerChrysler states:

1. In the motion at issue, which is captioned "Motion to Strike," Plaintiff requests that this Court strike the *Pro Hac Vice* Applications of William C. Martucci and Kristen A. Page, who are counsel for DaimlerChrysler Corporation. Plaintiff argues in support of his motion that the *Pro Hac Vice* Applications should be stricken because DaimlerChrysler did not timely respond to his Complaint.

2. The *Pro Hac Vice* Applications of Mr. Martucci and Ms. Page have already been granted by this Court. *See* Docket Entries 18 and 19. The Applications were made pursuant to Local Rule 83.5, and all of the requirements of the Rule were met in connection with the Applications.

3. Although not so captioned, it appears that Plaintiff's real contention in his Motion to Strike is that the Court should have granted his Request to

Enter Default (Docket Entry 14), and should not have permitted DaimlerChrysler to enter its appearance in this case and proceed in defending against Plaintiff's claims.[1]

4. DaimlerChrysler has already presented the Court with its arguments in opposition to Plaintiff's Request to Enter Default and will not repeat them here, except to again state that it has shown good cause for any failure on its part to timely respond to Plaintiff's Complaint and that it now seeks to proceed in defending against Plaintiff's claims.

WHEREFORE, for all of these reasons, DaimlerChrysler respectfully requests that the Court deny Plaintiff's Motion to Strike, permit DaimlerChrysler to proceed in defending against Plaintiff's claims, and grant any other relief the Court deems just and proper.

POTTER ANDERSON & CORROON LLP

By _/s/ Sarah E. DiLuzio_
Jennifer Gimler Brady (Del. I.D. 2874)
Sarah E. DiLuzio (Del. I.D. 4085)
Hercules Plaza, Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000

*Attorneys for DaimlerChrysler Corporation*

---

[1] In this regard, Plaintiff also served DaimlerChrysler with a document captioned "Motion to Appeal Decision (Pursuant to Rule 4.1)," but that document does not appear on the Court's docket sheet for this case. Therefore, DaimlerChrysler assumes it was not filed with the Court and that no response is required. To the extent the document has been filed with Court and a response is required, DaimlerChrysler states that it should be denied for the reasons set forth in its Response to Plaintiff's Request to Enter Default (Docket Entry 15).

OF COUNSEL:

William C. Martucci, Mo. #28237*
Kristen Aggeler Page, Mo. #50852*
SHOOK, HARDY & BACON
2555 Grand Blvd.
Kansas City, Missouri 64108-2613
(816) 474-6550 – Telephone
(816) 421-5547 – Facsimile

* Admitted *Pro Hac Vice*

Dated: March 14, 2005

PA&C-673813v1

## CERTIFICATE OF SERVICE

I, Sarah E. DiLuzio, hereby certify this 14th day of March, 2005, that two (2) true and correct copies of the foregoing **DAIMLERCHRYSLER CORPORATION'S RESPONSE TO PLAINTIFF'S MOTION TO STRIKE** were served in the manner indicated on the following:

### FIRST CLASS U.S. MAIL POSTAGE PREPAID

Dino G. Petrocelli
129 Emery Court
Newark, DE 19711

*/s/ Sarah E. DiLuzio*
Sarah E. DiLuzio (#4085)
Potter Anderson & Corroon LLP
Hercules Plaza, Sixth Floor
1313 North Market Street
Wilmington, Delaware 19899-0951
(302) 984-6000 – Telephone
(302) 658-1192 – Facsimile
sdiluzio@potteranderson.com