ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DINO G. PETROCELLI            )
                              )
         Plaintiff,           )
                              )
Vs.                           )  Case No.
                              )  04-CV-943-KAJ
                              )
CHRYSLER CORPORATION, MOPAR DIVISION )
                              )
         Defendant,

## MOTION TO AMMEND
## CASE CAPTION

I, Dino Petrocelli, the above named Plaintiff in this case before

Court, requests that the case caption be amended from "Chrysler

Corporation, Mopar Division"(non-existing entity) to read

"DaimlerChrysler Corporation"(existing entity) in all foregoing

documents in order to prevent any further confusion as to who

the Defendant in this case is. All other information regarding this

case is to remain the same at this time.

                                    Thank you,

                                    Dino G. Petrocelli
Dated: March 18,2005                129 Emery Court
                                    Newark, DE 19711
                                    (302) 894-1496
                                    or (302) 897-5167

Cc: Jennifer Gimler Brady (Del.I.D.2874)
    Sarah E. DiLuzio(Del.I.D.4085)
    Hercules Plaza, Sixth Floor
    1313 North Market St.
    P.O. Box 951
    Wilmington, DE 19899

I Dino G. Petrocelli, acting in pro se status, hereby certify this 18th day of March, 2005, that 2 true copies of the foregoing Ammendment of Case Caption and Settlement Proposal were served in the manner indicated on the following:

<u>First Class U.S. Mail Postage Prepaid</u>

Sarah E DiLuzio (#4085)
Potter Anderson and Corroon LLP
Hercules Plaza, Sixth Floor
1313 N. Market St.
Wilm, DE 19899-0951

Dino G. Petrocelli
129 Emery Ct.
Newark, DE 19711