ORIGINAL

Dated : March 18, 2005

Dino Petrocelli
129 Emery Court
Newark, DE19711
(302) 894-1496 or
(302) 897-5167

CASE #04-CV-00943-KAJ

Jennifer Gimler Brady
Sarah e. DiLuzio
Hercules Plaza, Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000

### Proposal For Settlement

- Reinstate employment with DaimlerChrysler Corporation (outside of Delaware)
- Reinstate corporate seniority
- Reinstate medical benefits
- Reinstate Personal Absence Allowance Days (all PAA days for last three years added)
- Reinstate with equal seniority pay rate
- Reevaluate disciplinary record and make appropriate changes
- Back pay from 01/17/2002 to settlement date
- Back pay for all bonuses since 01/17/2002

Thank You,

I Dino G. Petrocelli, ACTING IN PRO SE STATUS,
HEREBY CERTIFY THIS 18th DAY OF MARCH, 2005, THAT 2 TRUE
COPIES OF THE FOREGOING AMMENDMENT OF CASE CAPTION
AND SETTLEMENT PROPOSAL WERE SERVED IN THE
MANNER INDICATED ON THE FOLLOWING:

FIRST CLASS U.S. MAIL POSTAGE PREPAID

SARAH E DiLUZIO (#4085)
POTTER ANDERSON AND CORROON LLP
HERCULES PLAZA, SIXTH FLOOR
1313 N. MARKET ST.
WILM. DE 19899 - 0951

Dino G. Petrocelli
129 EMERY CT.
NEWARK, DE 19711