

Potter
Anderson
& Corroon LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

Sarah E. DiLuzio
Attorney at Law
302 984-6279
302 658-1192 Fax
sdiluzio@potteranderson.com

March 24, 2005

**ELECTRONIC FILING via CM/ECF**

The Honorable Kent A. Jordan
United States District Court
District of Delaware
844 King Street
Wilmington, Delaware 19801

    Re:   **Dino G. Petrocelli v. Chrysler Corporation,
C.A. No. 04-943-KAJ**

Dear Judge Jordan:

    In anticipation of the scheduling teleconference in the above-referenced matter, which is scheduled to be held on Wednesday, March 30, 2005 at 4:00 p.m., enclosed please find the parties' proposed scheduling order. The parties are in agreement with respect to the details and dates set forth in the proposed order.

    Respectfully,

    *Sarah DiLuzio*

    Sarah E. DiLuzio
    Delaware Bar I.D. 4085

SED/drt
Enclosure

cc:   Clerk of the Court (Electronic filing via CM/ECF)
       Mr. Dino G. Petrocelli (First Class Mail, postage prepaid)

675366/28870