

# Potter Anderson & Corroon LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

**Sarah E. DiLuzio**
Attorney at Law
302 984-6279
302 658-1192 Fax
sdiluzio@potteranderson.com

March 30, 2005

**ELECTRONIC FILING via CM/ECF**

The Honorable Kent A. Jordan
United States District Court
District of Delaware
844 King Street
Wilmington, Delaware 19801

   Re: **Dino G. Petrocelli v. Chrysler Corporation,
     C.A. No. 04-943-KAJ**

Dear Judge Jordan:

  Pursuant to the scheduling teleconference in the above-referenced matter, which took place this afternoon, enclosed please find the final Scheduling Order agreed upon by the Court and counsel.

              Respectfully,

              /s/ Sarah E. DiLuzio

              Sarah E. DiLuzio
              Delaware Bar I.D. 4085

SED/drt
Enclosure

cc: Clerk of the Court (Electronic filing via CM/ECF)
   Mr. Dino G. Petrocelli (First Class Mail, postage prepaid)

676176/28870