IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DINO G. PETROCELLI,<br><br>    Plaintiff,<br><br>vs.<br><br>CHRYSLER CORPORATION, MOPAR DIVISION,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) Case No. 04-CV-943-KAJ<br>)<br>)<br>)<br>)<br>) |

**JOINT MOTION FOR ENTRY OF AGREED PROTECTIVE ORDER**

Pursuant to Federal Rule of Civil Procedure 26(c), the parties jointly request that the Court enter the accompanying Proposed Agreed Protective Order and state the following in support:

This action involves claims of discrimination based on national origin. Defense of plaintiff's claims may require production of personnel, performance, and other records pertaining to non-party employees and former employees of DaimlerChrysler. DaimlerChrysler treats as confidential information provided to DaimlerChrysler by its employees in their employment applications, and information maintained in their confidential personnel files – to the extent the information is not generally applicable to all employees. Additionally, defense of plaintiff's claim may require production of confidential financial and other proprietary information of DaimlerChrysler. Public disclosure of these categories of confidential information may cause embarrassment and/or financial or competitive harm to an individual or entity who is the subject of such information.

The parties have attempted to narrowly draft the Proposed Agreed Protective Order based on discovery they believe may be requested in this case. The

parties, however, do not waive their right to object to those documents' admissibility on the basis of relevance, foundation, authentication or any other basis.

For all of the aforementioned reasons, the parties respectfully request that the Court approve and enter the accompanying Proposed Agreed Protective Order.

POTTER ANDERSON & CORROON LLP

By: /s/ Dino G. Petrocelli
    Dino G. Petrocelli
    129 Emery Court
    Newark, DE 19711

*Plaintiff*

By: /s/ Sarah E. DiLuzio
    Jennifer Gimler Brady (Bar I.D. #2874)
    Sarah E. DiLuzio (Bar I.D. #4085)
    Hercules Plaza, 6th Floor
    1313 North Market Street
    P.O. Box 951
    Wilmington, DE 19801
    (302) 984-6000
    (302) 658-1192
    sdiluzio@potteranderson.com

OF COUNSEL:

William C. Martucci, Mo. #28237*
Kristen Aggeler Page, Mo. #50852*
SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, Missouri 64108-2613
Tel: 816-474-6550
Fax: 816-421-5547

*Admitted Pro Hac Vice

*Attorneys for DaimlerChrysler Corporation*

Dated: April 13, 2005
PA&C-677883v1