IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DINO G. PETROCELLI, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CHRYSLER CORPORATION, MOPAR )<br>DIVISION, )<br>)<br>Defendant. ) | Case No. 04-CV-943-KAJ |

### NOTICE OF SERVICE

I, Sarah E. DiLuzio, hereby certify this 2nd day of May, 2005, that two (2) true and correct copies of the foregoing **DAIMLERCHRYSLER CORPORATION'S VOLUNTARY DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 26(a)(1)** were served in the manner indicated on the following:

### FIRST CLASS U.S. MAIL POSTAGE PREPAID

Dino G. Petrocelli
129 Emery Court
Newark, DE 19711

        POTTER ANDERSON & CORROON LLP

        By /s/ Sarah E. DiLuzio
        Jennifer Gimler Brady (Del. I.D. 2874)
        Sarah E. DiLuzio (Del. I.D. 4085)
        Hercules Plaza, Sixth Floor
        1313 North Market Street
        P.O. Box 951
        Wilmington, DE 19899
        (302) 984-6000

        *Attorneys for DaimlerChrysler Corporation*

OF COUNSEL:

William C. Martucci, Mo. #28237*
Kristen Aggeler Page, Mo. #50852*
SHOOK, HARDY & BACON
2555 Grand Blvd.
Kansas City, Missouri 64108-2613
(816) 474-6550 – Telephone
(816) 421-5547 – Facsimile

* Admitted *Pro Hac Vice*

Dated: May 2, 2005

PA&C-680356v1