IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DINO G. PETROCELLI | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| Vs. | ) Case No. |
| | ) 04-CV-943-KAJ |
| | ) |
| CHRYSLER CORPORATION, MOPAR | ) |
| DIVISION | ) |
| | ) |
| Defendant, | |

## INITIAL DISCLOSURE PURSUANT
## TO FED. R. CIV. P. 26(a)(1)

I, Dino Petrocelli, the plaintiff, in aforementioned case submits these disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1). The following individuals mentioned may have discoverable information that I, the plaintiff in this case, may use to support claims made against DaimlerChrysler Corporation and its management representatives. Each individual mentioned has been present or witness to situations that were hostile towards myself, Dino Petrocelli, the plaintiff in aforementioned case.

The following disclosures are presented to the court to the best of my abilities and are valid and true.

]

1. Gary Meinholt, Local 404 Union Representative at DaimlerChrysler Corporation at time of plaintiff's employment at Mopar Parts Depot, 1 Mopar Dr., Newark, DE 19713. Phone # (302) 453-5620. Witness to mistreatment of plaintiff and observed defamatory depictions of plaintiff on DaimlerChrysler Corp. property.
2. John Turnbull, Local 404 Union Representative at DaimlerChrysler Corporation at time of plaintiff's employment at Mopar Parts Depot, 1 Mopar Dr., Newark, DE 19713. Phone # (302) 453-5620. Witness to mistreatment of plaintiff and observed defamatory depictions of plaintiff on DaimlerChrysler Corp. property.
3. Gary Stollings Sr., Local 404 Union Representative at DaimlerChrysler Corporation at time of plaintiff's employment at Mopar Parts Depot, 1 Mopar Dr., Newark, DE 19713. Phone # (302) 453-5620. Witness to mistreatment of plaintiff and observed defamatory depictions of plaintiff on DaimlerChrysler Corp. property.
4. Justin Mikulski., Local 404 Union Representative at DaimlerChrysler Corporation at time of plaintiff's employment at Mopar Parts Depot, 1 Mopar Dr., Newark, DE 19713. Phone # (302) 453-5620. Witness to mistreatment of plaintiff and observed defamatory depictions of plaintiff on DaimlerChrysler Corp. property.
5. Ronald Kieth Haloviak., Local 404 Union Representative at DaimlerChrysler Corporation at time of plaintiff's employment at Mopar Parts Depot, 1 Mopar Dr., Newark, DE 19713. Phone # (302) 453-5620. Witness to mistreatment of plaintiff and observed defamatory depictions of plaintiff on DaimlerChrysler Corp. property.
6. Patrick Palmer., Local 404 Union Representative at DaimlerChrysler Corporation at time of plaintiff's employment at Mopar Parts Depot, 1 Mopar Dr., Newark, DE 19713. Phone # (302) 453-5620. Witness to mistreatment of plaintiff and observed defamatory depictions of plaintiff on DaimlerChrysler Corp. property.
7. Julius T. Gooden, Janitorial Superintendant at DaimlerChrysler Corporation at time of plaintiff's employment at Mopar Parts Depot, 1 Mopar Dr., Newark, DE 19713. Phone # (302) 453-5620. Witness to mistreatment of plaintiff and observed defamatory depictions of plaintiff on DaimlerChrysler Corp. property.
8. Shannon Logan, Former picker/ packer at DaimlerChrysler Corporation at time of plaintiff's employment at Mopar Parts Depot, 1 Mopar Dr., Newark, DE 19713. Phone # (302) 453-5620. Last known adress was 2224 Old Field Point Rd., Elkton. MD 21299. Last known phone # was (410) 398- 5296. Witness to mistreatment of plaintiff and observed defamatory depictions of plaintiff on DaimlerChrysler Corp. property.

