IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DINO G. PETROCELLI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | Case No. 04-CV-943-KAJ |
| CHRYSLER CORPORATION, MOPAR ) | |
| DIVISION, ) | |
| ) | |
| Defendant. ) | |

### SECOND NOTICE OF PLAINTIFF'S DEPOSITION AND REQUEST FOR PRODUCTION OF DOCUMENTS

PLEASE TAKE NOTICE that the deposition of plaintiff Dino G. Petrocelli shall take place on July 12, 2005, beginning at 9:30 a.m., and continuing from day-to-day thereafter until completed, at the law offices of Potter Anderson & Corroon LLP, Hercules Plaza, 1313 North Market Street, Wilmington, Delaware 19801. The deposition shall be recorded steonographically, by a certified court reporter, and by videotape, by Wilcox & Fetzer, 1330 King Street, Wilmington, DE 19801.

Pursuant to Federal Rules of Civil Procedure 30(b)(5) and 34, DaimlerChrysler hereby requests production of the following items from Mr. Petrocelli:

(1) all journals, diaries, calendars, notes, or records kept by Mr. Petrocelli concerning any aspect of his employment with DaimlerChrysler or his legal claims;

(2) all employment or personnel records in Mr. Petrocelli's possession related to his employment with DaimlerChrysler;

(3) all sound recordings or documents that concern any aspect of Mr. Petrocelli's employment with DaimlerChrysler or his legal claims; and

1677502v1

(4) all other documents and items that Mr. Petrocelli believes are relevant to his employment with DaimlerChrysler or to his claims in the above-captioned lawsuit.

Mr. Petrocelli is requested to bring these items and documents to his deposition and produce them at 9:30 a.m. on Tuesday, July 12, 2005, at the offices of Potter Anderson & Corroon LLP, Hercules Plaza, 1313 North Market Street, Wilmington, Delaware 19801.

    Respectfully submitted,

    POTTER ANDERSON & CORROON LLP

    By *Sarah E. DiLuzio*
    Jennifer Gimler Brady (Bar I.D. #2874)
    Sarah E. DiLuzio (Bar I.D. #4085)
    Hercules Plaza, 6th Floor
    1313 North Market Street
    P.O. Box 951
    Wilmington, DE 19801
    Tel: 302-984-6000
    Fax: 302-658-1192

    and

    SHOOK, HARDY & BACON, LLP

    William C. Martucci, Mo. #28237*
    Kristen Aggeler Page, Mo. #50852*
    2555 Grand Blvd.
    Kansas City, Missouri 64108-2613
    Tel: 816-474-6550
    Fax: 816-421-5547

    *Admitted Pro Hac Vice

    ATTORNEYS FOR DAIMLERCHRYSLER CORPORATION

Dated: June 9, 2005

## CERTIFICATE OF SERVICE

I, Sarah E. DiLuzio, hereby certify this 9th day of June, 2005, that two (2) true and correct copies of the foregoing SECOND NOTICE OF PLAINTIFF'S DEPOSITION AND REQUEST FOR PRODUCTION OF DOCUMENTS were served in the manner indicated on the following:

### FIRST CLASS U.S. MAIL POSTAGE PREPAID

Dino G. Petrocelli
129 Emery Court
Newark, DE 19711


_____
Sarah E. DiLuzio (#4085)
Potter Anderson & Corroon LLP
Hercules Plaza, Sixth Floor
1313 North Market Street
Wilmington, Delaware 19899-0951
(302) 984-6000 – Telephone
(302) 658-1192 – Facsimile
sdiluzio@potteranderson.com

685898

1677502v1