## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DINO G. PETROCELLI, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 04-943-KAJ |
| | : |
| CHRYSLER CORPORATION, MOPAR DIVISION, | : |
| | : |
| Defendant. | : |

## **ORDER**

At Wilmington this **20th** day of **June, 2005**,

IT IS ORDERED that teleconferences have been scheduled with Magistrate Judge Thynge as follows: **Monday, August 22, 2005 at 9:00 a.m. EST** with **defendant ONLY**. **Defense counsel shall initiate the teleconference call**. **Tuesday, August 23, 2005 at 4:30 p.m. EST** with **plaintiff ONLY**. **Plaintiff shall call the Court promptly at 4:30 p.m. EST on August 23, 2005.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE