IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DINO G. PETROCELLI, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 04-943-KAJ ) |
| CHRYSLER CORPORATION, | ) ) |
| Defendant. | ) ) |

### ORDER

At Wilmington this **2nd** day of **August, 2005**,

IT IS ORDERED that the status teleconference presently set for **August 18, 2005 at 4:30 p.m.** is hereby rescheduled to **August 23, 2005 at 11:30 a.m. Counsel for Plaintiff shall initiate the teleconference call.**

If there are out-of-state counsel working on this case, local counsel are reminded of their obligation to inform their out-of-state co-counsel of this Order.

_/s/ Kent A. Jordan_
UNITED STATES DISTRICT JUDGE