IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Dino G. Petrocelli,                )
    Plaintiff                    )     Case No. 04-CV-943-KAS KAJ
                       )
    Vs                           )
Chrysler Corporation,              )
Mopar Division,                    )
    Defendant

RECEIVED AUG 11 2005 DISTRICT COURT DISTRICT OF DELAWARE

## INTERIM STATUS REPORT

I, Dino Petrocelli, the Plaintiff, acting in Pro Se status in case aforementioned, give the following statements in regards to discovery for plaintiff. On August 8th and 9th of 2005, a plaintiff deposition was recorded by stenography, digital audio and video at the law offices of Potter, Anderson and Corroon, located in Hercules Plaza, 1313 North Market Street, Wilmington, DE  19899. The deposition session on August 8th began at 5:20 p.m. until 9:00 p.m. The deposition session on August 9th began at 4:15 p.m. and was completed at 8:00 p.m. On August 9th 2005 the defendant's attorney, Ms. Kristen Page received the requested  documents from plaintiff's posession pertaining to the above mentioned case as request for production of documents, dated July 13, 2005. As for depositions on behalf of plaintiff discovery, the process is still ongoing and information is still being collected and prepared for the plaintiff's case. I (the plaintiff) am receiving limited assistance from potential witnesses. I am attempting to retrieve more cooperation in order to gather information that is vital to my (the plaintiff) case. As of August 11th, 2005, I (the plaintiff) am attempting to complete discovery to the best of my ability by the October 1, 2005 deadline.

An extension is required in order to complete discovery. If the court so permits such an extension.

Thank you,

Dino Petrocelli

Dino Petrocelli

cc: Potter, Anderson & Corroon

CERTIFICATE OF SERVICE

I, Dino Petrocelli, hereby certify that this 11th day of August 2005, Two (2) true

And correct copies of the foregoing  INTERIM STATUS REPORT,  were served

in the manner indicated on the following:

*FIRST CLASS CERTRIFIED U.S. POSTAGE*

Potter, Anderson & Corron LLP
Sarah E. Diluzio (#4085)
Hercules Plaza, 6yh Floor
1313 N. Market St.
Wilmington, DE 19899-0951
302) 984-6000 Tel.
302) 658-1192 Fax

Dino G. Petrocelli
129 Emery Ct.
Newark, DE 19711