

**Potter
Anderson
&Corroon** LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

Sarah E. DiLuzio
Attorney at Law
sdiluzio@potteranderson.com
302 984-6279 Direct Phone
302 658-1192 Fax

August 11, 2005

**By E-FILE and HAND DELIVERY**

The Honorable Kent A. Jordan
U.S. District Court for the District of Delaware
844 North King Street
Wilmington, Delaware 19801

   Re: *Dino G. Petrocelli v. Chrysler Corporation, Mopar Division*,
      Case No. 04-CV-943-KAJ

Dear Judge Jordan:

  Pursuant to the Court's Scheduling Order dated March 31, 2005, DaimlerChrysler Corporation provides this interim status report regarding the nature of the matters at issue in the above-captioned case and the progress of discovery to date.

  This case centers around an employment dispute between Mr. Petrocelli and DaimlerChrysler.  Mr. Petrocelli's claims arise from his former employment with DaimlerChrysler.  He claims that he was discriminated against and harassed based on his national origin (Hispanic). DaimlerChrysler denies Mr. Petrocelli's allegations.

  In terms of discovery, the parties have exchanged their Rule 26 disclosures, and DaimlerChrysler produced to Mr. Petrocelli the documents identified in its Rule 26 disclosures on May 3, 2005. DaimlerChrsyler only recently took Mr. Petrocelli's deposition on August 8th and 9th. This is despite DaimlerChrysler's repeated attempts over the last four and a half months to schedule and take Mr. Petrocelli's deposition. DaimlerChrysler has noticed it three times, only to have it canceled at the last minute by Mr. Petrocelli twice due to his work schedule. To accommodate his work schedule and to get the deposition taken, DaimlerChrysler agreed to take Mr. Petrocelli's deposition during the evening hours over a two-day period. The deposition took place just three days ago.

  During the second day of his deposition, Mr. Petrocelli produced some documents, but it is unclear whether the documents he produced are in response to DaimlerChrysler's subpoena *duces tecum*, first mailed to Mr. Petrocelli on April 20, 2005, or if they are the documents identified in his Rule 26 disclosures, or if they are both. In any event, Mr. Petrocelli indicated during his deposition that there are documents responsive to the subpoena *duces tecum* that he has not yet produced. He stated that he is still trying to get those

The Honorable Kent A. Jordan
August 11, 2005
Page 2

documents and that he will produce them as soon as he gets them. He gave no indication when that might be.

In sum, DaimlerChrysler has only very recently taken Mr. Petrocelli's deposition and received documents from him. Both occurred three days ago. To date, Mr. Petrocelli has not undertaken any discovery, despite sending his Rule 26 disclosures, nor has he requested any depositions.

Due to the slow progress of discovery caused by Mr. Petrocelli's failure and refusal to make himself available for his deposition and produce documents until very recently, counsel for DaimlerChrysler believes that an extension of the current deadlines in the case may be required.

Counsel look forward to discussing these matters at the telephonic Status Conference scheduled for August 23, 2005 at 11:30 a.m.

Respectfully,

Sarah DiLuzio
Sarah E. DiLuzio

cc: Dino Petrocelli (by mail)
    Kristen Page, Esquire (by email)

694520