AO 88 (Rev. 6/94)

Issued by the
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| DINO PETROCELLI,<br><br>Plaintiff, | **SUBPOENA IN A CIVIL CASE**<br>DUCES TECUM |
|---|---|
| V.<br><br>CHRYSLER CORPORATION, MOPAR DIVISION,<br><br>Defendant. | CASE NUMBER[1]: 04-CV-943-KAJ |

TO: Records Custodian
State of Delaware: Plummer Work/Release Center
38 Todds Lane
Wilmington, Delaware 19802

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): Any and all records, including: notes, correspondence, and any other documents contained in your file relating to Dino Petrocelli, Social Security number: _____ date of birth ____/1971.

| PLACE:<br>Potter Anderson & Corroon, L.L.P.<br>Attn: Sarah E. DiLuzio, Esq.<br>Hercules Plaza, 6th Floor, 1313 N. Market Street<br>P.O. Box 951, Wilmington, DE 19801 | DATE: 10/07/05 |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)<br>Sarah E. DiLuzio (DE Bar I.D. 4085)  *[signature]*<br>Attorney for Defendant | DATE<br><br>9/22/05 |
|---|---|
| ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER<br>Sarah E. DiLuzio, Potter, Anderson & Corroon, L.L.P., Hercules Plaza, 6th Floor, 1313 N. Market Street, P.O. Box 951, Wilmington, DE 19801; 302-984-6000 | |

If action is pending in district other that district of issuance, state district under case number.