IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DINO G. PETROCELLI, | ) |
| Plaintiff, | ) ) ) ) |
| vs. | ) ) Case No. 04-CV-943-KAJ |
| DAIMLERCHRYSLER CORPORATION, | ) ) |
| Defendant. | ) ) |

### DEFENDANT DAIMLERCHRYSLER CORPORATION'S
### MOTION FOR SUMMARY JUDGMENT

COMES NOW Defendant DaimlerChrysler Corporation, pursuant to Fed. R. Civ. P. 56, and moves the Court for an order entering summary judgment in its favor and against Plaintiff on all of his claims. DaimlerChrysler is entitled to summary judgment because Plaintiff has failed to establish any basis for liability and there are no material facts in dispute. DaimlerChrysler submits its Opening Brief in Support of Defendant DaimlerChrsyler Corporation's Motion for Summary Judgment, filed contemporaneously herewith, in further support of this motion.

WHEREFORE Defendant DaimlerChrsyler Corporation respectfully requests that the Court enter judgment as a matter of law in its favor and dismiss all of Plaintiff's claims with prejudice.

POTTER ANDERSON & CORROON LLP

By: /s/ Jennifer Gimler Brady
Jennifer Gimler Brady (Del. 2874)
Sarah E. DiLuzio (Del. 4085)
Hercules Plaza, Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000 – Telephone
jbrady@potteranderson.com – Email
sdiluzio@potteranderson.com - Email

*Attorneys for DaimlerChrysler Corporation*

OF COUNSEL:

William C. Martucci (Mo. 28237*)
Kristen Aggeler Page (Mo. 50852*)
SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, Missouri 64108-2613
(816) 474-6550 – Telephone
(816) 421-5547 – Facsimile

* Admitted *Pro Hac Vice*

Dated: November 1, 2005
PA&C-705838v1

## CERTIFICATE OF SERVICE

I, Jennifer Gimler Brady, hereby certify this 1st day of November, 2005, that the foregoing **DEFENDANT DAIMLERCHRYSLER CORPORATION'S MOTION FOR SUMMARY JUDGMENT** was electronically filed with U.S. District Court District of Delaware via CM/ECF (Official Court Electronic Document Filing System) and one (1) true and correct copy was mailed via **FIRST CLASS U.S. MAIL, POSTAGE PREPAID** on the following:

Dino G. Petrocelli, *pro se*
129 Emery Court
Newark, DE 19711

Jennifer Gimler Brady (No. 2874)
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19801
(302) 984-6042 (Telephone)
(302) 658-1192 (Facsimile)
jbrady@potteranderson.com (Email)