IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DINO G. PETROCELLI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 04-CV-943-KAJ |
| ) | |
| DAIMLERCHRYSLER CORPORATION, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**APPENDIX TO**
**THE OPENING BRIEF IN SUPPORT OF DEFENDANT DAIMLERCHRYSLER**
**CORPORATION'S MOTION FOR SUMMARY JUDGMENT**

OF COUNSEL:

William C. Martucci, Mo. #28237
Kristen Aggeler Page, Mo. #50852
SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, Missouri 64108-2613
Tel: 816-474-6550
Fax: 816-421-5547

Jennifer Gimler Brady (Bar I.D. #2874)
Sarah E. DiLuzio (Bar I.D. #4085)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19801
(302) 984-6000 - Telephone
(302) 658-1192 - Facsimile
jbrady@potteranderson.com

*Attorneys for DaimlerChrysler Corporation*

Dated: November 1, 2005

## TABLE OF CONTENTS

Page

Plaintiff's Application for Employment dated March 15, 1997 ............................................. A1

Excerpts from Plaintiff's deposition taken August 8, 2005 .................................................. A3

Excerpts from Plaintiff's deposition taken August 9, 2005 ................................................ A24

DaimlerChrysler Newark Parts Distribution Center Guidelines Manual ............................... A39

Letter from Dawn Reese to Plaintiff dated January 16, 2002 .............................................. A91

DaimlerChrysler's Discrimination and Harassment Prevention Policy ................................ A92

DaimlerChrysler Corporation's Standards of Conduct ....................................................... A96

Newark PDC Employee Indoctrination Orientation, Guidelines Manual Signoff ................ A98

Documentation of Plaintiff's Disciplinary Record ............................................................. A99

Documentation of Incidents of Plaintiff's Tardiness and Absences .................................. A120

Plaintiff's Grievance Form signed January 16, 2002 ........................................................ A152

Disposition from Appeal Board of the UAW dated April 11, 2002 .................................. A154

Letter from Dawn Reese to Plaintiff dated May 22, 2002 ................................................ A156

Letter from Plaintiff to Dawn Reese dated May 26, 2002 ................................................ A157

Letter from Dawn Reese to Plaintiff dated May 30, 2002 ................................................ A158

Letter from Dawn Reese to Plaintiff dated June 7, 2002 .................................................. A159

Plaintiff's Charge of Discrimination filed with the Delaware Department of Labor and the Equal Employment Opportunity Commission dated January 22, 2002 ............................... A160

Notice of Right To Sue dated January 6, 2005 ................................................................. A161

Plaintiff's Charge of Discrimination filed with the Equal Employment Opportunity Commission dated April 3, 2003 ..................................................................................... A162

Dismissal and Notice of Rights dated September 10, 2003 .............................................. A163

Plaintiff's Complaint filed August 16, 2004 .................................................................... A164

Plaintiff's Amended Complaint filed February 25, 2005 ................................................. A171