# A36 – A85

Petrocelli                          v.                    Chrysler Corporation
Dino G. Petrocelli, Volume 2    C.A. # 04-CV-943-KAJ      August 9, 2005

Page 225

1  orientation.
2     Q.  Do you remember, during that session, or
3  training session, any discussion of how employees
4  should bring that to the attention of the company?  In
5  other words, how to report?
6     A.  No.
7     Q.  They didn't mention that at all?
8     A.  Not that I can recall, no.
9     Q.  Do you remember receiving a, for lack of a
10  better word, I will say "handbook," but maybe a packet
11  of paperwork when you first became employed that
12  contained certain DaimlerChrysler policies?
13     A.  Yes.
14     Q.  Did you remember signing off on receiving that
15  paperwork?
16     A.  I might have signed off -- I mean, they -- they
17  have had us signed off on -- on meetings and we never
18  attended and stuff like that before just to sign off
19  to give us paperwork.  I am not going to sign
20  something --
21     Q.  Did you ever read the paperwork that you were
22  given?
23     A.  Not everything, no.
24     Q.  Why didn't you read it?

Page 226

1     A.  I am not much of a reader as far as, you know,
2  stuff just handed me right before I am supposed to
3  start work.  You know, I didn't take the time to read
4  it at that time, no.
5     Q.  Did you not consider it important?
6     A.  I have -- I don't know.  Depends on what was
7  given to me, I guess.
8     Q.  But you don't know because you didn't read it?
9     A.  Well, there has been several occasions when
10  they have handed us stuff and told us to sign off,
11  like I said, so -- I mean, some occasions I would have
12  read stuff, some -- some, I wouldn't have.
13     Q.  Do you ever recall reading a policy statement
14  of the company regarding harassment and
15  discrimination?
16     A.  I can't recall, no.
17     Q.  Do you ever recall reading a procedure in any
18  of the documentation you received on how to complain
19  and how to bring forth your complaints regarding
20  discrimination and harassment to DaimlerChrysler
21  Corporation so that action could be taken?
22     A.  I can't recall.
23     Q.  Do you ever remember being trained that you
24  should bring concerns regarding harassment and

Page 227

1  discrimination to the attention of your supervisor or
2  human resources; in your case, that would have been
3  Dawn Reese?
4     A.  Yes.  I -- I do remember something to that
5  regard, yes.
6     Q.  Did you ever make any complaints regarding the
7  discrimination and harassment that you believe you
8  suffered to Dawn Reese?
9     A.  I never really seen Dawn Reese that often, to
10  tell you the truth, to make any complaints to her.
11     Q.  Is that because you visited her office every
12  day and didn't find her there, or did you just not see
13  her in the warehouse?
14     A.  I -- she would leave, you know, like at 4:30
15  and we started work at 3:30, and, you know, there was
16  no time to even really communicate with her --
17     Q.  Did you --
18     A.  -- as far as making complaints or anything like
19  that.
20     Q.  Did you ever make an attempt to find her before
21  she would leave for the day to make a complaint to
22  her?
23     A.  No.  See, I was under the understanding that we
24  were able to speak to either the EAP rep. that was in

Page 228

1  the warehouse or her.  So, that's why I was going to
2  the EAP rep. because, from what I understood, they
3  were both EAP reps., and since she wasn't there most
4  of the time, the other person would make time to sit
5  there and, you know, discuss whatever problems were at
6  hand.
7     Q.  Were you satisfied with the response you got
8  from the EAP person that you spoke to?
9     A.  No.
10     Q.  Not being satisfied, did you ever then take
11  your concerns to H.R.?
12     A.  Really, I didn't feel that it was going to get
13  anywhere at all because the things just kept
14  continuing no matter how many complaints I made, you
15  know, verbally.  I really didn't feel like anything
16  was getting anywhere, so I just wanted, like I said,
17  just keep quiet and do my job and get out.
18     Q.  So, just to make sure I am clear, you
19  complained verbally to a number of individuals that we
20  have already discussed and to the EAP person, and you
21  were not satisfied with the reactions they took for
22  the most part?
23     A.  I wasn't satisfied because I -- it kept
24  continuing -- it kept continuing, you know, the same

A36

18 (Pages 225 to 228)

Petrocelli
Dino G. Petrocelli, Volume 2

v.

C.A. # 04-CV-943-KAJ

Chrysler Corporation
August 9, 2005

Page 229

1  type of harassment, as far as I -- what I was
2  concerned. I just wanted it to stop. I just wanted
3  to do my work and that was it. I didn't want to deal
4  with having to be suspended and, you know, written up
5  because of loafing and all this other bogus stuff.
6  All I wanted to do was just do my job and get out. So
7  I was unsatisfied because I felt that this stuff kept
8  going on no matter what.
9     Q.  And you, just so I am clear, never filed
10  anything in writing, in terms of a complaint, with
11  anyone?
12     A.  No.
13     Q.  And, just so I am clear, you never brought your
14  attentions -- or, excuse me, your concerns to human
15  resources, specifically, Dawn Reese?
16     A.  No.
17     Q.  And do I understand correctly that you never
18  brought your concerns to anyone outside of the Newark
19  PDC in terms of anyone higher up or not located at
20  that location for DaimlerChrysler; in other words, to
21  a corporate office?
22     A.  No. I mean, it was to my understanding, union
23  was there to work this kind of stuff out, and I really
24  didn't want to have much contact with management

Page 230

1  because I felt that, you know, they were the source of
2  the problem.
3     Q.  And did you --
4     A.  And I really didn't think feel things were -- I
5  am sorry.
6     Q.  Go ahead.
7     A.  I really didn't think things were going to get
8  resolved, you know, with them. I wanted some
9  resolution, and I just felt like retaliation was all I
10  was going to get as far as Chrysler management.
11     Q.  And you did pursue complaints through the
12  union?
13     A.  Yes.
14     Q.  Verbally?
15     A.  Yes.
16     Q.  The third claim that you mentioned is
17  defamation of character.
18        What specific incidents do you feel
19  support that claim if they are different or additional
20  to the ones we have already discussed?
21     A.  Well, just basically saying that I was drinking
22  on the job, you know, saying I was having sex with a
23  woman on the job. Just disreputable attacks on my
24  heritage. Saying I was a thief, putting me out as a

Page 231

1  thief stealing, you know, towels, and whatever else
2  was told about me as far as what I -- what I know, you
3  know.
4     Q.  Were these announcements that were made by
5  management at DaimlerChrysler?
6     A.  I would say, basically, yeah, as far as the
7  thief and all that, yeah.
8     Q.  Who made the announcement?
9     A.  Carl Roehonan.
10     Q.  And who did he make it to?
11     A.  To the union representatives.
12     Q.  And who were those people?
13     A.  Gary Stollings, John Turnbull, Keith Holovik,
14  Pat Palmer. I don't know who else because when I came
15  back from that suspension, everybody seemed to know
16  what was going on, so --
17     Q.  So you didn't hear the announcement?
18     A.  No.
19     Q.  How do you know that it was made?
20     A.  Because when I came back to work, people were
21  mentioning it to me, asking me what had happened.
22     Q.  Besides this -- the announcement that you just
23  talked about from Carl Roehonan, were there any other
24  announcements or pronouncements by management about

Page 232

1  you that you considered inflammatory? I don't -- I
2  don't just mean rumors in the workplace, but
3  announcements --
4     A.  Yeah.
5     Q.  -- or pronouncements or speakers or something
6  like that by name?
7     A.  I -- I remember Bob Mayou making a remark at
8  one of our meetings and he was going to go after the
9  -- the guys who weren't doing their full potential and
10  looked at me, you know, in reference to, you know, me
11  being one of them people.
12     Q.  So, you consider it defamatory that Bob Mayou,
13  who is a plant manager, at a meeting said he was going
14  to go after anyone who didn't work to their full
15  potential, and, at the time he said it, he looked at
16  you?
17     A.  Yeah. He looked at me with pointing with his
18  eyes type of look.
19     Q.  And I assume that everyone on the shift was
20  present for that meeting?
21     A.  Yes.
22     Q.  Where was that meeting held?
23     A.  In front of the control center.
24     Q.  Any other announcements that any member of

A37

19 (Pages 229 to 232)

Petrocelli
Dino G. Petrocelli, Volume 2

v.
C.A. # 04-CV-943-KAJ

Chrysler Corporation
August 9, 2005

Page 233

1  management made?
2  A.  I -- I believe Dave Petrous made a few remarks
3  about me.
4  Q.  And what were those remarks?
5  A.  In reference to me being useless and stuff like
6  that.
7  Q.  Are we talking about a specific remark or just
8  some general comments?
9  A.  Comments, you know, he would be talking to
10 other supervisors, and somebody would overhear them.
11 Q.  Did you complain about the comments of Carl
12 Roehonan, Bob Mayou, and Petrous?
13 A.  Yes.
14 Q.  Would did you complain to?
15 A.  Gary Meinhaldt.
16 Q.  And what was Gary Meinhaldt's response?
17 A.  There was really nothing he could do,
18 basically, is what -- is -- you know.
19 Q.  Is that what he said?
20 A.  Yeah.
21 Q.  He said, "There is nothing I can do"?
22 A.  Mm-hmm.
23 Q.  Was that a complaint that you made in writing
24 or verbally?

Page 235

1  Q.  Did anybody see you complain to Gary?
2  A.  Maybe Shannon Logan.
3  Q.  Any other statements that you considered
4  defamatory?
5  A.  Just by management, you are asking me?
6  Q.  Yes.
7  A.  I believe the statement that Steve Gwen made
8  about my religion and the Mulions and the Spics was,
9  you know, defamatory.
10 Q.  If I understand your testimony from earlier
11 about that subject, you said that was a conversation
12 he had with you?
13 A.  Yes.
14 Q.  So that wasn't an announcement to others?
15 A.  Well, it -- it's, you know, it's a public area
16 and there is people walking by and all that kind of
17 stuff.  I mean --
18 Q.  Who witnessed or heard the conversation?
19 A.  I don't think anybody really witnessed it
20 because he kind of turned his head to me when he was
21 talking to me.
22 Q.  So, if I understand, you don't think anybody
23 heard it?
24 A.  Not that I know of.

Page 234

1  A.  Verbal.
2  Q.  Any other announcements or pronouncements that
3  you could support --
4  A.  He said -- I am sorry, his words were, "My
5  hands are tied," or something to that reference.
6  Q.  What did you take that to mean?
7  A.  That there was nothing he could do.
8  Q.  Any other comments that you considered
9  defamatory that were made by members of management?
10 A.  Glen Matthews going to Gary Meinhaldt and
11 telling him that I was useless also.
12 Q.  Did you hear that comment?
13 A.  No.  But other people had heard it.
14 Q.  So, you heard about it through the grapevine,
15 so to speak?
16 A.  Basically, right after it happened, because it
17 was my work area, right after it happened, people came
18 up and told me.
19 Q.  Did you complain to anybody about that?
20 A.  I complained to Gary.
21 Q.  What did Gary say?
22 A.  Basically, just do your job, you know, make
23 sure you do your job and sign on and off, do what's
24 required at work.

Page 236

1  Q.  But it was made in a particular area?
2  A.  Yes.  I think Al McGeough -- no, not Al
3  McGeough -- Jamie McGeough and Ryan Fellon and Joe
4  Saucerman may have heard it because it was around the
5  area where they were at.
6  Q.  Did you complain to anybody about that?
7  A.  Yes.
8  Q.  And who did you complain to?
9  A.  I believe it was Gary Meinhaldt.
10 Q.  And what was Gary's response?
11 A.  That people are ignorant and say stuff.
12 Q.  Did you like Gary Meinhaldt?
13 A.  Yes.
14 Q.  Do you respect him?
15 A.  Yes.
16 Q.  Do you know him now, like, are you friendly
17 with him?
18 A.  No.  I don't know him now.
19 Q.  Anything else that you feel supports your
20 defamation claim that we haven't already discussed?
21 A.  Are you saying just as far as management;
22 right, defamation?  I think, you know, the constant
23 harassment kind of like singled me out as being, you
24 know, an insufficient worker.

A38

20 (Pages 233 to 236)

# DAIMLERCHRYSLER

# NEWARK PARTS DISTRIBUTION CENTER

SAFETY/HEALTH/ENVIRONMENTAL/
ERGONOMIC/WELLNESS/OPERATIONAL

## GUIDELINES MANUAL

# FOR ALL PDC/CONTRACT EMPLOYEES

REVISED DECEMBER 1999
**GUIDELIN.99**
S & A GUIDELIN.98

A39


D 000432

# DAIMLERCHRYSLER
# NEWARK PARTS DISTRIBUTION CENTER

I HAVE BEEN PROVIDED WITH AN UPDATED SAFETY, HEALTH, ENVIRONMENTAL, ERGONOMIC, WELLNESS, OPERATIONAL GUIDELINES MANUAL CONCERNING ALL PRACTICES, POLICIES AND PROGRAMS AT THE NEWARK PARTS DISTRIBUTION CENTER.

I ACCEPT THE RESPONSIBILITY FOR READING, UNDERSTANDING AND ADHERING TO ALL PDC REQUIREMENTS GUARANTEEING THE FUTURE SUCCESS OF THIS FACILITY AND WELLNESS OF OUR EMPLOYEES.

