## CERTIFICATE OF SERVICE

I, Jennifer Gimler Brady, hereby certify this 1st day of November, 2005, that the foregoing **APPENDIX TO THE OPENING BRIEF IN SUPPORT OF DEFENDANT DAIMLERCHRYSLER CORPORATION'S MOTION FOR SUMMARY JUDGMENT** was electronically filed with U.S. District Court District of Delaware via CM/ECF (Official Court Electronic Document Filing System) and a true and correct copy was mailed via **FIRST CLASS U.S. MAIL, POSTAGE PREPAID** on the following:

Dino G. Petrocelli, *pro se*
129 Emery Court
Newark, DE 19711

Jennifer Gimler Brady (No. 2874)
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19801
(302) 984-6042 (Telephone)
(302) 658-1192 (Facsimile)
jbrady@potteranderson.com

705753v1