IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DINO G. PETROCELLI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 04-CV-943-KAJ |
| ) | |
| DAIMLERCHRYSLER CORPORATION, ) | |
| ) | |
| Defendant. ) | |

**<u>DAIMLERCHRYSLER CORPORATION'S FIRST AMENDED VOLUNTARY
DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 26(a)(1)</u>**

DaimlerChrysler Corporation ("DaimlerChrysler") submits these amended disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1). DaimlerChrysler discloses: (i) the following individuals likely to have discoverable information that DaimlerChrysler may use to support its claims or defenses, unless solely for impeachment or rebuttal; (ii) the general categories of documents that DaimlerChrysler may use to support its claims or defenses, unless solely for impeachment or rebuttal; (iii) information relating to damages; and (iv) information relating to insurance.

These disclosures are based on information reasonably available to DaimlerChrysler as of November 3, 2005. By making these disclosures, DaimlerChrysler does not represent that it is identifying every document, individual, or other evidence possibly relevant to this lawsuit, nor does DaimlerChrysler waive any right to object to production of any document or other evidence on the basis of any privilege, the work product doctrine, relevancy, undue burden, or any other valid basis. Rather, DaimlerChrysler has made a good faith effort to identify information subject to the disclosure requirements of Rule 26(a)(1).

DaimlerChrysler's disclosures are made without in any way waiving the right to object on the grounds of competency, privilege, relevance, materiality, hearsay, or any other proper ground to the use of any disclosed information or materials for any purpose in whole or in part, at any subsequent stage or proceeding in this or any other action.

A. **Individuals:**

1. **Robert W. Altieri**, Former Warehouse Manager, DaimlerChrysler, Newark Parts Distribution Center, 1 Mopar Drive, Newark, DE 19713-1302, last known address, 205 Grantham Place, Newark, DE 19711, is likely to have discoverable information regarding plaintiff's claims and DaimlerChrysler's defenses, including but not limited to his interactions with plaintiff, plaintiff's employment, DaimlerChrysler's policies and procedures, relevant communications with plaintiff, and DaimlerChrysler employees and supervisors.

2. **Dawn M. Reese**, Office Administrator, DaimlerChrysler, Newark Parts Distribution Center, 1 Mopar Drive, Newark, DE 19713-1302, may be contacted through DaimlerChrysler's counsel at 816.474.6550 and is likely to have discoverable information regarding plaintiff's claims and DaimlerChrysler's defenses, including but not limited to her interactions with plaintiff, plaintiff's employment, DaimlerChrysler's policies and procedures, relevant communications with plaintiff, and DaimlerChrysler employees and supervisors.

3. **Robert P. Mailloux**, Plant Manager, DaimlerChrysler, Newark Parts Distribution Center, 1 Mopar Drive, Newark, DE 19713-1302, may be contacted through DaimlerChrysler's counsel at 816.474.6550 and is likely to have discoverable information regarding plaintiff's claims and DaimlerChrysler's defenses, including but not limited to his interactions with plaintiff, plaintiff's employment, DaimlerChrysler's policies and procedures, relevant communications with plaintiff, and DaimlerChrysler employees and supervisors.

4. **Audra M. Jarman**, Former Supervisor, DaimlerChrysler, Newark Parts Distribution Center, 1 Mopar Drive, Newark, DE 19713-1302, may be contacted through DaimlerChrysler's counsel at 816.474.6550 and is likely to have discoverable information regarding plaintiff's claims and DaimlerChrysler's defenses, including but not limited to her interactions with plaintiff, plaintiff's employment, DaimlerChrysler's policies and procedures, relevant communications with plaintiff, and DaimlerChrysler employees and supervisors.

5. **Gary Simpers**, Former Supervisor, DaimlerChrysler, Newark Parts Distribution Center, 1 Mopar Drive, Newark, DE 19713-1302, last known address, 37 Dave Moore Blvd, North East, MD 21901, is likely to have discoverable information regarding plaintiff's claims and DaimlerChrysler's defenses, including but not limited to his interactions with plaintiff, plaintiff's employment, DaimlerChrysler's policies and procedures, relevant communications with plaintiff, and DaimlerChrysler employees and supervisors.

