IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DINO G. PETROCELLI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| Vs. | ) |
| | ) Case No. 04-CV-943-KAJ |
| DAIMLERCHRYSLER CORPORATION, | ) |
| | ) |
| Defendant, | ) |
| | ) |

### PLAINTIFF DINO G. PETROCELLI'S RESPONSE TO DEFENDANT DAIMLERCHRYSLER CORPORATION'S MOTION FOR SUMMARY JUDGEMENT

I, Dino Petrocelli, the plaintiff in afore mentioned case, pray that the court will allow proceedings to continue as planned. Defendant has continually attempted to stall the process since plaintiff filed charge originally and would not cooperate with investigations or refused to answer to any attempts to resolve the matter at hand. Only after plaintiff's request from the court to find the defendant in default, was there a response on behalf of defendant to cooperate with the plaintiff. Cooperation from the defendant at mediation was also limited, leaving the court no option at all but to cancel mediation process, again leaving matters unresolved. The motion for summary judgement is an attempt by the defendant to deny just treatment in behalf of the plaintiff's case, for the harsh work environment and derogatory treatment inflicted upon plaintiff during a majority of plaintiff's employment at DaimlerChrysler from May 19, 1997 to January 11, 2001.The defendant can not disprove any of the plaintiff's charges against defendant and can only attempt to preclude any fair conciliation in aforementioned case by motion for summary judgement. Since originally filing charge of discrimination against defendant,

plaintiff has cooperated with defendant in all investigation. Plaintiff only wants the opportunity to present case against defendant in good faith and come to a reasonable resolution.

Wherefore Plaintiff Dino G. Petrocelli respectfully request that the court deny defendant motion for summary judgement and allow scheduled case hearing process continue as planned.

_____

Dino Petrocelli

129 Emery court

Newark, DE 19711

(302)894-1496

Dated : November 17, 2006

## CERTIFICATE OF SERVICE

I, Dino G. Petrocelli, certify that on this 17th day of November, 2005, that foregoing **PLAINTIFF DINO G PETROCELLI 'S RESPONSE TO DEFENDANT DAIMLERCHRYSLER CORPORATION'S MOTION FOR SUMMARY JUDGEMENT** was filed with U.S District Court District of Delaware per docket and one true and correct copy was mailed via **FIRST CLASS U.S. MAIL CERTIFIED, POSTAGE PAID** on the following:

> Jennifer Gimler Brady (Del. 2874)
> Sarah E. DiLuzio (Del. 4085)
> Hercules Plaza, Sixth Floor
> 1313 North Market St.
> P.O. Box 951
> Wilm. DE 19899
> (302) 984-6000

> _____
> Dino G. Petrocelli
> 129 Emery Court
> Newark, DE 19711
> (302)894-1496