### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DINO G. PETROCELLI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | Case No. 04-CV-943-KAJ |
| DAIMLERCHRYSLER CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### DEFENDANT DAIMLERCHRYSLER CORPORATION'S
### PROPOSED VOIR DIRE QUESTIONS

DaimlerChrysler hereby proposes the following questions for voir dire examination to be propounded by the Court. In addition to the questions listed below, Defendant requests that each juror be asked briefly to describe his/her present job position, how long he/she has been in that position, and any other positions held for substantial periods of time and to provide the same information for his/her spouse.

1.    Have you or any members of your family or any close personal friends ever been employed by DaimlerChrysler in any capacity?

    a.    If so, in what capacity?

    b.    If so, was there any dispute relating to such employment with DaimlerChrysler?

        (i)    If so, was such dispute satisfactorily resolved?

    c.    If so, was such employment terminated?

        (i)    If so, who initiated the termination?

        (ii)    If so, was the termination of employment to your, your friend's, or your family member's satisfaction?

2.    Have you or any of your family or close friends ever been a plaintiff in a lawsuit?

     a.    If so, briefly describe the nature of the suit.

     b.    What was the outcome of the suit?

3.    Have you or any members of your family or any close personal friends ever pursued a claim for money against any company, corporation, or business of any kind?

     a.    If so, briefly describe the nature of the claim.

     b.    How was the claim resolved?

4.    Have you or any members of your family or any close personal friends ever been involved in any dispute with any employer over harassment or an employment decision such as discipline, promotion, job assignment or termination?

     a.    If so, how was such dispute resolved?

5.    Do you believe that you, or any family member, or any close personal friend has suffered any discrimination based on their race?

     a.    If yes, please explain the circumstances and whether and how the problem was resolved.

6.    Have you, or any members of your family, or any close personal friends ever been involved in any grievance or other employment dispute of any kind against any employer?

     a.    If so, when was the employment relationship terminated?

     b.    Who was the employer that terminated the employment relationship?

     c.    What was the nature of the poor job performance?

7.      Would the fact that the plaintiff in this lawsuit is an individual and the defendant is a corporation prevent you in any way from fairly considering the evidence and facts presented to you following the Judge's instructions as to the law?

8.      Do you feel that less proof should be required of plaintiff to prove his case just because he is an individual and the defendant is a corporation?

9.      Do you feel a company should not be entitled to terminate an employee for excessive absenteeism and failing to call-in to notify his employer of his absence? If not, why not?

10.     Do you believe it is fair for a company to terminate an employee's employment because of his failure to meet the expectations of the company?

11.     In this case, the burden of proof is on the plaintiff. The judge will instruct you as to what that means. Will you follow the Court's instruction and hold plaintiff to the burden of proof?

12.     Do you believe that merely because the plaintiff has brought a lawsuit that there must be some merit to his claims?

13.     Is there anyone that believes that money is not a motive for a person coming to court?

14.     Is there anyone who simply cannot accept the idea that a person could come to court with the primary hope being to collect lots of money?

15.     Have you ever represented yourself in pursuing a claim for money against any company, corporation, or business of any kind?

16.   Would the fact that the plaintiff in this lawsuit is representing himself prevent you in any way from fairly considering the evidence and facts presented to you following the Judge's instructions as to the law?

17.   Is there anyone here who is covered, or has been covered, by a collective bargaining agreement between an employer and a union?

18.   Have you ever raised a concern about a practice of your employer to someone in management at your place of employment? Have you ever raised a concern about an illegal practice of your employer to someone in management at your place of employment?

   a.   If so, please describe.

19.   Has any member of your family or a close friend ever raised a concern about a management practice?

   a.   If so, please describe.

20.   In the last year or two, what magazine(s) have you taken subscriptions to and/or read with regularity?

21.   What bumper stickers do you currently have displayed on your vehicle?

Respectfully submitted by:

POTTER ANDERSON & CORROON LLP

By _____
Jennifer Gimler Brady (Bar I.D. #2874)
Sarah E. DiLuzio (Bar I.D. #4085)
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19801
Tel: 302-984-6000
Fax: 302-658-1192

and

SHOOK HARDY & BACON LLP
William C. Martucci, Mo. #28237
Kristen Aggeler Page, Mo. #50852
2555 Grand Blvd.
Kansas City, Missouri 64108-2613
Tel: 816-474-6550
Fax: 816-421-5547

*Attorneys for DaimlerChrysler Corporation*

Dated:  March 6, 2006

## CERTIFICATE OF SERVICE

I, Sarah E. DiLuzio, hereby certify this 6th day of March 2006, that the foregoing

**DEFENDANT DAIMLERCHRYSLER CORPORATION'S PROPOSED VOIR DIRE**

**QUESTIONS** was electronically filed with U.S. District Court District of Delaware via

CM/ECF (Official Court Electronic Document Filing System) and one (1) true and correct copy

was mailed via **FIRST CLASS U.S. MAIL, POSTAGE PREPAID** on the following:

Dino G. Petrocelli, *pro se*
129 Emery Court
Newark, DE 19711

_____
Jennifer Gimler Brady (Bar I.D. #2874)
Sarah E. DiLuzio (Bar I.D. #4085)
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE  19801
(302) 984-6000 (Telephone)
(302) 658-1192 (Facsimile)
sdiluzio@potteranderson.com (Email)