IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DINO G. PETROCELLI, )<br>)<br>Plaintiff, )<br>)<br>v. )   Civil Action No. 04-943-KAJ<br>)<br>DAIMLERCHRYSLER CORPORATION, )<br>)<br>Defendant. )<br>) | |

### ORDER

For the reasons set forth in the Memorandum Opinion issued in this matter today,

IT IS HEREBY ORDERED that the Motion for Summary Judgment is GRANTED as to the disparate treatment claim based on Plaintiff's discharge, GRANTED as to the retaliation claim, and DENIED in all other respects.

_____
UNITED STATES DISTRICT JUDGE

March 22, 2006
Wilmington, Delaware