

**Potter
Anderson
& Corroon** LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

**Sarah E. DiLuzio**
Attorney at Law
sdiluzio@potteranderson.com
302 984-6279 Direct Phone
302 658-1192 Fax

March 31, 2006

**ELECTRONIC FILING via CM/ECF**

The Honorable Kent A. Jordan
United States District Court
District of Delaware
844 King Street
Wilmington, Delaware 19801

        Re:    Dino Petrocelli v. Daimler Chrysler Corp.,
               C.A. No. 04-943 (KAJ)

Dear Judge Jordan:

     Pursuant to the Trial Management Order in the above referenced case, enclosed please find proposed jury instructions submitted by Defendant DaimlerChrysler Corporation. DaimlerChrysler understands the direction of this Court that jury instructions are to be filed as a joint effort among the parties. Despite DaimlerChrysler's best efforts, however, it was not able to confer with pro se plaintiff Dino Petrocelli to get his input regarding the jury instructions in time for this filing today. Counsel for DaimlerChrysler attempted several times to contact Mr. Petrocelli, but was unsuccessful. Therefore, DaimlerChrysler submits these proposed instructions as a defense-only filing.

     Nonetheless, DaimlerChrysler will continue its attempts to confer with Mr. Petrocelli and will file an amended set of proposed jury instructions, incorporating Mr. Petrocelli's comments, as soon as it is able to get those comments. DaimlerChrysler hopes to be able to make such a submission prior to the final pretrial conference, which is scheduled for Wednesday, April 5, 2006.

                                                    Respectfully,

                                                    Sarah E. DiLuzio
                                                    DE Bar I.D. 4085

Encl.
cc:  Clerk of the Court (Electronic filing via CM/ECF)
      Mr. Dino G. Petrocelli (First Class Mail, postage prepaid)