

Potter
Anderson
&Corroon LLP

1313 North Market Street
P O Box 951
Wilmington, DE 19899-0951
302 984-6000

www.potteranderson.com

**Sarah E. DiLuzio**
Attorney at Law
sdiluzio@potteranderson com
302 984-6279  Direct Phone
302 658-1192  Fax

April 7, 2006

**ELECTRONIC FILING via CM/ECF**

The Honorable Kent A. Jordan
United States District Court
District of Delaware
844 King Street
Wilmington, Delaware 19801

    Re: Dino Petrocelli v. Daimler Chrysler Corp.,
       C.A. No. 04-943 (KAJ)

Dear Judge Jordan:

  At the pretrial conference held on April 5, 2006, Your Honor requested defense counsels' trial calendars for the next several months in order to assist the Court in re-scheduling the 3 day trial in this matter.  In response to that request, please be aware that one or more counsel for Defendant DaimlerChrysler are unavailable for trial due to preexisting trial commitments on the following dates:

    May 8 through May 12
    May 30 through June 2

  Additionally, counsel have long-scheduled commitments that would prevent them from attending trial June 9 through June 18 and August 29 through August 31.  Defense counsel are otherwise available for the next four months at the Court's convenience.

  We appreciate the Court's willingness to attempt to accommodate our schedules.

     Respectfully,

     Sarah E. DiLuzio
     DE Bar I.D. 4085

The Honorable Kent A. Jordan
April 7, 2006
Page 2


cc:   Clerk of the Court (Electronic filing via CM/ECF)
      Mr. Dino G. Petrocelli (First Class Mail, postage prepaid)
      William C. Martucci, Esq.
      Kristen Aggeler Page, Esq.
      Jennifer Gimler Brady, Esq.

727042