April 10, 2006

Honorable Judge Jordan
United States District Court
District of Delaware
844 King Street, Lockbox 18
Wilmington, DE 19801



      RE: Dino Petrocelli Vs DaimlerChrysler, Corp.
          Case # 04-CV-943 KAJ

Honorable Judge Jordan,

      First of all, I want to apologize for presenting the attached exhibits so close to the Pre-trial hearing dated April 5, 2006.

      I am trying with all my efforts to comply with the court procedures, acting in Pro Se status to present a case that is worthy of trial in District Court. As you may know, I lack experience and knowledge in the legal field and it is my best interest to represent my case with all potential evidence. These exhibits were not in my initial presentation of evidence, but the information contained within these exhibits may demonstrate some significance to the case at trial.

      I was not permitted on DaimlerChrysler property to retrieve any original evidence that I kept in my storage locker along with my personal belongings. I want to demonstrate to this court, some of the depictions mentioned in my depositions. My storage locker at DaimlerChrysler was empty when the Human Resources Representative searched for my belongings that I requested during discovery. All my personal items therein were missing and I could not retrieve them. Please keep in mind that over three years had passed since I was discharged and that I was denied all access or entry on DaimlerChrysler property to collect any of my belongings including what may have been evidence in this case. Included in these exhibits are my renditions of the defamatory and discriminating depictions, the 2001 Delaware Census reports, certificates of program completion that show improvement of self esteem and life management skills, and certificates to prove my religious and ethnic background for court review.

      I pray that the court recognize the importance of allowing the attached exhibits numbered P0001 – P0020, to be presented in this case for proving or disproving facts at hand.

      I thank you in advance for the consideration given to this request.

                        Respectfully yours,

                        Dino Petrocelli