9. Beverly Lovely, picker/ packer at DaimlerChrysler Corporation at time of plaintiff's employment at Mopar Parts Depot, 1 Mopar Dr., Newark, DE 19713. Phone # (302) 453-5620. Witness to mistreatment of plaintiff and observed defamatory remarks directed at plaintiff and other employees of Mopar Parts Depot without corrective action taken against offenders who were also employees of Mopar Parts Depot, on DaimlerChrysler Corp. property.
10. Jackie Politakis, picker/ packer at DaimlerChrysler Corporation at time of plaintiff's employment at Mopar Parts Depot, 1 Mopar Dr., Newark, DE 19713. Phone # (302) 453-5620. Witness to mistreatment of plaintiff and observed defamatory remarks directed at plaintiff and other employees of Mopar Parts Depot without corrective action taken against offenders who were also employees of Mopar Parts Depot, on DaimlerChrysler Corp. property.
11. Joseph Saucerman Sr., Janitorial Superintendant at DaimlerChrysler Corporation at time of plaintiff's employment at Mopar Parts Depot, 1 Mopar Dr., Newark, DE 19713. Phone # (302) 453-5620. Witness to mistreatment of plaintiff and observed defamatory depictions of plaintiff on DaimlerChrysler Corp. property.
12. Mark Eshwick, picker/ packer at DaimlerChrysler Corporation at time of plaintiff's employment at Mopar Parts Depot, 1 Mopar Dr., Newark, DE 19713. Phone # (302) 453-5620. Witness to mistreatment of plaintiff and observed defamatory remarks directed at plaintiff and other employees of Mopar Parts Depot without corrective action taken against offenders who were also employees of Mopar Parts Depot, on DaimlerChrysler Corp. property.
13. Jeanie Patchel, picker/ packer at DaimlerChrysler Corporation at time of plaintiff's employment at Mopar Parts Depot, 1 Mopar Dr., Newark, DE 19713. Phone # (302) 453-5620. Witness to mistreatment of plaintiff and observed defamatory remarks directed at plaintiff and other employees of Mopar Parts Depot without corrective action taken against offenders who were also employees of Mopar Parts Depot, on DaimlerChrysler Corp. property.
14. Kara Jones, picker/ packer at DaimlerChrysler Corporation at time of plaintiff's employment at Mopar Parts Depot, 1 Mopar Dr., Newark, DE 19713. Phone # (302) 453-5620. Witness to mistreatment of plaintiff and observed defamatory remarks directed at plaintiff and other employees of Mopar Parts Depot without corrective action taken against offenders who were also employees of Mopar Parts Depot, on DaimlerChrysler Corp. property.
15. Dr. Oscar E. Galvis M.D., 5235 W Woodmill Dr., Newark, DE 19711. Phone # (302) 995-1680. Initiated treatment of plaintiff for emotional distress caused by the mistreatment of plaintiff by DaimlerChrysler Corporation representatives.

16. Mary Davis, M.A., L.P.C.,C.A.D.C., Therapist, Domestic Violence Treatment Program, 507 Philadelphia Pike, Wilmington, DE 19809. Phone #(302) 254-5505. Initiated treatment of plaintiff for emotional distress caused by the mistreatment of plaintiff by DaimlerChrysler Corporation representatives. Plaintiff frustrated over economical deficiency due to unfair termination from DaimlerChrysler Corporation.
17. Pace Inc., 5171 W. Woodmill Dr., Newark, DE 19711.Phone # (302) 999-9812. Counselor Neil initiated treatment of plaintiff for emotional distress caused by the mistreatment of plaintiff by DaimlerChrysler Corporation representatives.
18. Guille Opdenaker, 58 Currant Dr., Newark, DE 19702. Phone # (302) 750-3178. Observed plaintiff's emotional distress and depression due to the unfair treatment by DaimlerChrysler Corporation representatives.
19. Theresa Sanchez, 58 Currant Dr., Newark, DE 19702. Phone # (302) 737-3609. Observed plaintiff's emotional distress and depression due to the unfair treatment by DaimlerChrysler Corporation representatives.
20. Carlo and Marie Petrocelli, 23 Whiteheaven Dr., New Castle, DE 19720.Phone # (302) 328-1319. Observed plaintiff's emotional distress and depression due to the unfair treatment by DaimlerChrysler Corporation representatives.

There may be additional disclosures in the future that may have additional information to support plaintiff's case against defendant. All parties involved will be notified of any additions or changes of further discovery due to continued investigations.

Records retrieved by plaintiff from all involved parties in this case will be thoroughly reviewed and may include plaintiff work records, disciplinary records, medical records, and individual reports by witnesses.

By *[signature: Dino Petrocelli]*

Dino Petrocelli
129 Emery Court
Newark, DE 19711
(302) 894-1496

Pro Se

Cc; Jennifer Gimler Brady(Del. I.D. 2874)
   Sarah E. DiLuzio(Del. I.D. 4085)
   Hercules Plaza, Sixth Floor
   1313 North Market St.
   P.O. Box 951
   Wilmington, DE 19899
   (302) 984-6000

Attorneys for Daimler Chrysler Corporation


Dated May 9,2005

## CERTIFICATE OF SERVICE

I, Dino Petrocelli, hereby certify that this 12th day of

May, 2005, that two(2) true and correct copies of the foregoing **INITIAL DISCLOSURE**

**PURSUANT TO FED. R. CIV. P. 26(a)(1)** were served in the manner indicated on the

following :

### U.S. CERTIFIED POSTAGE MAIL

To; Jennifer Gimler Brady(Del. I.D. 2874)
Sarah E. DiLuzio(Del. I.D. 4085)
Hercules Plaza, Sixth Floor
1313 North Market St.
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000

Attorneys for Daimler Chrysler Corporation

DINO PETROCELLI
129 Emery Court
Newark, DE 19711
(302) 894-1496

*Pro Se*