A40

D 000433

# NEWARK PDC
## EMPLOYEE INDOCTRINATION ORIENTATION
## GUIDELINES MANUAL SIGNOFF

**(PLEASE INITIAL EACH ITEM THAT YOU RECEIVED TRAINING ON THE FOLLOWING)**

**INTRODUCTION**
__ MANUAL OBJECTIVE
__ PDC REQUIREMENTS
__ PDC FACTS
__ ORGANIZATION CHARTS
__ EMPLOYEE LISTING
__ COMMITTEES

**WHAT IS EXPECTED OF YOU**
__ STANDARDS OF CONDUCT
__ MINIMUM DRESS CODE
__ ABSENTEE PROCEDURE/ POLICY
__ EAP
__ EMERGENCY/ ABSENTEE CALL IN

**OPERATIONS REVIEW**
__ WAREHOUSE LAYOUT
__ AREAS & THEIR PARTS
__ GLOSSARY OF TERMS

**QUALITY**
__ QUALITY POLICY
__ PQI PARTNERSHIP
__ WHO IS YOUR CUSTOMER?
__ WHO IS YOUR SUPPLIER?
__ ISO9002

**SAFETY & HEALTH**
__ TRAINING
__ POLICY STATEMENT
__ KEY S&H ELEMENTS.
__ S&H COMMITTEE
__ ORGANIZATION CHART(S)
__ GUIDE TO SAFE CONDUCT
__ PDC CLEANLINESS
__ SAFETY AWARENESS
__ SAFETY INDUCTION POLICY
__ 5 MINUTE SAFETY TALK
__ LOCKOUT
__ EYE PROTECT SFTY GLASSES
__ PERSONAL PROTECT EQUIP
__ POWERED INDUSTRIAL EQUIP.
__ INJURY ACCIDENT PROCEDURE
__ HAZARD COMMUNICATION PROG.
__ HOUSEKEEPING & SAFETY
__ SFTY AWARENESS/RECOGNITION
__ DISASTER PREPAREDNESS PLAN
__ CHARGER CONNECTIONS
__ BANDING EQUIPMENT
__ USE OF PIV & BICYCLES
__ USE OF WOODEN LADDERS
__ CAGE PULLING
__ PIV/LIGHTS/BELLS
__ CONFINED SPACE POLICY
__ ASBESTOS HANDLING
__ MAINTENANCE SHOP RULE
__ DOCK PLATES
__ WELDING
__ JITNEY/RIDERMAN LOAD/UNLOAD
  PROCEDURE
__ DAMAGED CAGES
__ SMOKING POLICY
__ DAMAGED RACK/BINS ENDS
__ HEAT STRESS PROGRAM
__ FIRST RESPONDER AWARENESS
__ FIRST RESPONDER OPERATIONAL

**SAFETY & HEALTH - CON'T**
__ PERSONAL RADIO USAGE
__ RESPIRATORY PROTECTION
  POLICY
__ ACCESS TO EMPLOYEE
  EXPOSURE
__ MICROWAVE OVEN USAGE
__ CAROUSEL CLASS II LASER(S)
__ ERGONOMICS
__ DISASTER
__ DISASTER (SPECIFIC
  RESPONSIBILITY)
__ EVACUATION/SHELTER
__ MAP
__ HEALTHYLIFE

**WHAT'S IN IT FOR ME?**
__ WHAT'S IN IT FOR ME?

**CIRCLE ONE:    NEW    TEMPORARY    TRANSFERRED**

**EMPLOYEE**                          **TRAINER(S)**

_____          _____          _____          _____
EMPLOYEE NAME (PRINT)            NAME (PRINT)                     SIGNATURE                        DATE

_____          _____          _____          _____
EMPLOYEE SIGNATURE              NAME (PRINT)                     SIGNATURE                        DATE

_____          _____          _____          _____
SOCIAL SECURITY NUMBER          NAME (PRINT)                     SIGNATURE                        DATE

                                 _____          _____          _____

D 000434

# Table of Contents

Manual Objectives.................................................... 1

Newark PDC Requirements........................................ 2

Newark PDC Facts................................................... 3

Organization Charts
     Management/Salary.......................................... 4
     Local 404...................................................... 5
     Local 1212..................................................... 6

Newark PDC Employee Listing..................................... 7

Newark PDC Committees............................................ 8

Standards of Conduct............................................ 9-9a

Dress Code........................................................... 10

Attendance Policy............................................. 11,11a,12,12a

Employee Assistance Program................................ 13-14

Absentee/Emergency "Call In" Numbers...................... 15

Warehouse Layout................................................. 16

Areas and Their Parts............................................ 17

Glossary of Terms............................................. 18-19

Quality Policy...................................................... 20

PQI Partnership................................................... 21

Who is Your Customer? Who is Your Supplier?................ 22

ISO9002 Overview................................................ 23

Safety and Health Training...................................... 24

Safety & Health Policy Statement.............................. 25
Key S&H Elements................................................ 26
Joint Health & Safety Committee Charter..................... 27
Local Joint Safety & Health Committee........................ 28
Plant Safety Committee.......................................... 29
Guide to Safe Conduct........................................... 30
PDC Cleanliness.................................................. 31
Safety Awareness................................................ 32
Overview of PDC Safety, Health, Environmental
And Ergonomic Programs, Policies and Directives............. 33-39
F.E.R.O. – Initial/ Supplemental Teams........................ 40
Disaster Specific Responsibilities.............................. 41
Disaster Guidelines.............................................. 42
Disaster Map..................................................... 43
HealthyLife....................................................... 44
What's In It For Me?............................................. 45

A42

D 000435

# DAIMLERCHRYSLER
## NEWARK PARTS DISTRIBUTION CENTER

## SAFETY, HEALTH, ENVIRONMENTAL, ERGONOMIC, WELLNESS AND OPERATIONAL GUIDELINES MANUAL

### OBJECTIVE

THIS MANUAL IS INTENDED FOR THE EXCLUSIVE USE OF ALL DAIMLERCHRYSLER, NEWARK PARTS DISTRIBUTION CENTER ACTIVE, NEW HIRE, TRANSFERRED, TEMPORARY AND CONTRACT ON SITE EMPLOYEES.

THE CORPORATION CONSIDERS YOU A VALUABLE MEMBER OF OUR PDC'S TEAM AND ASSURE YOU OF OUR INTEREST IN YOUR SAFETY AND PROGRESS WHILE EMPLOYED AT THIS FACILITY.

ALL DAIMLERCHRYSLER EMPLOYEES ARE EXPECTED TO CONDUCT THEMSELVES ON CORPORATION TIME AND PREMISES IN SUCH A MANNER THAT PROMOTES THE SAFETY AND WELFARE OF ALL CO-WORKERS, ENCOURAGES CONGENIAL WORK HABIT, PROTECTS PERSONAL AND CORPORATION PROPERTY. YOUR OWN PERSONAL SUCCESS WILL BE REFLECTED IN YOUR EFFORT AND THE EFFORTS OF YOUR CO-WORKERS AND BOTH ARE NEEDED TO MAKE THIS A SAFE AND SUCCESSFUL PLACE OF EMPLOYMENT. IMPORTANT TO REMEMBER ACCIDENTS ARE TRULY PREVENTABLE.

WE TRUST THAT YOUR WORK HERE ONGOING WILL BE ENJOYABLE, PROSPEROUS AND SAFE.

WE REQUEST THAT YOU READ THIS MANUAL VERY CAREFULLY AND KEEP IT IN YOUR POSSESSION ON HAND FOR FUTURE REFERENCE.

A43

D 000436

# NEWARK PDC REQUIREMENTS

## THREE REQUIREMENTS

(1)    To consistently provide on a timely basis, quality and defect free parts deliveries to DaimlerChrysler corporation dealers servicing our customers' automobiles.

(2)    To provide a safe and healthy work environment at our facility for all our employees and visitors.

(3)    To maintain as an ongoing profit-making concern of DaimlerChrysler.

**A44**

D 000437

# NEWARK PDC FACTS

**PURPOSE:**    Provide automobile parts to Chrysler Corporation Dealers.

**BUILT:**    1948

**SIZE:**    660,000  Sq. St.

**PART NUMBERS STOCKED:**    90,000 +

**# OF EMPLOYEES:**    190 +  Hourly

4    Salary

13    Management

**ANNUALIZED PAYROLL:**    $14 Million

**GEOGRAPHICAL  AREA  SERVICED:**    Delaware, Maryland, S.E. Pennsylvania,    S.New    Jersey, Virginia, West  Virginia  and  E. North Carolina.

**YEARLY SALES:**    $300 Million

**ADDRESS:**    DaimlerChrysler
Mopar Parts Division
Newark Parts Distribution Center
1 Mopar Dr.
New Castle County
Newark, Delaware 19713-1302

**PHONE NUMBER:**    302-453-5635

A45

D 000438



**DAIMLERCHRYSLER**
**MOPAR PARTS DIVISION**
**ORGANIZATION CHART**
NEWARK PDC
3130D0075 11/99

ROBERT MAILLOUX
PDC MANAGER

DAWN REESE
OPERATIONS ADMINISTRATOR
PERSONNEL

CARL RUGHOMEN
OPERATIONS SUPPORT MANAGER

MIKE PURNELL
FIRST SHIFT COMPUTER OPER.
PACS ANALYST

RITA MESSERSCHMIDT
THIRD SHIFT COMPUTER OPER.
BILLING

DIANNE O'HALLORAN
PAUL ROBERTS
ISO9002 CHAMPIONS

DAVID PURNELL
SPLIT SHIFT COMPUTER OPER.
RETURNS

LYNNE TATE
BACK-UP COMPUTER OPER.
PAYROLL/ACCTS. PAYABLE

MICHELLE CROCKETT
FACILITIES SUPERVISOR
MAINT/JANITORIAL

CHRIS FERRARO
WACKENHUT GUARD SERICE
CONTRACT SECURITY

ROBERT ALTIERI
WAREHOUSE MANAGER

GARY SIMPERS
OUTBOUND SUPERVISOR
FIRST SHIFT

AUDRA JABMAN
STOCK/REC SUPERVISOR

NATE HUGGINS
STOCK/REC SUPERVISOR

MICHELLE CROCKETT
RETURNS/REWAREHOUSING
SUPERVISOR

STEVE GWEN
NIGHT LEAD SUPERVISOR
SECOND SHIFT

ROBERT FRANI
OUTBOUND SUPERVISOR
SECOND SHIFT

DAVE PETROUS
OUTBOUND SUPERVISOR
SECOND SHIFT

DAVE HART
OUTBOUND SUPERVISOR
THIRD SHIFT

JOHN BRYANT
OUTBOUND SUPERVISOR
THIRD SHIFT

DREW CLARK
RYDER INTEGRATED LOGISTICS
DDS COORDINATOR

BETSY HAY
CUSTOMER SERVICE MANAGER

GARY COOPER
DISPATCHER

BILL IVERS
CUSTOMER SERVICE MANAGER

D 000439



LOCAL 404

JOHN TURNBULL
PRESIDENT

GARY STOLLINGS SR.
VICE PRESIDENT

JOE FELLIN
RECORDING
SECRETARY

DAN KOMARA
FINANCIAL
SECRETARY

DON LOEB
GUIDE

GEORGE SMITH
SGT. OF ARMS

HAROLD MOORE
TRUSTEE

ED GEORGE
TRUSTEE

GARY SAUSERMAN
TRUSTEE

GEORGE MINGO
SHOP CHAIRPERSON

R. BLANKENBECKLER
1ST SHIFT
COMMITTEEPERSON

GARY MEINHALDT
2ND SHIFT
COMMITTEEPERSON

JIM HOCKETT
3RD SHIFT
COMMITTEEPERSON

PETE PULLEN
EAP REP.

TOM TULLEY
FQI CO-FACILIATOR
BENEFITS REP.

RON REESE
HEALTH & SAFETY
REP.

A:LOCAL404.CHT REVISED DEC.99

A47

D 000440

A:Listing.Emp.
REVISED 10/99

NEWARK PDC
EMPLOYEE LISTING

| EMPLOYEE | SENIORITY |
|---|---|
| H.HUSFELT | 04/30/48 |
| E.WATSON | 05/05/59 |
| G.PROBST | 12/10/59 |
| P.SCHAEN | 10/27/64 |
| J.ZIMKOWSKI | 11/05/64 |
| W.HEATH | 12/01/64 |
| J.DOLAN | 01/05/65 |
| H.MOORE | 02/08/65 |
| H.FENDER | 04/19/65 |
| T.TULLEY | 06/08/65 |
| L.BURSLER | 07/15/65 |
| J.INSOLO | 09/16/65 |
| J.BARNES | 09/23/65 |
| B SUOMINEN | 09/27/65 |
| J.PYLE | 09/27/65 |
| C.JOSWICK | 09/29/65 |
| P.LUM | 10/14/65 |
| J.MARTINO | 10/18/65 |
| R.REESE | 10/19/65 |
| R.BLANSFIELD | 10/25/65 |
| J NEWNAM | 10/27/65 |
| G.WINGO | 10/27/65 |
| M.ROGERS | 11/01/65 |
| J.KANE | 01/26/66 |
| J.FORNADEL | 03/07/66 |
| E.GEORGE | 06/15/66 |
| G GILLEY | 08/16/66 |
| D.KOMARA | 09/06/66 |
| J.TURNBULL | 09/06/66 |
| G.ROOT | 09/19/66 |
| T.LEE | 10/10/66 |
| R.FRYE | 12/28/66 |
| J.LOY | 02/12/67 |
| J.EDEVANE | 05/08/67 |
| D.ELDRETH | 06/12/67 |
| R.BLANKENBECKLER | 06/13/67 |
| E MCDERBY | 10/25/67 |
| J.JONES | 07/31/68 |
| R.STEWARD | 03/24/69 |
| E.PURNELL | 03/31/69 |
| V. ROARK | 03/31/69 |
| D.GUSEMAN | 08/04/69 |
| W.BAKER | 08/05/69 |
| B TRUITT | 09/13/69 |
| N.REED | 10/20/69 |
| D.HUDSON | 02/19/70 |
| R.KARL | 06/03/71 |
| M.CULVER | 06/08/71 |
| J.FELLIN | 06/28/71 |
| K. ROOT | 11/01/71 |
| G.SAUSCERMAN | 11/02/71 |
| G.CRUM | 11/08/71 |
| M.TERPELUK | 06/12/71 |
| A. GAYLE | 10/04/72 |
| JULIUS GOODING | 10/04/72 |
| F. KIRK | 10/04/72 |
| M. ADKINS | 05/10/73 |
| M. ALEXANDER | 06/24/74 |
| M.DEMARK | 06/24/74 |
| S. GILLEY | 05/07/79 |
| C. MARTIN | 07/07/86 |
| T. BURRIDGE | 05/23/88 |
| F. HILL | 05/23/88 |
| D. LOEB | 05/23/88 |
| K.SMALL | 02/20/89 |
| J BARRETT | 02/20/89 |
| C.PULLEN | 03/06/89 |
| L.MILLER | 03/06/89 |
| W.JEFFERIS | 04/24/89 |
| W.HARRIS | 04/23/89 |
| G HATCHETT | 04/24/89 |
| B.TRACEY | 04/24/89 |
| J.HUNT | 05/01/89 |
| J.ALONGI | 05/01/89 |
| T.KEARNEY | 05/01/89 |
| T HENRY | 05/15/89 |
| J GAGER | 05/15/89 |
| S.LASZCZYK | 05/15/89 |
| G.JOHNSTON | 07/24/89 |
| D.FELDMAN | 07/24/89 |
| G.HOOPS | 07/24/89 |
| R.MCKINNEY | 07/24/89 |
| M.FULLERTON | 08/21/89 |