6. **Stephen J. Gwin**, Supervisor, DaimlerChrysler, Newark Parts Distribution Center, 1 Mopar Drive, Newark, DE 19713-1302, may be contacted through DaimlerChrysler's counsel at 816.474.6550 and is likely to have discoverable information regarding plaintiff's claims and DaimlerChrysler's defenses, including but not limited to his interactions with plaintiff, plaintiff's employment, DaimlerChrysler's policies and procedures, relevant communications with plaintiff, and DaimlerChrysler employees and supervisors.

7. **William G. Matthews**, Former Warehouse Supervisor, DaimlerChrysler, Newark Parts Distribution Center, 1 Mopar Drive, Newark, DE 19713-1302, last known address, 307 S. Ingram, Middletown, DE 19709, is likely to have discoverable information regarding plaintiff's claims and DaimlerChrysler's defenses, including but not limited to his interactions with plaintiff, plaintiff's employment, DaimlerChrysler's policies and procedures, relevant communications with plaintiff, and DaimlerChrysler employees and supervisors.

8. **David S. Petrous II**, Former Supervisor, DaimlerChrysler, Newark Parts Distribution Center, 1 Mopar Drive, Newark, DE 19713-1302, last known address, 39 West Kyla Marie Drive, Newark, DE 19702, is likely to have discoverable information regarding plaintiff's claims and DaimlerChrysler's defenses, including but not limited to his interactions with plaintiff, plaintiff's employment, DaimlerChrysler's policies and procedures, relevant communications with plaintiff, and DaimlerChrysler employees and supervisors.

9. **Robert Pisani**, Former Supervisor, DaimlerChrysler, Newark Parts Distribution Center, 1 Mopar Drive, Newark, DE 19713-1302, may be contacted through DaimlerChrysler's counsel at 816.474.6550 and is likely to have discoverable information regarding plaintiff's claims and DaimlerChrysler's defenses, including but not limited to his interactions with plaintiff, plaintiff's employment, DaimlerChrysler's policies and procedures, relevant communications with plaintiff, and DaimlerChrysler employees and supervisors.

10. **Gary Meinhaldt**, Current Employee, DaimlerChrysler, Newark Parts Distribution Center, 1 Mopar Drive, Newark, DE 19713-1302, may be

contacted through DaimlerChrysler's counsel at 816.474.6550 and is likely to have discoverable information regarding plaintiff's claims and DaimlerChrysler's defenses, including but not limited to his interactions with plaintiff, plaintiff's employment, DaimlerChrysler's policies and procedures, relevant communications with plaintiff, and DaimlerChrysler employees and supervisors.

11. **Gary Stollings, Sr.**, Current Employee, DaimlerChrysler, Newark Parts Distribution Center, 1 Mopar Drive, Newark, DE 19713-1302, may be contacted through DaimlerChrysler's counsel at 816.474.6550 and is likely to have discoverable information regarding plaintiff's claims and DaimlerChrysler's defenses, including but not limited to his interactions with plaintiff, plaintiff's employment, DaimlerChrysler's policies and procedures, relevant communications with plaintiff, and DaimlerChrysler employees and supervisors.

12. **Tom Tulley**, Current Employee, DaimlerChrysler, Newark Parts Distribution Center, 1 Mopar Drive, Newark, DE 19713-1302, may be contacted through DaimlerChrysler's counsel at 816.474.6550 and is likely to have discoverable information regarding plaintiff's claims and DaimlerChrysler's defenses, including but not limited to his interactions with plaintiff, plaintiff's employment, DaimlerChrysler's policies and procedures, relevant communications with plaintiff, and DaimlerChrysler employees and supervisors.

13. **George Wingo**, Current Employee, DaimlerChrysler, Newark Parts Distribution Center, 1 Mopar Drive, Newark, DE 19713-1302, may be contacted through DaimlerChrysler's counsel at 816.474.6550 and is likely to have discoverable information regarding plaintiff's claims and DaimlerChrysler's defenses, including but not limited to his interactions with plaintiff, plaintiff's employment, DaimlerChrysler's policies and procedures, relevant communications with plaintiff, and DaimlerChrysler employees and supervisors.