| | |
|---|---|
| T.DIAMOND | 08/21/89 |
| M. JESSAMY | 06/08/93 |
| J ONG | 06/28/93 |
| J.HOLLEY | 01/03/94 |
| C.JOHNSON | 01/03/94 |
| M.LUSBY | 01/03/94 |
| W.MOFARLAND | 01/03/94 |
| J.MEINHALDT | 01/03/94 |
| V.ROBINSON | 01/03/94 |
| R.ADKINS | 01/12/94 |
| M.SMALL | 01/31/94 |
| J.DOLAN | 02/07/94 |
| T.TRUITT | 02/07/94 |
| R.VODERY | 02/07/94 |
| J.PERNA | 04/11/94 |
| S.ROBBINS | 04/11/94 |
| C.WOO | 04/11/94 |
| W.LEMON | 04/25/94 |
| J.WHITE | 08/22/94 |
| A SMITH | 08/23/94 |
| T BLAKELY | 08/29/94 |
| M.CULVER,III | 08/29/94 |
| R.REESE, JR | 08/29/94 |
| G.STOLLING,JR | 08/29/94 |
| J.ZIMKOWSKI | 09/06/94 |
| K.JONES | 09/26/94 |
| C.TAGGART | 09/26/94 |
| H.CHAO | 10/03/94 |
| C.JOSWICK | 10/10/94 |
| D.POORE | 10/10/94 |
| R.DILLARD | 10/24/94 |
| W.JEFFERIS | 10/30/95 |
| J.MCGEOCH | 10/30/95 |
| H MINDER | 11/06/95 |
| R.HOLOVIAK | 11/13/95 |
| M.ANDERSON | 02/12/96 |
| F.BORST | 02/12/96 |
| M.ESCHELWECK | 02/12/96 |
| J.GLASS | 02/12/96 |
| G.SMITH | 02/12/96 |
| C.ADAMS | 03/04/96 |
| B.LIVELY | 03/04/96 |
| J.MARTIN-PATCHELL | 03/04/96 |
| M.POLITAKIS-GLASS | 03/04/96 |
| L.BILLIPS-WINGO | 04/09/96 |
| R.BROWN | 04/09/96 |
| B.DUBBS | 04/09/96 |
| M.MONGER | 04/09/96 |
| J FLANAGAN | 04/15/96 |
| J.HOCKETT | 04/15/96 |
| J.MITCHELL | 04/15/96 |
| P.ROBERTS | 04/15/96 |
| M.WHITE | 04/15/96 |
| P.ROARK | 05/20/96 |
| J.SAUSCERMAN | 05/28/96 |
| L.CERRA | 05/28/96 |
| G.ALLEN | 01/06/97 |
| E.BRICKLEY | 01/06/97 |
| J.MCMULLEN | 01/06/97 |
| P.DILUIGI | 01/13/97 |
| S FREEMAN | 02/03/97 |
| R. GILL | 02/03/97 |
| F.MORRISSEY | 02/03/97 |
| R.TURNBULL | 02/03/97 |
| J.WEBER | 02/03/97 |
| R.FELLIN | 03/10/97 |
| M STOLLINGS | 03/10/97 |
| S. BARNES | 03/28/97 |
| J MIKULSKI | 03/28/97 |
| A. BACKUS | 05/19/97 |
| A. BAILEY | 05/19/97 |
| D. PETRECELLI | 05/19/97 |
| A.SCHAEN | 05/20/97 |
| C.DANSBY | 05/27/97 |
| M.MARIANO | 05/27/97 |
| C RUOHONEN | 05/28/97 |
| K.DELP | 06/02/97 |
| N FOX | 06/02/97 |
| K.LENTZ | 06/02/97 |
| J.METHVEN | 06/02/97 |
| K.TODD | 06/02/97 |
| R WELLS | 06/02/97 |
| M.CURRY | 04/06/98 |
| J.TECHENTINE | 04/14/98 |

| | |
|---|---|
| M.HUGHES | 04/14/98 |
| B LOEB | 04/20/98 |
| D.BROWN | 04/27/98 |
| R.ANDERSON | 05/18/98 |
| A.MCGEOCH | 05/18/98 |
| R. FRYE JR | 05/26/98 |
| S BRODERDORP | 04/12/99 |
| J. LENTZ | 04/19/99 |
| G. CONWAY | 05/03/99 |
| J. RHUDY | 05/18/99 |
| P. PALMER | 06/01/99 |
| V. HALL | 06/14/99 |
| J. KING | 06/14/99 |
| V. PERRI | 07/26/99 |

**POWERHOUSE & MAINTENANCE**

| | |
|---|---|
| F. THORP | 07/19/71 |
| R.COMEGYS | 04/23/73 |
| G LILLER | 06/30/84 |
| J GOODING | 07/09/84 |
| E. LOLLER | 01/04/93 |
| G.STOLLING.SR | 03/15/93 |
| C FORBES | 06/07/93 |
| C.MARIANO | 08/25/97 |

**SALARY EMPLOYEES**

| | |
|---|---|
| R.MESSERSCHMIDT | 04/02/73 |
| L.TATE | 05/13/96 |
| M.PURNELL | 01/19/99 |
| D.PURNELL | 01/31/86 |

**MANAGEMENT EMPLOYEES**

| | |
|---|---|
| R.MAILLOUX | 06/01/76 |
| R.ALTIERI | 08/20/90 |
| C.RUOHONEN | 04/02/73 |
| J.BRYANT | 03/04/85 |
| D. REESE | 01/06/97 |
| A.JARMAN | 06/09/97 |
| N.HUGGINS | 06/23/97 |
| D.O'HALLORAN | 02/02/98 |
| S.GWIN | 03/16/98 |
| G.HART | 04/15/98 |
| R. PISANI | 05/10/99 |
| M. CROCKETT | 7/12/99 |
| D. PETROUS II | 08/16/99 |

A48

D 000442



LOCAL 1212

ORGANIZATION CHART

WAYNE USILTON
LOCAL 1212 PRESIDENT

LYNNE TATE
UNIT CHAIRPERSON

MICHAEL PURNELL
SHOP STEWARD

A49

D 000441

NEWARK PARTS DISTRIBUTION CENTER

"SAFETY, HEALTH, ERGONOMIC, DISASTER, SAFETY RECOGNITION,
WELLNESS, ENVIRONMENTAL & P.Q.I.P. TRAINING COMMITTEE(S)

● Joint UAW/MGT Safety,Health & Environmental Committee:
Members:
Robert P. Mailloux, Co-Chairperson
John Turnbull Co-Chairperson
Carl Ruohonen Co-Coordinator
Ronald Reese Co-Coordinator
Steve Gwin,Alt. Incident/Emerg Coordinator
Ron Blankenbeckler UAW 1st Shft Committeeperson
Tom Tulley, UAW Benefits Rep/PQIP. Facilitator
Gary Meinhaldt, UAW 2nd Shift Committeeperson
Dave Purnell, Local 1212 Ad Hoc

● Safety Recognition Committee:
Members:
Ron Blankenbeckler, UAW 1st Shft. Committeeperson
Ron Reese, UAW S&H Rep.
Carl Ruohonen, PDC S&H Manager.
Steve Gwin, Alt. PDC S&H Manager.
Tom Tulley, UAW Benefits Rep./P.Q.I.P. Facilitator
Gary Meinhaldt,UAW 2nd Shift Committeeperson
Dave Purnell. Local 1212 Adhoc

● .Plant Safety, Health, Environment & Ergonomic Committee:
Members:
Robert P. Mailloux, Chairperson, PDC Manager
John Turnbull, Co-Chair,Local 404 Pres.
Carl Ruohonen, Oprs. Support Mgr.
George Crum, PDC Fire Chief
Michelle Crockett, Maintenance/Janitorial
Dianne O'Halloran, ISO9002 Coordinator
Ron Reese. UAW Safety & Health Rep.
Dawn Reese, PDC Admin. Assistant
Dave Purnell, Local 1212 Ad Hoc

● Employee Wellness Committee:
Members:
Dawn Reese, Chairperson (PDC Office. Admin.)
Joe Fellin. Co-Chair (Local 404 Rec. Sec )

● Ergonomics Committee:
Members:
Carl Ruohonen , Co Chairperson
Ron Reese . Co-Chairperson
Dianne O'Halloran , ISO9002- Co-Facilator
Gary Meinhaldt, - Co-Facilator.
Ron Blankenbeckler,Committeeperson
Dave Purnell, Local 1212 Ad Hoc

● Environmental Committee:
Members:
Carl Ruohonen. Chairperson (Env./Emerg Coordinator)
Steve Gwin, Lead Supervisor,AltEnviron/Emerg. Coor.
Ron Reese. UAW S&H Rep
George Crum, PDC's Fire Chief
Tony Turnbull, Offshift PDC Fire Chief

● Disaster Planning Committee:
Members:
Robert Mailloux, Chairperson
Carl Ruohonen, Incident Commander
Steve Gwin, Alternate Incident Commander
Bob Altieri, Public Relations Coordinator
George Crum, PDC Fire Chief
John Turnbull, Alt. Fire Chief
Robert Turnbull , Off Shift Fire Chief
Ron Reese, Local 404 S&H Rep.
Chris Ferraro, Wackenhut Guard Service

● EQUAL APPLICATION COMMITTEE:
Members:
Robert P. Mailloux
John Turnbull
George Wingo
Dawn Reese
Pete Pullen

● P.Q.I.P. Executive Committee
Members:
Robert P. Mailloux, Co.-Chairperson
John Turnbull, Co-Chairperson
Bob Altieri, Co-Facilitator
George Wingo, UAW Shop Chairperson
Thomas Tulley, Co- Facilitator
Carl Ruohonen, Ad Hoc
LynneTate. Ad Hoc.

● P.Q.I.P. Training Committee
Members:
Anthony Bailey- Hourly Employee
Jim Hockett, Hourly Employee
Justin Mikulski, Hourly Employee
Roland Wells, Hourly Employee

A50

D 000443

# STANDARDS OF CONDUCT

TO ALL DAIMLERCHRYSLER EMPLOYEES:

WE SET THE HIGHEST BUSINESS AND ETHICAL STANDARDS FOR OURSELVES AND OUR OPERATIONS AT CHRYSLER. OUR CONDUCT MUST REFLECT OUR COMMITMENT AND RESPONSIBILITY TO OUR CUSTOMERS, OUR EMPLOYEES, OUR DEALERS, OUR SUPPLIERS, OUR SHAREHOLDERS, OUR GOVERNMENTS, AND THE COMMUNITIES IN WHICH WE OPERATE.

WE RELY ON EVERY EMPLOYEE TO MAINTAIN A COOPERATIVE RELATIONSHIP WITH HIS OR HER FELLOW WORKERS. THIS RELATIONSHIP REQUIRES RESPECT FOR EACH OTHER AND RECOGNITION THAT EVERY EMPLOYEE IS A VALUABLE CONTRIBUTOR TO THE OVERALL SUCCESS OF OUR ORGANIZATION.

AT CHRYSLER, WE RESPECT AND ENCOURAGE CREATIVITY, INNOVATION, AND INDIVIDUALISM  BUT, IN ORDER TO MAINTAIN A SAFE, WELL RUN ORGANIZATION, CERTAIN BASIS POLICIES AND PRACTICES MUST BE ESTABLISHED, CLEARLY DEFINED AND FOLLOWED. THESE POLICIES AND PRACTICES ARE NECESSARY TO ENSURE THAT YOU HAVE A CLEAR UNDERSTANDING OF WHAT IS EXPECTED OF YOU AT CHRYSLER.

THE STANDARDS OF CONDUCT APPLY TO EVERYONE AT CHRYSLER.  IF ANY STANDARDS IS VIOLATED, CHRYSLER WILL TAKE DISCIPLINARY ACTION–UP TO AND INCLUDING DISCHARGE.

ANY OF THE FOLLOWING ACTIONS DURING YOUR EMPLOYMENT WITH CHRYSLER WOULD VIOLATE THE STANDARDS OF CONDUCT.:

1.  FALSIFICATION OF EMPLOYMENT APPLICATION OR OTHER CORPORATION RECORDS, OR THE CONSCIOUS USE OF FALSIFIED DOCUMENTS

2.  FAILURE TO RING IN YOUR OWN TIME CARD, RINGING ANOTHER EMPLOYEE'S TIME CARD, OR PERMITTING ANOTHER TO RING YOUR TIME CARE.

3.  UNEXCUSED ABSENCE OR TARDINESS FROM PLANT OR WORK STATION

4.  LEAVING YOUR WORK STATION, OFFICE OR PLANT DURING WORKING HOURS OR FAILING TO RETURN TO WORK AFTER LUNCH OR RELIEF WITHOUT PERMISSION

5.  FAILURE TO EXERT NORMAL EFFORT ON THE JOB. WASTING TIME, LOITERING, LOAFING, OR SLEEPING ON THE JOB

6.  FAILURE OR REFUSAL TO FOLLOW THE INSTRUCTIONS OF SUPERVISION

7.  LEADING, INSTIGATING, SUPPORTING OR TAKING PART IN ANY STRIKE, WORK STOPPAGE, OR PICKETING IN VIOLATION OF THE COLLECTIVE BARGAINING AGREEMENT, OR IN ANY SLOWDOWN OR OTHER IMPROPER INTERFERENCE WITH OR RESTRICTION OF OPERATIONS.

8.  HARASSING ANY PERSON WHETHER OR NOT A CHRYSLER EMPLOYEE, BASED ON THAT PERSON'S SEX, RACE, RELIGION, AGE, HANDICAP, NATIONAL ORIGIN OR MEMBERSHIP IN ANOTHER PROTECTED CLASS.

9.  PRODUCTION OF EXCESSIVE SCRAP OR INFERIOR WORK.

10.  NEGLIGENT OR DELIBERATE DAMAGE OR DESTRUCTION OF PROPERTY OWNED OR HELD BY THE CORPORATION OR ANY EMPLOYEE, OR THE ABUSE OR MISUSE OR UNAUTHORIZED USE OF ANY SUCH PROPERTY.

11.  IMMORAL OR INDECENT CONDUCT.

12.  USE, POSSESSION, DISTRIBUTION, SALE OR OFFERING FOR SALE OR BEING UNDER THE INFLUENCE OF ALCOHOL OR DRUGS (OTHER THAN USE OR POSSESSION OF NARCOTICS IN MEDICINES PRESCRIBED BY THE EMPLOYEE'S PHYSICIAN), ON CORPORATION PROPERTY, OR WHILE OPERATING A CORPORATION OWNED MOTOR VEHICLE, OR WHILE ENGAGED IN CORPORATE BUSINESS.