14. **Kevin Jones**, Current Employee, DaimlerChrysler, Newark Parts Distribution Center, 1 Mopar Drive, Newark, DE 19713-1302, may be contacted through DaimlerChrysler's counsel at 816.474.6550 and is likely to have discoverable information regarding plaintiff's claims and DaimlerChrysler's defenses, including but not limited to his interactions with plaintiff, plaintiff's employment, DaimlerChrysler's policies and procedures, relevant communications with plaintiff, and DaimlerChrysler employees and supervisors.

15. **Patrick Palmer**, Current Employee, DaimlerChrysler, Newark Parts Distribution Center, 1 Mopar Drive, Newark, DE 19713-1302, may be contacted through DaimlerChrysler's counsel at 816.474.6550 and is likely to have discoverable information regarding plaintiff's claims and

DaimlerChrysler's defenses, including but not limited to his interactions with plaintiff, plaintiff's employment, DaimlerChrysler's policies and procedures, relevant communications with plaintiff, and DaimlerChrysler employees and supervisors.

16. **Marcal Christmas**, Current Employee, DaimlerChrysler, Newark Parts Distribution Center, 1 Mopar Drive, Newark, DE 19713-1302, may be contacted through DaimlerChrysler's counsel at 816.474.6550 and is likely to have discoverable information regarding plaintiff's claims and DaimlerChrysler's defenses, including but not limited to his interactions with plaintiff, plaintiff's employment, DaimlerChrysler's policies and procedures, relevant communications with plaintiff, and DaimlerChrysler employees and supervisors.

As DaimlerChrysler continues its investigation into this matter, DaimlerChrysler will voluntarily disclose additional individuals who are likely to have discoverable information that DaimlerChrysler may use to support its claims and defenses, unless solely for impeachment or unless plaintiff is already aware of those individuals and/or the individuals have already been identified to plaintiff pursuant to other discovery (interrogatories, depositions, requests for production of documents, etc.).

B. **Description by Category of Documents in DaimlerChrysler's Possession, Custody or Control:**

1. Personnel records relating to plaintiff.

2. Documents relating to plaintiff from health care providers, employers, and educational institutions.

3. Documents relating to plaintiff from administrative agencies.

4. Relevant policies and procedures of DaimlerChrysler.

5. The Collective Bargaining Agreement, a copy of which plaintiff has in his possession.

As DaimlerChrysler continues its investigation into this matter, DaimlerChrysler will voluntarily disclose additional documents likely to have discoverable information that DaimlerChrsyler may use to support its claims, unless

solely for impeachment or unless those documents have already been identified or produced to plaintiff in response to other discovery (request for production of documents, interrogatories, depositions, etc.).

**C.     Damages:**

Not applicable.

**D.     Insurance Policies:**

DaimlerChrysler is not aware of any insurance agreement under which any insurer may be liable to satisfy part or all of a judgment which may be entered in this action or to indemnify or reimburse the DaimlerChrysler for payment made to satisfy a judgment.

POTTER ANDERSON & CORROON LLP

By /s/ Jennifer Gimler Brady
Jennifer Gimler Brady (Del. 2874)
Sarah E. DiLuzio (Del. 4085)
Hercules Plaza, Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000 – Telephone
jbrady@potteranderson.com – Email
sdiluzio@potteranderson.com - Email

*Attorneys for DaimlerChrysler Corporation*

OF COUNSEL:

William C. Martucci (Mo. 28237*)
Kristen Aggeler Page (Mo. 50852*)
SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, Missouri 64108-2613
(816) 474-6550 – Telephone
(816) 421-5547 – Facsimile

* Admitted *Pro Hac Vice*

Dated: November 3, 2005
PA&C-706082v1

## CERTIFICATE OF SERVICE

I, Jennifer Gimler Brady, hereby certify this 3RD day of November, 2005, that the foregoing **DEFENDANT DAIMLERCHRYSLER CORPORATION'S FIRST AMENDED VOLUNTARY DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 26(a)(1)** was electronically filed with U.S. District Court District of Delaware via CM/ECF (Official Court Electronic Document Filing System) and two (2) true and correct copies were mailed via **FIRST CLASS U.S. MAIL, POSTAGE PREPAID** on the following:

Dino G. Petrocelli, *pro se*
129 Emery Court
Newark, DE 19711

Jennifer Gimler Brady (No. 2874)
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19801
(302) 984-6042 (Telephone)
(302) 658-1192 (Facsimile)
jbrady@potteranderson.com (Email)