13.  UNACCEPTABLE CONDUCT DUE TO ALCOHOL OR DRUG ABUSE (OTHER THAN USE OF POSSESSION OF NARCOTICS IN MEDICINES PRESCRIBED BY THE EMPLOYEE'S PHYSICIAN), OR CONDUCT THAT INDICATES A POTENTIAL FOR IMPAIRED OR UNSAFE JOB PERFORMANCE DUE TO DRUG OR ALCOHOL ABUSE

14    THREATENING, INTIMIDATING, COERCING OR USING ABUSIVE LANGUAGE TO OTHERS

15    FIGHTING, "HORSEPLAY" OR OTHER DISORDERLY, DISRUPTIVE OR UNRULY CONDUCT.

16    CREATING OR CONTRIBUTING TO UNSAFE OR UNSANITARY CONDITIONS

17    SMOKING IN UNAUTHORIZED AREAS

18    UNAUTHORIZED SOLICITATION, EXCEPT SUCH SOLICITATION DURING EMPLOYEES' NON-WORKING TIME AS IS PROTECTED BY THE NATIONAL LABOR RELATIONS ACT.

19    UNAUTHORIZED DISTRIBUTION OF LITERATURE EXCEPT SUCH DISTRIBUTION DURING NON-WORKING TIME IN NON-WORKING AREAS AS IS PROTECTED BY THE NATIONAL LABOR RELATIONS ACT.

20    POSTING, REMOVING OR IN ANY MANNER DEFACING NOTICES OR OTHER SIGNS ON BULLETIN BOARDS WITHOUT SPECIFIC AUTHORIZATION OF MANAGEMENT.

21    UNAUTHORIZED USE, POSSESSION, REMOVAL OF OR ACCESS TO CORPORATION RECORDS OF ANY TYPE OR FORM

22    ENGAGING IN, PARTICIPATING IN, AIDING OR APPROVING CONDUCT CONSTITUTING OR APPEARING TO CONSTITUTE WITH THE INTEREST OF THE CORPORATION.

23    ACTUAL OR ATTEMPTED THEFT, FRAUD, OR MISAPPROPRIATION OF PROPERTY, INCLUDING THE AIDING OR ABETTING OF THE SAME.

24    GAMBLING, CONDUCTING GAMES OF CHANCE, OR POSSESSING GAMBLING EQUIPMENT ON CORPORATION PREMISES.

25    POSSESSION OF WEAPONS FIREARMS, KNIVES OR OTHER WEAPONS WHILE ON COMPANY PROPERTY.

26    PERMITTING  IMPROPER USE OF YOUR BADGE, IDENTIFICATION CARD, OR OTHER CORPORATION PASSES, PAPERS, OR PROPERTIES WHICH  MAY BE ENTRUSTED TO YOU.

27    PERMITTING IMPROPER USE OF YOUR BADGE, IDENTIFICATION CARD, OR OTHER CORPORATION PASSES, PAPERS,OR PROPERTIES WHICH MAY BE ENTRUSTED TO YOU.

28    FAILURE OR REFUSAL TO PERMIT INSPECTION OF ITEMS SUCH AS LOCKERS, VEHICLES, PACKAGES, LUNCH BOXES OR HAND BAGS WHEN REQUESTED TO DO SO.

29    FAILURE OR REFUSAL TO WORK OVERTIME AS INSTRUCTED BY SUPERVISION.

30    REMOVING, ALTERING OR MAKING INOPERATIVE ANY EQUIPMENT OR DEVICE DESIGNED TO PROTECT EMPLOYEES FROM INJURY AND/OR ILLNESS.

31    CONDUCTING A CHECK CASING SERVICE OR OTHER BUSINESS ENTERPRISE OR ENGAGING IN ANY ILLEGAL ACTS SUCH AS "LOAN SHARKING" WHILE ON CORPORATE PREMISES.

IMPORTANT NOTE: THE CORPORATION, THROUGH ITS HUMAN RESOURCES DEPARTMENT, RESERVES THE RIGHT TO MODIFY, REVOKE, SUSPEND OR TERMINATE THE STANDARDS OF CONDUCT, OR ANY PORTION THEREOF, AT ANY TIME, AT ITS SOLE DISCRETION. THESE STANDARDS OF CONDUCT SHALL NOT, UNDER ANY CIRCUMSTANCES BE DEEMED TO BE PART OF ANY EMPLOYMENT CONTRACT OR AGREEMENT WITH ANY EMPLOYEE.

A52

# DAIMLERCHRYSLER

# NEWARK PARTS DISTRIBUTION CENTER

## MINIMUM DRESS CODE - ALL EMPLOYEES

The Newark Parts Distribution Centers dress code standard has been established to insure compliance with DaimlerChrysler's Policy on sexual harassment and meets DaimlerChrysler's minimum safety standards. The dress code applies to both male and female employees.

Shorts, if worn, must be a length of no shorter than three (3) inches above the knee and have no slits and/or holes.

A top covering, at a minimum, must cover the torso completely. This does not allow halters or sports bras worn by themselves.

Shoes must be constructed of sturdy materials, preferable a hard leather or hard synthetic material with strong toes and reasonably thick soles. No open toe sandals.

Employees who do not meet the above minimum standards will be asked to leave the plant and return to work wearing the proper attire.

**A53**

D 000446

## ABSENTEEISM PROCEDURE

THE ABSENTEEISM PROCEDURE IS A TWO (2) STEP PROCESS AND SHALL PROVIDE FOR TWELVE (12) CONSECUTIVE COUNTABLE OCCURRENCES. EACH COUNTABLE ABSENCE OF EIGHT (8) HOURS OR MORE ON ANY SCHEDULED WORK DAY SHALL BE COUNTED.

ON YOUR NINTH (9TH) COUNTABLE ABSENCE WITHIN A ROLLING TWELVE (12) MONTH PERIOD YOU WILL BE SENT A LETTER ADVISING YOU THAT IF YOU HAVE ONE (1) MORE COUNTABLE ABSENCE OR OCCURRENCE, YOU WILL BE GIVEN A TEN (10) DAY DISCIPLINARY LAYOFF. THIS TIME MUST BE SERVED.

WHEN YOU RETURN TO WORK FROM THE TEN (10) DAY DISCIPLINARY LAYOFF YOU WILL START A NEW TWELVE (12) MONTH PERIOD, BEGINNING ON THE DAY YOU RETURN TO WORK.

IF YOU HAVE ONE (1) UNEXCUSED ABSENCE OR SEVEN (7) EXCUSED ABSENCES DURING THIS TWELVE (12) MONTH PERIOD YOU WILL RECEIVE A THIRTY (30) DAY DISCIPLINARY LAYOFF, WHICH MUST BE SERVED.

KEEP IN MIND THESE SEVEN (7) EXCUSED ABSENCES DO NOT INCLUDE THE SEVENTEEN (17) REASONS GIVEN AT THE BEGINNING OF THIS DOCUMENT.

IF YOU GET A THIRTY (30) DAY DISCIPLINARY LAYOFF BECAUSE OF EXCUSED ABSENCES YOU WILL START A NEW TWELVE (12) MONTH PERIOD STARTING WITH YOUR LAST DAY EXCUSED. HOWEVER IF IT IS A RESULT OF AN UNEXCUSED ABSENCE YOU WILL START A NEW TWELVE (12) MONTH PERIOD ON THE DAY YOU RETURN TO WORK FROM YOUR THIRTY (30) DAY DISCIPLINARY LAYOFF.

IF YOU HAVE ONE (1) UNEXCUSED ABSENCE DURING THIS TWELVE (12) MONTH PERIOD YOU WILL BE DISCHARGED.

IF YOU DO NOT INCUR AN UNEXCUSED ABSENCE OR SEVEN (7) EXCUSED ABSENCE DURING THE SECOND TWELVE (12) MONTH PERIOD YOU WILL BE FULLY RECOVERED AND START OVER AGAIN.

ANYTIME YOU GO TWELVE (12) MONTHS WITHOUT INCURRING THE NEXT STEP YOU WILL START OVER AGAIN.

YOU MUST CONTINUE TO CALL IN AND REPORT YOUR ABSENCE.

CONSECUTIVE DAYS OF UNEXCUSED ABSENCES OF LESS THAN FIVE (5) DAYS, FOR THE SAME REASON, SHALL COUNT AS ONE (1) OCCURRENCE WHEN YOU REACH THE SECOND STEP.

A54

D 000447

THE NEW ATTENDANCE POLICY WORKS LIKE THIS.

FIRST: IF YOU HAVE AT LEAST THREE (3) YEARS SENIORITY.

SECOND: YOU HAVE NOT BEEN GIVEN DISCIPLINARY TIME OFF IN THE LAST THREE (3) YEARS.

THIRD: YOU HAVE NO MORE THAN AN AVERAGE OF FIVE (5) ABSENCES AS COUNTED IN THE ABSENTEEISM PROCEDURE IN THE LAST THREE (3) YEARS AS OF SUCH DATE OF ABSENCE. THEY WOULD HAVE TO BE COUNTABLE ABSENCES, NOT P.A.A., VACATION OR ANY PAID ABSENCE.

FORTH: YOU HAVE NOT HAD MORE THAN TWO (2) SICK LEAVES IN THE LAST THREE (3) YEARS.

YOU HAVE TO MEET ALL FOUR (4) OF THESE CONDITIONS AND IF YOU DO YOU WILL NOT BE SUBJECTED TO THIS PROCEDURE.

THE FOLLOWING ABSENCES WILL AT NO TIME COUNT AGAINST YOU, AS LONG AS YOU MEET THE REQUIREMENTS.

(1) 8:0 HOURS P.A.A. EXCUSED IN ADVANCE AND PAID.

(2) ABSENCES OF FOUR (4) WORKING DAYS OR LESS DUE TO NON WORK RELATED ILLNESS OR INJURY. YOU MUST BE PAID S&A INSURANCE, YOU MUST BE CONFINED IN AN ACCREDITED HOSPITAL AT LEAST ONE (1) DAY DURING SUCH ABSENCE. ALSO IF YOU HAVE OUTPATIENT SURGERY OR PROCEDURES ON CONDITIONS THAT REQUIRE EMERGENCY ROOM TREATMENT, AS LONG AS THEY ARE SERIOUS AND UNCONTROLLABLE THEY WILL NOT COUNT AGAINST YOU. PROOF OF S&A PAYMENT MUST BE SUBMITTED TO YOUR SUPERVISOR WITHIN THIRTY (30) DAYS OF YOUR RETURN TO WORK. YOU HAVE THREE (3) DAYS WAITING PERIOD FOR S&A ON ANY ILLNESS SO YOU WOULD ONLY RECEIVE ONE (1) DAYS PAY. IF YOU ARE INJURED, S&A STARTS ON THE DATE OF INJURY.

EXAMPLE OF FOUR (4) DAY ILLNESS

YOU SUFFER CHEST PAIN AND GO TO THE EMERGENCY ROOM. YOU ARE ADMITTED, OR NOT ADMITTED, BUT ARE TOLD NOT TO RETURN TO WORK UNTIL YOU HAVE HAD SEVERAL TESTS OVER THE NEXT THREE (3) DAYS. THIS IS SERIOUS AND UNCONTROLLABLE SO IT WOULD NOT COUNT, AS LONG AS YOU APPLIED FOR S&A OR PRESENTED PROOF YOU WERE AT THE HOSPITAL.

(3) AS LONG AS YOU ASK IN ADVANCE AND ARE EXCUSED IN ADVANCE FOR A NON PAID DAY OFF, IT WILL NOT COUNT AS AN OCCURRENCE.

(4) ANY ABSENCE WHILE OBTAINING ADDITIONAL SURGICAL OPINIONS. SOME OF OUR COVERED SURGERIES REQUIRE A SECOND OPINION SO YOU COULD ALSO GET A THIRD OPINION AND NOT BE COUNTED AS AN OCCURRENCE.

(5) ABSENCES BECAUSE OF BEING SENT HOME BY THE MEDICAL DEPARTMENT WAITING ON A PQX JOB. ( PRESENTLY, THIS DEPOT DOES NOT WORK PEOPLE WITH A PQX, SO THIS WILL NOT APPLY AT THIS PDC AT THIS TIME.)

D 000448

(6) ABSENCES DUE TO A PLANT RELATED ILLNESS OR INJURY WHICH THE EMPLOYEE: (A) REPORTED TO THEIR SUPERVISOR BEFORE THE ABSENCE OR IMMEDIATELY UPON RETURNING TO WORK FOLLOWING SUCH ABSENCE WHICH THE EMPLOYEE ALSO HAD NOTIFIED THE PLANT THROUGH THE ESTABLISHED CALL IN PROCEDURE, AND (B) REPORTED IN PERSON TO THE MEDICAL DEPARTMENT BEFORE THE ABSENCE OR IMMEDIATELY UPON RETURNING TO WORK FOLLOWING SUCH ABSENCE AND THE LOST TIME IS ACCEPTED BY THE WORKERS' COMPENSATION DEPARTMENT AS COMPENSABLE. DISPUTES IN THIS REGARD MAY BE REFERRED TO THE NATIONAL ATTENDANCE COUNCIL.

(7) ALL LOST TIME PAID IN ACCORDANCE WITH SECTIONS (81) BEREAVEMENT PAY (82) JURY DUTY (83) SHORT TERM MILITARY DUTY AND A LEAVE OF ABSENCE FOR ILLNESS OR INJURY WHICH S&A BENEFITS ARE PAID.

(8) ANY ADDITIONAL UNPAID PERSONAL TIME OFF IN CONJUNCTION WITH AN APPROVED ABSENCE DUE TO BEREAVEMENT IN ACCORDANCE WITH LETTER (178) ADDITIONAL BEREAVEMENT PROVISIONS.

(9) ABSENCES BECAUSE OF ONE (1) OR MORE FULL WEEKS OF VACATION.

(10) ABSENCES BECAUSE OF BEING SUBPOENAED AS A WITNESS BY A STATE, FEDERAL, OR MUNICIPAL COURT OR BY A GOVERNMENTAL AGENCY OR LEGISLATIVE BODY WITH SUBPOENA POWER.

(11) ABSENCES BECAUSE OF DISCIPLINARY TIME OFF.

(12) ABSENCES FOR UNION BUSINESS REQUESTED BY THE LOCAL UNION PRESIDENT IN ADVANCE AND IN WRITING WHEN POSSIBLE.

(13) LOCAL 404 DOES NOT COME UNDER THE NATIONAL MEMORANDUM OF UNDERSTANDING ON OVERTIME. SO WE WILL NOT BE COUNTED AS MISSED TIME FOR NOT WORKING ON SATURDAY OR SUNDAY. ALL OTHER LOCALS THAT COME UNDER THIS NATIONAL AGREEMENT WILL BE COUNTED AS MISSED TIME FOR NOT WORKING SATURDAY OR SUNDAY.

(14) ABSENCES DUE TO SEVERE WEATHER CONDITIONS THAT ARE PAID UNDER THE SHORT WORK WEEK. IF YOU MEET THE REQUIREMENT BUT DO NOT GET PAID BECAUSE OF OVERTIME, YOU WILL STILL BE OK.

(15) ABSENCES THAT QUALIFY UNDER THE FAMILY AND MEDICAL LEAVE ACT OF 1993.

(16) ABSENCES BECAUSE OF BEING SENT HOME EARLY DUE TO MANAGEMENTS ACTION.

(17) OTHER EXTRAORDINARY ABSENCES AS DETERMINED BY THE NATIONAL ATTENDANCE COUNCIL.

A56

D 000449

IF THE PLANT SHOP COMMITTEE PERSON OR LOCAL UNION PRESIDENT PROMPTLY BRINGS TO THE ATTENTION OF THE UNION RELATIONS SUPERVISOR A CASE INVOLVING EXCEPTIONALLY TRAGIC CIRCUMSTANCES RESULTING IN AN ABSENCE THAT WOULD PLACE AN EMPLOYEE IN THE PROCEDURE, THE UNION RELATIONS SUPERVISOR WILL REMOVE THE ABSENCE FROM THE COUNT OF OCCURRENCES.

DISPUTES OVER WHETHER AN ABSENCE SHOULD BE EXCUSED OR UNEXCUSED WILL BE SUBJECT TO THE GRIEVANCE PROCEDURE.

IN THE EVENT THE EMPLOYEE IS DISCHARGED, THE LOCAL UNION MAY SUBMIT A GRIEVANCE AT THE SECOND STEP OF THE GRIEVANCE PROCEDURE WITHIN FORTY EIGHT (48) HOURS OF THE DISCHARGE. IF THE GRIEVANCE CANNOT BE RESOLVED AND THE GRIEVANCE IS APPEALED TO THE APPEAL BOARD IN ACCORDANCE WITH THE GRIEVANCE PROCEDURE, THE INTERNATIONAL UNION, UAW MAY REFER SUCH GRIEVANCE TO THE NATIONAL ATTENDANCE COUNCIL WHO MAY FIRST REVIEW THE MERITS OF THE CASE AND SHALL, WITHIN FIFTEEN (15) WORKING DAYS OF THE DATE OF ITS REVIEW, UNLESS THIS TIME LIMIT IS EXTENDED BY MUTUAL CONSENT, RESCIND, MODIFY OR AGREE WITH THE TERMINATION. THE DECISION OF THE COUNCIL IS FINAL AND BINDING AND NOT SUBJECT TO FURTHER APPEAL UNDER THE COLLECTIVE BARGAINING AGREEMENT. IN THE EVENT THE COUNCIL CANNOT AGREE, THE CASE SHALL BE REFERRED BACK TO THE APPEAL BOARD FOR DISPOSITION. IN THE EVENT THE APPEAL BOARD IS UNABLE TO SETTLE THE CASE, IT MAY BE APPEALED TO THE IMPARTIAL CHAIRMAN WHO SHALL ONLY DETERMINE WHETHER THE EMPLOYEE'S TERMINATION IS JUSTIFIED ON THE GROUNDS THE EMPLOYEE IS AN EXCESSIVE ABSENTEE AND WAS PROPERLY TERMINATED IN ACCORDANCE WITH THIS ABSENTEEISM PROCEDURE.

A57

D 000450

EAP COUNSELORS:
    UNION:  PETE PULLEN
    MGMT:   DAWN REESE

# DAIMLERCHRYSLER
## EMPLOYEE ASSISTANCE PROGRAM

The primary goal of EMPLOYEE ASSISTANCE PROGRAMS is prevention of employee personal problems or circumstances that may interfere with or jeopardize the employment of the individual.

The Employee Assistance Program attempts to reach employees who may have personal, substance abuse, family and/or emotional difficulties.

The Employee Assistance Program is based on two concepts which lead to referrals by either the employee (self referral) or by a Management or Union representative.

The program offers a systematic approach for assisting employees whose job performance is suffering or deteriorating significantly.

The program offers a vehicle for employees to deal with situations which not only affect their work, but circumstances that may be disturbing to themselves and others outside of the workplace.

The Employment Assistance Program Representative is critical to the success of the program. The EAP Representative must:

> Act as a liaison between the employee with the appropriate representatives of the member of Union/Management in the identification, education, referral and follow-up of workers with problems which impair job performance.\

> Act as liaison between the employee and referral agencies and providers of treatment.

> Participate in formal employee assistance training or instruction programs; review and make recommendations concerning program content.

The EAP REPRESENTATIVE can and should:

> Speak to employees about the services available through the Employee Assistance Program.

> Describe the Employee Assistance Program's positive alternatives to address and solve personal problems.

> Continually develop utilize and share their own personal skills, techniques and experiences.

> Serve as a source of motivation to encourage the employee to grow, achieve and become aware of his/her ability to solve problems and face crisis.

> Communicate confidence and trust that the employee has the ability to achieve identified goals.

> To Contact your local EAP Rep. - Call -    Pete Work 453-5681
>     Pager 302-622-1421

    Dawn - Work 453-5635    **A58**
    Pager 302-622-1734

D 000451

## PROFESSIONAL ETHICS

Professional and ethical integrity are the key elements of a successful counseling process. For the Employment Assistance Program, the Representative portrays the integrity of the entire project. Every EAP Representative is accountable for the maintenance of professionalism in every aspect of their interaction with fellow employees. There are specific rules of conduct that are required for the EAP to follow. There are also some common sense considerations that the EAP Representative is expected to use.

## CONFIDENTIALITY

One of the most important rules both personally and professionally, in any counselling situation is the observance of confidentiality. Trust and rapport are based on the expectation that everything said during the interview will remain confidential. Only after a release of information has been granted by the employee is the EAP Representative at liberty to relate specific information gained through the interview. Even then, the information can only be related to those individuals or agencies specified in the release of information. The EAP Representative is legally and professionally bound to confidentiality.

## PROFESSIONALISM

Professionalism is a must in counselling situations. The way the Representative handles sensitive information and approaches co-workers will establish him or her a professional. When recognized as a person who is serious, sensitive, forthright, knowledgeable and trustworthy, the Representative will be recognized as a professional. The EAP Representative must adhere to the ethical standards of:

COMPETENCE - Recognize the limitations of his/her competence and make certain that all work is performed within those limitations.

MISREPRESENTATION - Does not misrepresent his/her own professional qualifications, affiliations, competence and purposes.

INFORMED CONSENT - Primary concern to protect the employee's rights as a user of EAP services and to support the employer's right to consent to matters related to confidentiality, assessment and the implementation of a treatment plan.

RELATION WITH THE EMPLOYEE - Integrity is the fundamental quality of any professional relationship. It requires that the employee is free from doubt about the EAP Representative's trustworthiness and capacity for ethical practice. The Representative constantly maintains a professional manner in his/her personal contacts with the employee and the employee's family and associates.

CONFIDENTIALITY - The EAP Representative protects the employee's right to privacy with reference both to confidentiality and anonymity. Anonymity refers to nondisclosure of the identity of an individual. Confidentiality refers to the private, nondisclosable nature of informaton obtained during in the communication between an employee and the Representative.

REFERRALS - Efficiency and effectiveness of the referral process is a cornerstone of ethical EAP service. The Representative is responsible for making himself/herself thoroughly familiar with the private and public service providers available in his/her area before attempting to offer a referral.

SKILL AND PROFESSIONAL DEVELOPMENT - The EAP Representative seeks to continually upgrade his/her professional skills through workshops, seminars and professional affiliations.

D 000452

## ABSENTEE/ EMERGENCY "CALL-IN" NUMBERS

### EMERGENCY 'CALL-IN' NUMBER

ALL EMERGENCY CALLS SHOULD BE DIRECTED TO (302) 453-5680.  THE EMPLOYEE WILL BE CONTACTED IMMEDIATELY BY OUR SECURITY DEPT.

### ABSENTEE 'CALL-IN' NUMBER

Employees who are going to be absent from work as a result of illness, personal business, bereavement, etc., are **required to report their absence to the Personnel Office** or to their immediate supervisor.

Our phone system provides a "Voice Mail Box" recording, and if you are unable to make personal phone contact, you may leave a recorded message. If further clarification is needed we will call you back.  Please use the following phone numbers.

| PERSONNEL OFFICE | CONTROL CENTER |
|---|---|
| (302) 453-5635 | (302) 453-5624 or (302) 453-5632 |
| 8:00 AM - 4:30 PM | 4:30 PM - 8:00 AM |

IF AFTER 4:30 YOU NEED TO CALL IN FOR ABSENCE OR ANY OTHER REASON USE THE FOLLOWING PAGER NUMBERS.

| STEVE GWIN(2ND SHIFT) | ROBERT PISANI(2ND SHIFT) | JOHN BRYANT(3RD) | DAVE HART(3RD) |
|---|---|---|---|
| (302)622-1124 | (302) 657-6757 | (302) 622-1514 | (302)622-1289 |

AFTER YOU HEAR THE TONE ENTER THE AREA CODE AND PHONE NUMBER YOU CAN BE REACHED ON AND YOUR CALL WILL BE RETURNED, IF THIS IS AN EMERGENCY CALL FOR AN EMPLOYEE HE WILL BE CONTACTED IMMEDIATELY.

PLEASE MAKE THESE NUMBERS ACCESSIBLE TO YOUR FAMILY MEMBERS IN THE EVENT AN EMERGENCY SHOULD ARISE.

### BELOW ARE WALLET SIZE COPIES FOR YOU AND YOUR FAMILY.

| EMERGENCY "CALL IN" NUMBER (302) 453-5680 | | EMERGENCY "CALL IN" NUMBER (302) 453-5680 | |
|---|---|---|---|
| PERSONNEL OFFICE | CONTROL CENTER | PERSONNEL OFFICE | CONTROL CENTER |
| (302) 453-5635 | (302) 453-5624 | (302) 453-5635 | (302) 453-5624 |
| | (302) 453-5632 | | (302) 453-5632 |
| 8:00 AM - 4:30 PM | BEFORE 8:00 AM | 8:00 AM - 4:30 PM | BEFORE 8:00 AM |
| | AFTER 4:30 PM | | AFTER 4:30 PM |

| PAGER NUMBERS FOR NIGHT SHIFT EMERGENCY | | PAGER NUMBERS FOR NIGHT SHIFT EMERGENCY | |
|---|---|---|---|
| STEVE GWIN | JOHN BRYANT | STEVE GWIN | JOHN BRYANT |
| (302) 622-1124 | (302) 622-1514 | (302) 622-1124 | (302) 622-1514 |
| ROBERT PISANI | DAVE HART | ROBERT PISANI | DAVE HART |
| (302) 657-6757 | (302) 622-1289 | (302) 657-6757 | (302) 622-1289 |

AFTER THE TONE ENTER THE PHONE NUMBER YOU CAN BE REACHED ON, YOUR CALL WILL BE RETURNED

AFTER THE TONE ENTER THE PHONE NUMBER YOU CAN BE REACHED ON, YOUR CALL WILL BE RETURNED.

A60

D 000453

Novort PDC Plan and Rack Layout

WAREHOUSE BLDG. #1 — 1,002'-0" x 602'-1" = 651,451 SQ. FT.

Scale 1/32" = 1'-0"

FLAMMABLES BIN ELEVATIONS

FLAMMABLES RACK ELEVATIONS

SHEET METAL RACK ELEVATIONS

A61

D 000454

# Newark Parts Distribution Center

## Warehouse Areas & Their Parts

### Back End - Sheet Metal

JR - Transmission, Wheels, etc.

KF - Bare sheet metal, reinforcements, etc.

SR - Panels, Hoods, Doors, etc.

SJ - Pipes, Bumpers, etc.

HR - Long-term storage locations

MM - Long-term storage locations

TR - Special purpose or fictional locations

FB - Grilles, Panels, Fascia, etc.

### Front End - Bulk

RG - Grilles (Rack)

JR - Small parts that still fit Sheet Metal class

GB - Glass

HB - Small totable parts

RR)- Fast moving palletized items

EB - Moulding

FR - Paint and Aerosols

PR - Bulk area containing area skid sized locations

GR - Bulk area containing area skid sized locations

CR - Fluids, Bateries, and Engines

AA - Bulk area containing area skid sized locations

BL - Bulk Area- Non Grilles

### Front End - Small Parts

AW - Carousel Locations

PB - Larger Steel bin area

DB - Bin DSD area

CB - Bin DSD area

BB - Small steel drawer area

AB - Small steel drawer area

A62

D 000455

## GLOSSARY OF TERMS

**active location** - location that is designated to be picked from. Cannot be surplus or reserve.

**alternate location** - another active location, other than the location printed on the ticket, where parts can be picked.

**avis strap** - thin, white, reinforced strapping material used to secure boxes or parts.

**back end** - rear end of warehouse where sheetmetal stock is located.

**back order** - (1) an out of stock part, (2) a process to notify dealer of a total part shortage and also to help with inventory accuracy.

**badge number** - an employee's 4 digit identification number (last 4 of social security nbr.)

**barcoded items** - referred to as "barcodes", they are parts that will not fit into a cage.

**batch** - the area where parts are consolidated into cages and totes.

**bins** - that area of the warehouse where smaller parts are stored. The areas include AB, BB, CB, DB, HB, PB

**bug** - SEE TOW TRACTOR AND THREE WHEEL PICKER.

**cageable stock** - those parts which will fit into a cage

**cage** - a barred metal container, on wheels, used to pack parts in the consolidation area.

**carousel** - an automated parts stock and retrieval system located near the control center.

**cattle carts** - single decked cart, usually with wooden sides, used to haul cagable back end parts.

**clock number** - SEE BADGE NUMBER

**control center** - office

**DDS** - Dedicated Delivery Service. Trucking service whic delivers parts to dealers.

**daily** - parts ordered for non-urgent repairs

**dealer order** - the manner in which a dealer orders parts. SEE SPECIAL HANDLING, DAILY, & REFERRALS

**dock** - area where cages are both loaded onto and unloaded from trailers.

**domestic** - batch and stock order packing area.

**double** - two presorted orders to be picked at the same time.

**flatbed** - a large, single-decked cart used to haul parts

**front end** - front end of warehouse where small parts are located

**impounded stock** - stock that cannot be picked for safety or quality reasons.

**inbound** - receiving and stockkeeping

**jitney** - a seated fork lift

**line count** - number of tickets to be picked within a given amount of time.

**location** - specific part storage place identified by a specific pattern of letters and numbers.

**location adjustment form** - form that must be filled out when a part is picked from another active location that is not the one printed on the pick ticket.

**location adjustment form** - form that must be filled out when a part is picked from another active location that is not the one printed on the pick ticket.

**master location** - primary, non-surplus location used for picking parts.

**mis-located parts** - any part that is not in its correct location

**mis-located parts box** - box for those parts that were in a wrong location.

**mixed stock** - SEE MIS-LOCATED PARTS.

**non-totable rack** - any area other than the bins and the carousel.

**office** - control center

**outbound** - picking, packing, and shipping departments which process dealer orders.

**P.I.C.S.** - Perpetual Inventory Counting System. Weekly inventory.

**P.Q.I.** - Product Quality Improvement. A group of employees and management working together for the benefit of the company and customer, the car owner.

**pallet jack** - hand operated jack used to move pallet loads.

**partial back order** - some but not a sufficient amount to fill a pick ticket.

**piece count** - the number of parts specified on a pick ticket

**POD** - one of six (6) work areas on the carousel.

**primary location** - prime area for location of stock storage

**R.T.S.** - Return To Stock. Found in the front of the Will Call area.          A63

**receiving** - department that handles dealer returns.

**referral** - dealer order filled by a non-originating Parts Distribution Center.

**reserve location** - a location that cannot be picked from, where parts are stored until needed.

**riderman** - standing fork-lift

**route** - letter coded designon for a group of dealers

D 000456

**scanner** -bar coded reader.

**sheet metal** - back half of the warehouse.

**short bed** - a short,single decked cart used to haul parts.

**single** - one presorted dealer.

**special handling (S/H)** - parts that have been ordered for same day delivery. These items are designated by an "s" located in front of the part name on the pick ticket (i.e., "S" GASKET").

**stacker** - walk behind or riding equipment used for reaching high levels.

**stock** - parts within the warehouse.

**stock order** - larger dealer orders that contain too many lines to be added to regular daily orders. They are picked and packed separately.

**stockkeeping** - inbound. This department is responsible for replenishing stock locations in the warehouse with the incoming parts.

**surplus location** - any location other than active locations that must be picked from by a stockkeeper

**telescopic** - a walk behind fork-lift used for reaching low to mid-ranged levels.

**three-wheel picker** - vehicle used for picking and stocking; identifiable by ladder and elongated front capable of carrying stock. Also called a speed bug.

**top** - parts in a surplus location or deemed unsafe to pick

**top box** designated box where top tickets should be placed.

**top ticket** - stock that must be picked by a stockkeeper

**totable rack** - the bin area and carousel. Areas include AB,BB,CB,DB,HB,PB & AW.

**totes** - blue plastic containers used for holding small parts.

**tow tractor** - one person vehicle used to transport cages or flatbeds. Used primarily on the dock.

**triple** - three dealer presort

**will call (W/C)** - local dealers who pick up their parts at the PDC instead of having them delivered.

**work assignment ticket** - a ticket which corresponds to a given pick area.

**work saver** - fork lift used for moving pallets.

A64

D 000457



# *Mopar Parts Division Quality Policy*

**It is the policy of Mopar to drive continuous improvement in the process of having the RIGHT PART or PRODUCT, at the RIGHT PLACE, at the RIGHT TIME.**

A65

D 000458

# PRODUCT QUALITY IMPROVEMENT (PQI) PARTNERSHIP

## CELEBRATING 19 YEARS OF ACHIEVEMENT

The Product Quality Improvement (PQI) Partnership is a joint program which was launched on June 27, 1980 by the UAW Chrysler Department and DaimlerChrysler.

In the beginning, this voluntary effort was aimed at **'preserving markets and saving jobs'** by building products our customers would want and could afford to buy. So vital to mutual survival and success, we embraced **"Quality"** as a common ground demanding joint initiatives apart from traditional bargaining.

Our original **Product Quality Improvement Program** enlisted the cooperation of teams and individuals to identify and resolve quality problems on the job. Born with only a handshake, this pioneering effort was reinforced with a formal Joint Policy Statement published in 1985. **"PQI"** was further unified and expanded with the landmark **Partnership Declaration** adopted January 10, 1988.

Initially, the PQI Partnership operations were limited to DaimlerChrysler's production facilities and one Parts Distribution Center, that of the Center Line National Parts Distribution Center, located in Center Line, Michigan. It was in 1992 that the corporation and the UAW recognized the validity of incorporating the same **"quality"** processes which had thus far proven successful into the remaining Parts Distribution Centers. In October of 1992, the Newark Parts Distribution Center and the Dallas Parts Distribution Center officially "launched" their respective entries into the PQI Partnership operations. Since that time, the remaining sixteen Parts Distribution Centers have been incorporated into the **"Partnership."**

Although individual participation in the PQI Partnership is of a strictly voluntary nature, it remains that 85% of the Newark Parts Distribution Center employees have served an active role in striving to sustain and enhance those successes that have been heralded throughout the business community.

As an employee of DaimlerChrysler's Newark Parts Distribution Center, we would ask for and welcome your participation in the PQI Partnership. If at any time you should have a suggestion, comment or observation which might lend itself to the improvement of our products or the manner in which our products are delivered, we would welcome your input.

It is only through the cooperation of all employees that DaimlerChrysler Corporation can continue to prosper, thereby preserving the jobs that each of us enjoy today, and preserving those same jobs for future generations.

A66

D 000459

# DAIMLERCHRYSLER
# NEWARK PARTS DISTRIBUTION CENTER
# WHO IS YOUR CUSTOMER?  WHO IS YOUR SUPPLIER?

Every individual that works in our depot is both a customer and supplier. Our process starts from the moment the trailer is backed up to the door with inbound freight. The truck unloader is the customer when he starts to unload the trailer. He should verify the condition and type of load he is receiving. He should be sure to fill-out the quality sheet which provides feedback to his supplier at Centerline. Next, he begins to stage the freight at this point he becomes a supplier for the stockers within the depot. He must clearly label the containers with the proper identification to ensure the stockers can put away the freight in a timely manner.

At this point the stockers become part of the receiving process. The freight is staged in an accessible area so they can begin their job as suppliers to the out-bound pickers. All stockers should utilize the scanners as they meet their job requirements.

After placing freight on his power equipment the stocker goes to the first location listed on the store ticket. Before putting stock into the location he should verify the part number of what is presently in the location. If they match he should scan his stocking ticket and then count the pieces as he puts them into the location. He should then scan the bar code which is on the location. If the quantity stored differs from the quantity on the store ticket you now have the opportunity to correct it on the machine. Utilizing the scanner guarantees that you meet the standard of defect free.

The pickers now become suppliers to their customers the packers. A picker should pick up an order, sign out and log onto the C.R.T. with the proper work assignment numbers. The picker then goes to the location listed on the pick label. He then verifies location, part number, and quantity against the pick ticket. He should then neatly pack it into a tote or 300 carton. Items which will not fit into these boxes should be put on a cart, and stacked neatly. Upon completion of the assignment the picker should deliver the order to his customer the packer.

The packers now become suppliers to the loading crew. They need to pack the cages with heavy items on the bottom while stacking the totes and lighter boxes on the second shelf. They should then scan all cages and totes. Then close all cage doors. Shrink-wrap all of the pallets, which will maintain a solid load for the ride to the customer.

The loaders now become suppliers to the driver. They need to secure cages in the trailers by utilizing available straps. Bubble-wrap should be used for all bare metal to avoid any potential damage. All pieces on the truck must be accounted for on the manifest.

The process now moves to where the driver is the supplier to the dealerships. When delivering the freight the driver should account for all parts listed on the manifest. He should stage it neatly in the designated area at the dealership. Also, the driver should pick-up cages, totes, warranty material, and cycle returns. The parts department of the dealership is now the supplier to the end user who is generally the retail customer. He should carry a sufficient inventory so the end user can come and purchase the needed items to repair and/or enhance his vehicles.

Keep it in the back of your mind that in all of your actions you are performing either a supplier or customer role. If you are the customer for the results which you as an individual performed would you say they meet the standard of **"DEFECT FREE"** every time.

A67

ISO 9002 OVERVIEW

MOPAR AND THE NEWARK PDC HAVE ADOPTED THE QUALITY MANAGEMENT
SYSTEM OF ISO9002. ISO STANDS FOR INTERNATIONAL ORGANIZATION FOR
STANDARDIZATION. ISO IS AN INTERNATIONAL AGENCY CONSISTING OF 100
MEMBER COUNTRIES.

ISO9002 HAS 19 ELEMENTS. THEY ARE

| | | |
|---|---|---|
| 1. | ELEMENT 4.1- | MANAGEMENT RESPONSIBILITY |
| 2. | ELEMENT 4.2- | QUALITY SYSTEM |
| 3. | ELEMENT 4.3- | CONTRACT REVIEW |
| 4. | ELEMENT 4.5- | DOCUMENT AND DATA CONTROL |
| 5. | ELEMENT 4.6- | PURCHASING |
| 6. | ELEMENT 4.7- | CONTROL OF CUSTOMER SUPPLIED PRODUCT |
| 7. | ELEMENT 4.8- | PRODUCT IDENTIFICATION AND TRACEABILITY |
| 8. | ELEMENT 4.9- | PROCESS CONTROL |
| 9. | ELEMENT 4.10- | INSPECTION AND TESTING |
| 10. | ELEMENT 4.11- | CONTROL OF INSPECTION, MEASURING, AND TEST EQUIPMENT |
| 11. | ELEMENT 4.12- | INSPECTION AND TEST STATUS |
| 12. | ELEMENT 4.13- | CONTROL OF NONCONFORMING PRODUCT |
| 13. | ELEMENT 4.14- | CORRECTIVE AND PREVENTIVE ACTION |
| 14. | ELEMENT 4.15- | HANDLING, STORAGE, PACKAGING, PRESERVATION & DELIVERY |
| 15. | ELEMENT 4.16- | CONTROL OF QUALITY RECORDS |
| 16. | ELEMENT 4.17- | INTERNAL QUALITY AUDITS |
| 17. | ELEMENT 4.18- | TRAINING |
| 18. | ELEMENT 4.19- | SERVICING |
| 19. | ELEMENT 4.20- | STATISTICAL TECHNIQUES |

THESE 19 ELEMENTS HAVE STRICT REQUIREMENTS THAT MUST BE ADHERED TO
IN ORDER TO BE REGISTERED/CERTIFIED TO THE ISO STANDARD.
THE BASIC REQUIREMENTS OF THE STANDARD ARE TO DOCUMENT YOUR
PROCESSES THAT AFFECT QUALITY, RETAIN RECORDS AND DATA THAT
DESCRIBE THE QUALITY OF THE PRODUCT, AND ENSURE THAT THE PROCESSES
PRODUCE CONSISTENT QUALITY.
IN SHORT, WE ARE REQUIRED TO "SAY WHAT WE DO, DO WHAT WE SAY, AND
PROVE IT".

OUR ISO SYSTEM IS HOUSED IN THE "SYSTEM 9000" ON LOTUS NOTES IN THE
COMPUTERS.
THERE ARE SEVERAL DATABASES THAT RELATE TO THE ISO STANDARDS. THERE
ARE THE WORK INSTRUCTIONS, PROCEDURES, AND DOCUMENTS DATABASE AND
THE INTERNAL ASSESSMENTS DATABASE, TO NAME A FEW.
NEWARK'S ISO CHAMPIONS ARE DIANNE O'HALLORAN AND PAUL ROBERTS.

THIS SYSTEM BELONGS TO THE EMPLOYEES OF NEWARK AND SHOULD BE USED
AS A TOOL TO HELP EMPLOYEES UNDERSTAND ALL OF THE PROCESSES OF THE
OPERATION AND TO ACT AS A TRAINING AID. ANY INPUT FROM EMPLOYEES
REGARDING PROCESSES IS WELCOMED.

A68

D 000461

### DAIMLERCHRYSLER
### NEWARK PARTS DISTRIBUTION CENTER

### SAFETY & HEALTH

### <u>TRAINING</u>

THE NEWARK PARTS DISTRIBUTION CENTER INTENDS TO CONDUCT ONGOING TRAINING WITH TOTAL REGARD FOR THE MAXIMUM SAFETY AND HEALTH OF ITS EMPLOYEES.  UNFORTUNATELY, MANAGERS, SUPERVISORS, THE UNION AND 'YES' THE WORKERS (OLD AND NEW) THEMSELVES MAKE THE MISTAKE SOMETIMES OF THINKING THAT 'SAFETY AND HEALTH TRAINING' IS SOMEONE ELSE'S RESPONSIBILITY.  DON'T MAKE THE SAME MISTAKE.  <u>ACCIDENTS ARE PREVENTABLE</u> TO YOURSELF AND/OR YOUR CO-WORKERS.

**A69**

D 000462

**NEWARK PARTS DISTRIBUTION CENTER**

**PDC MANAGERS AND LOCAL PRESIDENT**

**SAFETY & HEALTH POLICY STATEMENT**

DAIMLERCHRYSLER AND THE INTERNATIONAL UAW HAVE TAKEN SIGNIFICANT STEPS TO INSURE THAT ALL EMPLOYEES ENJOY A SAFE AND HEALTHY WORK PLACE. THE SAFETY AND HEALTH OF EMPLOYEES AT OUR PDC IS AS IMPORTANT TO DAIMLERCHRYSLER'S SUCCESS AS THE QUALITY OF ITS PRODUCTS AND SERVICES.

EACH MANAGER, SUPERVISOR, UAW OFFICIAL, ALONG WITH THE JOINT SAFETY AND HEALTH COMMITTEE MEMBERS ARE RESPONSIBLE FOR PROMOTING SAFETY & HEALTH PROGRAMS. ULTIMATELY, IT IS EVERYONE'S RESPONSIBILITY TO CONDUCT THEIR DAY-TO-DAY ACTIVITIES IN A MANNER THAT ENSURES THE SAFETY & HEALTH OF ALL PERSONNEL.

YOU HAVE OUR COMMITMENT THAT THE NEWARK PARTS DISTRIBUTION CENTER MANAGEMENT AND UNION LEADERSHIP WILL CONTINUE THE ACTIVE SUPPORT OF SAFETY AND HEALTH PROGRAMS TO ASSURE THEY REMAIN AN INTEGRAL PART OF DAILY OPERATING PRIORITIES.

SINCERELY,

_____
JOHN TURNBULL
LOCAL 404, PRESIDENT

_____
ROBERT P. MAILLOUX
PDC MANAGER
NEWARK PARTS DISTRIBUTION CENTER

D 000463

A70

**DAIMLERCHRYSLER**
**NEWARK PARTS DISTRIBUTION CENTER**

**KEY S&H ELEMENTS**

- ACCIDENTS ARE PREVENTABLE

- SAFETY RULES AND PRACTICES MUST BE FOLLOWED

- PRESCRIBED CLOTHING/PROTECTIVE EQUIPMENT MUST BE WORN

- REPORT ALL UNSAFE CONDITION

- REPORT ALL INJURIES

- (KNOW) WHAT TO DO IN EMERGENCIES

REVISED MARCH 1999

A71

D 000464

# UNITED AUTOMOBILE · AEROSPACE · AGRICULTURAL IMPLEMENT WORKERS of AMERICA (UAW)



LOCAL UNION 404
698 OLD BALTIMORE PIKE
NEWARK, DELAWARE 19702-1391

JOHN W. TURNBULL, JR
President

GARY M STOLLINGS
Vice-President

DANIEL W. KOMARA
Financial Secretary-Treasurer

JOSEPH A. FELLIN
Recording Secretary

TO:    NEWARK PARTS DISTRIBUTION CENTER EMPLOYEES:                November 29. 1999
RE:    JOINT HEALTH AND SAFETY COMMITTEE

It is established, as of this date, November 29,1999, that it is the express intent of the Newark Delaware Parts Distribution Center's Joint Health and Safety Committee. that which is comprised of representative's from both management, and UAW Local Union, to further implement and sustain a comprehensive "Health & Safety" program for the benefit of all:

The primary responsibilities of the Joint Health and Safety Committee will include but not necessarily be limited to the following:

· The identification and/or recognition of existing and/or potentially hazardous safety conditions in and/or abound the immediate workplace.
· The implementation and conscious perpetual maintenance of corrective measures which are designed to eradicate those existing and/or otherwise potential safety hazards.
· Assuring the continuous educational and instructional requirements which serve to demonstrate the proper methods of identifying, handling, and rectifying those potential safety hazards that they might encounter.
· Soliciting and encouraging constructive criticism as it relates to existing and/or otherwise potential safety hazards in the workplace.
· Maintaining, for the benefit of all, a safer, cleaner, accident-free workplace in which to conduct business.
· Recognizing those employees' whose suggestions and/or remedies serve to ratify existing and/or otherwise potential health & safety hazards and which further serve to effect a safe workplace environment.
· Abstaining from the direct identification of one or more individuals whose actions and/or work habits might otherwise be construed as detrimental to the overall health and safety of PDC personnel.
· Abstaining from disciplinary methods that might otherwise be taken in situations whereby an employee or employees' though otherwise unintentional in nature, engage in actions and/or work habits which might be construed as being potentially hazardous and/or otherwise detrimental to the overall health and safety of PDC personnel.

John W. Turnbull, Jr.
President, Local 404 UAW,
Co-Chair, Local Joint H&S Comm.

Robert P. Mailloux
Manager, Newark PDC
Co-Chair, Local Joint H&S Comm.

Ronald P. Reese Sr.,
H&S Rep., Local 404 UAW
Co-Coordinator, Local Joint H&S Comm.

Carl A Ruohonen,
Operations Support Manager
Co-Coordinator, Local Joint H&S Comm.

Ronald Blankenbeckler
Committeeperson Local 404 UAW
Member, Local Joint H&S Comm.

Michelle Crockett
Special Projects Supervisor
Member, Local Joint H&S Comm.

Gary C. Meinhaldt
2nd Shift Committeeperson, Local 404 UAW
Ergonomics Co-Coordinator
Local Joint H&S Comm.

Stephen Gwin
Lead Supervisor
Ergonomics Co-Coordinator,
Member. Joint H&S Comm.

Thomas C. Tulley
Benefits Representative. Local 404 UAW
Member, Local Joint H&S Comm.

David Purnell
H&S Rep., Local 1212 UAW
Member, Local Joint H&S Comm

D 000465

A72



NEWARK PARTS DISTRIBUTION CENTER

PLANT SAFETY COMMITTEE

REVISED NOVEMBER 1999

SAFETY COMMITTEE CO CHAIR
R.P.MAILLOUX
• OVERSEE COMMITTEE RESPONSIBILITIES

SAFETY COMMITTEE CO CHAIR
JOHN TURNBULL
• OVERSEE COMMITTEE RESPONSIBILITIES

OPERATIONS SUPPORT MGR.
C. A. RUOHONEN
• INCIDENT COMMANDER
• EMERGENCY COORDINATOR
• DISASTER/EPISODE COORDINATOR
• ENVIRONMENTAL COORDINATOR
• JOINT UAW/MGT SAFETY,HEALTH
  ENVIRONMENTAL,ERGONOMIC
  CO-COORDINATOR
• S/H/ENV/ERG TRAINER

WAREHOUSE MANAGER
R. M. (BOB) ALTIERI
• PUBLIC RELATIONS COORDINATOR

LOCAL 404 S & H REP.
R. (RON) REESE
• JOINT UAW/MGMT SAFETY HEALTH,
  MENTAL, ERGONOMIC CO-COORDINATOR
• NEW EMPLOYEE SAFETY INDUCTION
• KIOSK TRAINER

PDC ADMIN. ASSISTANT
DAWN REESE
• OSHA 200
• ACCIDENT INVESTIGATION
• PIV LICENSING

SPECIAL PROJECTS SUPVR.
MICHELLE CROCKETT
• ALTER INCIDENT COMMANDER
• ALTER DISASTER COORDINATOR
• ALTER ENVIRONMENTAL COORDINATOR

OFF SHIFT LEAD SUPVR.
STEVE GWIN
• OFF SHIFT INC. COMMANDER
• OFF SHIFT DISASTER COORDINATOR
• ERGONOMIC CO-FACILITATOR
• NEW EMPLOYEE SAFETY INDUCTION

A73

D 000466

A:SFTY.97



NEWARK PARTS DISTRIBUTION CENTER

LOCAL JOINT SAFETY & HEALTH COMMITTEE

ORGANIZATION CHART
(REVISED NOV,1999)

R.P.MAILLOUX
CO - CHAIRPERSON
PDC MANAGER

J.(JOHN) TURNBULL
CO-CHAIRPERSON
LOCAL 404
HOURLY PRESIDENT

C.A.(CARL) RUOHONEN
CO - COORDINATOR
OPERATIONS SUPPORT MGR.

R.(RON) REESE
CO - COORDINATOR
LOCAL 404
SAFETY & HEALTH REPRESENT.

M. CROCKETT
CO - MEMBER
SPECIAL PROJECTS
SUPERVISOR

STEVE GWIN
CO - MEMBER
ERGONOMICS CO-CHAIR
OFF SHIFT
LEAD SUPERVISOR

R.BLANKENBECKLER
CO - MEMBER
LOCAL 404
1ST SHIFT O/B
COMMITTEEPERSON

G.(GARY)MEINHALDT
CO-MEMBER
ERGONOMICS CO-CHAIR
2ND SHIFT
COMMITTEEMAN

T. (TOM) TULLEY
CO - MEMBER
LOCAL 404
BENEFITS REP

DAVE PURNELL
CO-MEMBER
LOCAL 1212

A74

A:ORGCHART.SH.11/99

D 000467

# NEWARK PARTS DISTRIBUTION CENTER

## A GUIDE TO SAFE CONDUCT FOR

## MOPAR PARTS DIVISION EMPLOYEES

## "MOST COMMON H&S VIOLATIONS OR MISUNDERSTANDINGS"

All employees are expected to conduct themselves on Corporation time or premises in a manner that promotes the safety and welfare of all employees, encourages congenial work habits and protects personal and Corporate property. Misconduct may result in disciplinary action ranging from reprimand to discharge. Listed below are some important general safety rules most commonly violated or misunderstood that everyone must adhere to ongoing.

1.  Management and Union are sincerely interested in preventing accidents.
2.  Accidents are preventable.
3.  Sheet metal parts possess very sharp, razor-like edges. Therefore, all persons whose job requires them to handle sheet metal should wear hand protection (gloves)
4.  Position yourself properly when lifting. Request help when lifting heavy items.
5.  Use approved ladders when obtaining material from higher elevations. Report damaged ladders to your supervisor immediately.
6.  Pile stock properly at a safe reasonable height.
7.  Make sure PIV aisles are clear before stepping into them.
8.  All employees working in the PDC (warehouse area) must wear shoes or boots of a solid leather composition. Partial cloth, Canvas, open toe or open heel shoes are not permitted in such PDC areas.
9.  If any equipment you are required to use is faulty, report same to your supervisor at once.
10. Keep access to fire equipment clear at all times.
11. Good housekeeping is important to safe operations. It is the employees' responsibility to help keep their work areas clear and orderly.
12. Horse play, running or careless throwing of materials or other objects will not be tolerated.
13. Is it your specific responsibility to know what personal protective equipment is required on your job assignment, where to obtain it and how to care for it.
14. Removal or destruction of safeguards or devices on machinery is absolutely forbidden.
15. Proper use of equipment and tools and not to use damaged or defective tools.
16. What "lock out" means for equipment when it is under repair or service and never to attempt to operate a machine or piece of equipment which has been locked out.
17. Not to attempt to "lock out" equipment unless trained to do so.
18. Not to attempt to repair or adjust machinery unless trained to do so.
19. The PDC has specific smoking regulations posted and must be adhered to.
20. Hazard Communication - Employee "Right to Know" in general and as it pertains specifically to any chemical the employee may be exposed to.
21. Plant emergency procedures for fire and tornado are posted throughout the PDC.
22. No employee is expected to perform or undertake a job until they have learned to perform it safely and have been authorized to do it by their supervisor.
23. Do not undertake a job that appears unsafe. Report the unsafe condition, immediately, to your supervisor.
24. Report all injuries and "near misses" sustained on the job to your supervisor.
25. All safety, health and environmental rules will be strictly enforced.

**A75**

D 000468

# PDC CLEANLINESS

We the people of the Newark Parts Distribution Center including both DaimlerChrysler and Ryder Dedicated Logistics employees are committed to maintain our housekeeping in perfect order.

We all agree that it is everyone's responsibility to discard all trash and refuse including paper, cardboard, coffee cups, soda cans, food wrappers, cigarette and cigar butts in the proper disposal cans.

It is everyone's job to keep our facility clean, neat and tidy at all times. A place to point at with pride. We are tired of visitors shaking their heads in disgust over our "Trashy Floors". So here is an oath to our Cleanliness Commitment.

### "CLEANLINESS OATH"

- AS A "STOCKER" I WILL REMOVE AND DISPOSE OF IN TRASH CANS, ALL LOOSE PLACARDS, BANDS AND WRAPPINGS AS I PUT THE MATERIAL INTO LOCATION.

- AS A "PICKER" I WILL PLACE ALL PICKING LABEL BACKINGS AND MATERIAL WRAP IN THE TRASH AS WELL AS BRING ALL LOOSE BOXES TO THE ENDS OF THE AISLES.

- AS A "LOADER/DRIVER" I WILL DISPOSE OF ALL LOOSE REFUSE PROPERLY AS WE LOAD.

- AS A "JANITOR" I WILL DO MY BEST TO KEEP THE FLOORS AS SHINY AS POSSIBLE.

- AS A "SMOKER" I WILL PLACE ALL "BUTTS" IN APPROPRIATE ASH TRAYS, NOT ON THE FLOOR.

- AS A "UNION OFFICIAL" I WILL EMPHASIZE THE NEED FOR HOUSEKEEPING CLEANLINESS.

- AS A "MEMBER OF MANAGEMENT" I WILL SET AN EXAMPLE IN MY DEEDS AND ACTIONS.

- WE ALL COMMIT TO DOING OUR FAIR SHARE IN KEEPING OUR DEPOT CLEAN.

- WE ALL DESIGNATE THE UNDERSIGNED TO REPRESENT US IN OUR BEHALF OUR PROMISE TO OUR "CLEANLINESS OATH"!

R.W. Altieri
Warehouse Mgr.
Newark PDC

John Turnbull
UAW President
Local 404, Newark PDC

Drew Clark
DDS Manager
Ryder Dedicated Logistics

Richard White/ Jim Brown
Shop Steward, MEBA Local 2A
Ryder Dedicated Logistics

Christopher Ferraro
Site Commander
Wackenhut

C.A. Ruohonen
Operations Support Manager
Newark PDC

D 000469

A76

# HEALTH & SAFETY

To:    All Employees

From: Health & Safety Department

Subject:    <u>Safety Awareness</u>

The Newark PDC Health and Safety Committee has determined that a
Safety Awareness Program would be a valuable asset to all employees
within the PDC.  This well intentioned program is strictly for "awareness" to
alert employees of potential hazardous situations they may be "unaware"
are being created by their actions.  Eliminating injuries to yourself or
someone else should be top priority in our everyday work environment.

Safety Awareness Cards have been developed to be used as a tool to
remind us that a hazardous or serious condition could have developed
through actions just observed.

In recent times, real injuries as well as 'close calls' have increased
dramatically at the Newark PDC. We hope this Union and Management
Joint Program will be used in a positive way to help protect all employees
from injuries in the workplace.

Newark PDC
Health & Safety Committee

 **SAFETY AWARENESS** 

I just noticed you doing something that could have
caused an accident. Think about what you've done
in the last few minutes and you will probably recall
what I saw.

I am giving you this card as a part of our Campaign
to be the best in Health and Safety.

"THINK SAFETY"

Newark PDC          Local Union 404

**A77**

DAIMLERCHRYSLER

## NEWARK PARTS DISTRIBUTION CENTER

## OVERVIEW OF PDC SAFETY, HEALTH, ENVIRONMENTAL & ERGONOMIC PROGRAMS, POLICIES AND DIRECTIVES

The Newark Parts Distribution Center has a number of programs, policies and directives in place to minimize the risk of injury or illness to the employees. They are listed below and will be covered during the year as part of the monthly Supervisor Safety Meetings, Bi-Weekly (5 minute) Safety Talks, Annual Training and New Hire Orientation. The complete details of these programs are available in the Safety & Health files, Operation Support Manager's office or from the S&H Union Representative. It is every employee's responsibility to be familiar with these instructions to comply with their provisions and to report any infraction or possible safety/health hazard promptly to supervision.

SAFETY INDUCTION POLICY

Before any new employee begins work on the floor, management will review all the safety programs, rules and regulations and document the review. The documentation will become a permanent part of the employee's personnel file.

MONTHLY 5-MINUTE SAFETY TALK

Monthly (5- minute) safety talks will be held by supervision to discuss PDC specific safety concerns. Sign off is necessary verifying attendance. Each employee is urged to participate in the meeting with questions, concerns, or suggestions.

CONTROL OF HAZARDOUS (EMERGENCY) LOCKOUT PROCEDURES

The PDC has trained its maintenance crew in the appropriate lock out procedures and require these employees to follow its directives without exception.

EYE PROTECTION POLICY/PRESCRIPTION SAFETY GLASSES PROGRAM

The PDC requires that safety glasses be warn by employees when certain work functions are performed. If prescription glasses are necessary, they will be provided under the subject program at no charge to the employee. See your Supervisor or the UAW Benefits Rep. for details.

A78

D 000471

## PERSONAL PROTECTIVE EQUIPMENT

The policy of the Newark Parts Distribution Center is to comply with all the provisions of the Corporate Policy on Personal Protective Equipment (P.P.E.) at all times. In addition, the following rules must be adhered to:

1.    Leather palmed gloves should be used at all times when handling uncartonized sheet metal or other objects with potentially sharp edges.

2.    Neoprene gloves should be warn at all times by employees processing reman core returns.

3.    Approved safety glasses issued by a Warehouse Supervisor or prescription safety glasses issued by the Benefits Representative must be worn when entering, working or performing any activity in areas of the PDC that requires the wearing of eye protection. Some work functions are: banding or unbanding, grinding, hammering nails, operating power saws or other electrical tools.

4.    Wearing rubber gloves, rubber apron, and safety goggles when working near battery acid.

5.    Wearing special chemical resistant protective clothing when cleaning up chemical spills or fluid leaks.

6.    Appropriate P.P.E. when handling blood borne pathogens.

7.    Requesting assistance from your direct Supervisor to determine appropriate P.P.E. when performing an unfamiliar work function where there is perceived potential danger.

The use of P.P.E. is deemed so important to the health and safety of the PDC employees, that failure to follow the above policy will result in severe reprimand.

## POWERED INDUSTRIAL VEHICLE PROGRAM

It is the policy of the PDC that only trained and medically approved employees can be issued permits to operate the subject equipment. Employees operating powered equipment without the proper license are in violation of Corporate and OSHA mandate.

## INJURY/ACCIDENT PROCEDURE

The PDC requires that any and all accidents and injuries be reported immediately to the Supervisor on duty. Medical attention is available through trained first aid personnel on all shifts, through the Newark Assembly Plant Medical Facility or Christiana Hospital for more serious injuries.

## HAZARD COMMUNICATION PROGRAM

OSHA and Division policy mandate that all employees have a "Right to Know" about any and all potentially hazardous materials that are on the PDC premises. You will be trained as to potential hazards and how to safely perform your assigned job functions within the guidelines of these policies. Do not hesitate to bring to the attention of your Supervisor any and all concerns about potentially hazardous materials that you may encounter during your daily routines. Hazardous Communication Sheets are available for review, in the front of the Control Center, on all known hazardous materials in our PDC. Make sure you familiarize yourself with their content and usage ongoing.

D 000472

## HOUSEKEEPING AND SAFETY

Safety and good housekeeping go hand in hand. It is the responsibility of every employee to maintain good housekeeping practices. Failure to follow this policy can result in severe injury.

A79

SAFETY AWARENESS AND RECOGNITION PROGRAM

The PDC seeks to promote safety through a variety of awareness and recognition activities during the year. Certificate of commendation, safety awards, newsletters, etc. are a part of this program.

DISASTER PREPAREDNESS PLAN

The PDC has a detailed Disaster Preparedness Plan for such emergencies as fire and tornadoes. Copy of the plan is located on the S & H Bulletin Board in the "Corridor of Progress" between the Control Center and Outbound Supervisors Offices. Management will discuss this plan in detail periodically during the monthly safety meetings and bi-weekly talks. Make your self familiar with our plans detail. Mock disaster drills will be conducted periodically.

CHARGER CONNECTIONS

It is imperative that the cable connected to the charger be hung up after you unhook your machine. Throwing the cable on the floor will only result in damage to the connector, undue repairs and operational frustration for all.

BANDING EQUIPMENT

Anyone using the metal or plastic banders, must use eye protection. Safety glasses must be worn at all times when banding with either the metal or plastic bander. If you must use the bander and you don't have glasses see your supervisor for the proper eye protection.

USE OF POWER RIDING EQUIPMENT AND BICYCLES

Everyone must slow down and check for traffic when coming out of any cross aisle. Failure to check the cross aisle before entering could result in severe injury to yourself and/or to a co-worker. Negligence in this area will not be tolerated. In addition, all riding equipment including Tow Motors (Bugs), 3-Wheel Order Pickers (S/H), Standup Riderman, Sweepers, Scrubber, and Jitney's are designed to carry only one (1) person, passengers are strictly prohibited.

USE OF WOODEN LADDERS

Our PDC's wooden ladders are for climbing to pick or stock material only, they "Are Not" to be used as a bench to sit on or any other way not intended for there specific usage.

CAGE-PULLING

When pulling cages with Power Riding Equipment, "Do Not" use any part of your body to pull cages, trucks, etc., you have to use the proper hooks, either permanently mounted hooks welded on the equipment or the loose manufactured type supplied for the specific task.

MECHANICAL EQUIPMENT-SAFETY NOISE MAKERS/LIGHTS/BELLS

All moving equipment including bicycles will have installed and maintained noise makers, lights, or bells placed on the equipment. It is imperative that none of these safety devices be tampered with in any fashion for your safety and your co-workers.

A80

D 000473

## CONFINED SPACE POLICY

All Newark Parts Distribution Center Personnel are strictly prohibited from entering any confined space in our facility in any capacity.

The known confined spaces at the Newark Parts Distribution Center are:

1. North West corner exterior (Ground Level) and North East corner elevated water tanks.
2. Numerous manhole conditions randomly located on our facilities property,(exterior/interior).
3. The Carousel device cage holders.
4. (3) Three out-of-service heating boilers (Maintenance Shop).

## ASBESTOS HANDLING

All Newark Parts Distribution Center Personnel are strictly prohibited from handling, removing or replacing any asbestos repairs or additions to our PDC Facility.  All future asbestos abatement will be conducted by Corporate directed vendors following precise OSHA requirements.

## MAINTENANCE SHOP RULE

- NO ONE is permitted into the maintenance shop without prior approval.

- NO ONE is allowed into the maintenance shop without the proper eye protection, (Safety Glasses available in the Maintenance Office).

## DOCK PLATES

Only Dock Plates, unless otherwise approved, with raised sides will be allowed.  Any Flat Plates, without raised sides are prohibited.

## WELDING

All unauthorized, untrained non certified personnel are strictly prohibited from cutting and/or arc welding.  All welding must strictly adhere to all Corporate Permit Certification, methods, equipment, fire, safety and health procedures as described in M.T.I. - S.M.I. 114, 116 & 117.

## JITNEY/RIDERMAN - TRAILER LOAD/UNLOAD PROCEDURE

Before any Jitney/Riderman is to be driven into a trailer the following safety precautions must be in effect:

1. A tractor must be hooked to the trailer or (2) two jack supports be placed under the front corners.  Note:  DDS Trailers with hydraulic gears must be in the down position.
2. Both sets of back wheels must be chocked.

## DAMAGED DDS CAGES

Any cages found to be damaged or broken should be segregated and brought to the attention of the designated cage puller who will take them to a designated area for repair or scrapping.

## SMOKING POLICY

To provide a clean healthy work environment for employees recognizing that smoke from tobacco has direct adverse effects on the health of smokers and non smokers alike.

SCOPE OF POLICY:    This Policy applies to all employees, suppliers and visitors of the Chrysler Corporation Newark PDC.

Provision of the Policy:

## SMOKING PERMITTED

1. In posted open work areas were sufficient size and ventilation exchange capability is available to allow smoking.
2. In designated areas only as follows:
   - Cafeteria (except during scheduled 1/2 hour lunch break as posted).

   - Bathrooms

   - Vending Machine Area(s)

   - Designated Break Areas including employee's work desks

   - Main aisles as posted

## SMOKING PROHIBITED

1. On the Carousel.

2. In classroom situations.

3. In general and single office areas.

4. Flammable/Combustible Rooms

5. Maintenance Shop

6. All picking aisles, dock areas, hold, staging and block storage areas.

7. While sitting on, standing on or near, walking with or operating any battery/propane operated power industry equipment.

Generally speaking the preference of non smokers will prevail when difference regarding smoking area designatio arises.

## DAMAGED RACK/BIN ENDS

All power equipment operators must be careful ongoing with our equipment. The ends of our racks and bins can damage easily in most part by careless handling of our equipment. Please report any damage as it occurs or is found immediately to supervision.

## HEAT STRESS PROGRAM

The purpose of this program is to assure that our employees well being is not impaired by over exposure to a hot environment. Potential heat stress areas and jobs in our depot are:

RETURNS AREAS
BLOCK AREAS                              D 000475
UNLOADING/LOADING TRAILERS

A82

Our PDC will continue to offer the following Heat Controls:

1.  Drinking a sufficient amount of water to replace the body's water loss is essential, because an individual can possibly lose up to two (2) gallons of fluid through perspiring in hot temperatures in a single work day.

2.  It takes about a week for your body to adjust to the heat. During that time period an appropriate electrolyte replacement drink is useful. Therefore, the PDC will continue to offer "Free" electrolyte (above 90 degrees) replacement drink during high temperature periods.

3.  Fans will be placed as required for air flow purposes.

4.  A/C cooled lunch/break area will continue to be offered.

## FIRST RESPONDER AWARENESS LEVEL - HAZARDOUS SPILL OR RELEASE

First responders at the awareness level are those individuals who are likely to witness or discover a hazardous materials spill or release and who have been trained to initiate an emergency response sequence by notifying the proper authorities. They will take no further action beyond notification.

Responsibility lies with the General Warehouse and Office Population.

## FIRST RESPONDER OPERATIONAL LEVEL - HAZARDOUS SPILL OR RELEASE

First responders at the operational level are individuals who respond to releases or potential releases of hazardous substances as part of the initial response to the site for the purpose of protecting nearby persons, property, or the environment from the effects of the release. They are trained to respond in a defensive manner without actually trying to stop the release. Their functions are to contain the release from a safe distance, to keep it from spreading, and to prevent exposure.

Responsibility lies with all Fire Response Organization Members inclusive; all maintenance, janitorial, jitney, S & H Committee and supervisory personnel.

## PERSONAL RADIO USAGE

Personal radios are strictly prohibited.

## RESPIRATORY PROTECTION POLICY

Our Safety & Health Committee will work closely with the maintenance/janitorial personnel to develop a comprehensive respirator list of appropriate equipment for each situation. Individuals who may need to use such equipment including paper disposable dust and mist nusiance masks to perform their job will be identified and thoroughly trained including medical fitness and pulmonary lung test before usage.

## ACCESS TO EMPLOYEE EXPOSURE AND MEDICAL RECORDS INFORMATION

OSHA Standard 29CFR 1910.20(g), (1) and (1) require that employees be informed of their right of excess to exposure and medical records if there is any exposure due to a harmful chemical, physical or biological agent. Your records will be maintained in your personel jacket by the PDC Administrator (Dawn Reese).

## MICROWAVE OVEN USAGE

All Chrysler leased or owned microwave ovens are periodically checked for radioactive contamination and recorded as such.

A83

D 000476

## CAROUSEL CLASS II LASER DEVICES
The Class II Laser Devices used on our Carousel Pods are considered safe, however, they should not be directed at an employee's eyes under any circumstances.

## ERGONOMICS IN THE PDC
Carousel

- Minimizes bending, lifting, stooping, walking.
- Eliminates climbing
- Padded floor - leg fatigue
- Climate controlled - minimizes heat stress

Floor Mats (Stationary work areas - UPS)

- Minimizes lifting

Super Carts (Bins/Racks)

- Minimizes lifting, bending and handling

Power Equipment

- Minimizes leg fatigue

Hand Rake

- Minimizes reaching into difficult skid and rack locations.

Tilt Rack

- Used to unload skids on an angle minimizing back arm and wrist fatigue or injury.

Ergonomic Office Chairs

- Minimize leg/arm/shoulder fatigue

Pallet

- Minimize leg/arm/shoulder fatigue

A84

D 000477

DAIMLERCHRYSLER
NEWARK PARTS DISTRIBUTION CENTER
DISASTER (EPISODE)
FIRE EMERGENCY RESPONSE ORGANIZATION
SPECIFIC RESPONSIBILITIES
<u>INITIAL RESPONSE TEAM</u>

Selected personnel who have been trained in the basic use of Fire Fighting equipment (Fire Extinguishers and Hose use) as well as basic awareness of fire prevention.

| DAY | RESPONSIBILITY | NIGHT |
|---|---|---|
| | COORDINATORS/CHIEF | |
| Carl Ruohonen | Disaster/Incident Comdr/Emergency Coord. | Steve Gwin |
| Ron Reese | Alter Emergency Coordinator | David Hart |
| George Crum | Fire Chief | Robert Turnbull |
| William Lemon | Fire Coordinator | TBD |
| Robert McKinney | Fire Coordinator | Gary Meinhaldt |
| | CROWD CONTROL | |
| Dianne O'Halloran | Quadrant(s) 1-4 Leader | Patrick Allen |
| Audra Jarman | Quadrant(s) 1-4 Leader | TBD |
| | FIRE FIGHTING EQUIPMENT | |
| Joe Gager | 1½ Hose/Extinguisher(s) | John Weber |
| Ed Loller | 1½ Hose/Extinguisher(s) | Stuart Freeman |
| TBD | 1½ Hose/Extinguisher(s) | Ryan Fellin |
| Charles Mariano | 1½ Hose/Extinguisher(s) | Liz Brickley |
| Garland Hoops | 1½ Hose/Extinguisher(s) | TBD |
| Hui Chao | 1½ Hose Extinguisher(s) | TBD |
| | FIRST AID | |
| John Turnbull | Attendant | Robert Turnbull |
| Charlie Mariano | Attendant | John Bryant |
| Jim Hunt | Attendant | Steve Gwin |
| Mike Purnell | Attendant | Robert Pisani |

**SUPPLEMENTAL RESPONSE TEAM**
Selected employees trained to extend and supplement the capabilities of all fire protection equipment and ensure that all fire protection is available during an emergency operation effectively.  They will also assist in the proper evacuation from the emergency area of personnel not involved in the incident control and cooperate with the public fire department in bringing the emergency under control.

<u>EVACUATION SHELTER - ASSEMBLY-BATHROOM(S)/WATERTOWER</u>

| ACCOUNT FOR PERSONNEL VIA TIME CARD | | |
|---|---|---|
| Dawn Reese | Primary | Lynne Tate |
| Rita Messerschmidt | Back Up | Christina Taggart |
| Chris Ferraro | Back Up | Night Guard |

| <u>FIRE PROTECTION EQUIPMENT</u> | | |
|---|---|---|
| Bob Cornegys | Utilities | Jim Gooding |
| Gary Stollings, Sr. | Fire Pump | Jim Gooding |
| TBD | Backup Utilities/Fire Pump | Don Eldreth/Clynn Forbes |
| Ray Owens | Sprinkler | Bernie Suominen |
| Ray Thorp | Backup Sprinkler | Don Eldreth/Clynn Forbes |
| Gene McDerby | | |
| <u>PUBLIC RELATIONS</u> | | |
| Bob Mailloux | Primary | Stephen Gwin |
| Bob Altieri | Backup | John Bryant |

D 000478