P0001

# Certificate of Achievement

Presented to

## Dino Petrocelli

For Successful Completion of the
Treatment Access Center (TASC) Program

The staff at the Treatment Access Center sincerely congratulates you upon completing the TASC program. We consider your many achievements during this period of time to be quite significant. It takes a great deal of effort and concentration to meet the demands and requirements of our program. You have made much progress and demonstrated significant strength of character and courage in successfully complying with these requirements.

Signed this 30th day of June, 2003

_____
Susan McLaughlin, Director

_____
Honorable Richard S. Gebelein
Associate Judge, Superior Court

_____
Rebecca P. Crowe, Case Manager
Treatment Access Center

FILED
APR 12 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

D00002

# CENTRAL DELAWARE TRAINING ACADEMY, INC.

## DINO G. PETROCELLI
129 Emery Court, Newark, DE 19711

has successfully completed EPA MAP & OSHA

## LEAD ABATEMENT WORKER TRAINING
I/A/W 40 CFR Part 745.225
and 29 CFR 1926.62, (l)
16 DEL Code Chapter 1, §122(3)(t) Section 83.204

(THE COURSE LENGTH IS 16 HOURS)

On  March 29th  and  March 30th , two thousand-five

DAVID T. STANLEY, PRESIDENT
RONALD S. HERCHA, VICE PRESIDENT

CDTA
P.O. BOX 1344
DOVER, DE 19903-1344
(302) 677-1534

EXAMINATION DATE: 033005   EXPIRATION DATE: 033007   ID NUMBER CLAW-05-0182

D0003



# Creative Mentoring®

Be it known that

## Dino Petrocelli

has completed

### Elements of Effective In-School Mentoring

A three and one-half hour training course for volunteers



Presented this 19th day of April 2005, this certification is valid through the year 2007

Celeste A. Hall
Assistant Director for Program Support

D00004

# child INC.

## Certificate of Achievement

This is to certify that ____Dino Petrocelli____ has completed the 12 hour Parent Education Course of Child Inc.'s **FAMILY SUPPORT AND PARENT EDUCATION PROGRAM**

____September 24th, 2002____
Date

_____
Instructor

_____Mary Crowley_____
Director
Family Support & Parent Education Program

S0005

# child INC.

## Certificate of Achievement

This is to certify that __DINO PETROCELLI__ has completed the 12 hour Parent Education Course of Child Inc.'s

**FAMILY SUPPORT AND PARENT EDUCATION PROGRAM**

__April 2, 2004__
Date

_Pam Denney_
Instructor

_Michele Ostafy_
Director
Family Support & Parent Education Program

D0006

**SPECTRUM BEHAVIORAL SERVICES**
**DISCHARGE REPORT**

Successful ✓ Unsuccessful ______ Other ______

Delaware Dept. of Correction Facility: CNOC

Program Participant Name: Dino Petrocelli SBI # 228386

Admission Date: 11/5/02

Discharge Date: 2/5/03

Incident: Client court stipulated to treatment due to history of alcohol and cocaine use and a legal charge of cocaine possession.

Date eligible for re-entry into program – as needed –

Overall progress while in a CMS program

Poor 1 2 3 4 (5) 6 7 8 9 10 Outstanding

Comments related to the above overview including details related to the discharge:
Client has been consistent in meeting all aftercare commitments. Although clients substance abuse patterns were not excessive he has embraced the AA/NA support system.

Counselor Chr / John [illegible] MSPC Date 2/6/03

Program Director [illegible signature] Date [illegible]-03

COPY

COPY

Rev. 4/99 Section IV

# Catholic Charities, Inc.

Fourth Street & Greenhill Avenue, P.O. Box 2610, Wilmington, Delaware 19805, Phone (302) 655-9624 • FAX (302) 655-9753

May 9, 2001

Off. Patricia Reed
Probation & Parole
Churchman Industrial Center
26 Parkway Circle
New Castle, DE 19720

Dear Off. Reed:

This will confirm that Mr. Dino Petrocelli (dob 5/9/71) has successfully completed the Domestic Violence Program at Catholic Charities, Inc. If you have any further questions, I can be reached at 302/655-9624 between 8:30 a.m. and 5 p.m., Monday through Friday.

Sincerely,

Sharon M. Tracy
Coordinator
Family Life Bureau

cc: Mr. Dino Petrocelli


P0007

P0008

OF THE ORIGINAL RECORD
ISSUED-WILMINGTON, DELAWARE
DATE DEC 1982

VITAL STATISTICS

2347 STATE FILE NO. 107- 71-003315

| | |
|---|---|
| New Castle DELAWARE | STATE Delaware COUNTY New Castle |
| Wilmington | CITY, TOWN OR LOCATION Wilmington ZIP CODE 19805 |
| NAME OF HOSPITAL OR INSTITUTION Wilm.Med.Cen.Gen.Div. YES [X] NO [ ] | STREET ADDRESS 206 Virginia Ave. YES [ ] NO [X] |

CHILD — NAME: Dino Guillermo Petruccelli
SEX: Male — Single [X] — DATE OF BIRTH: May 9, 1971 — 10:50P

FATHER — NAME: Carlo Luciano Petruccelli — COLOR OR RACE: White
AGE: 32 — BIRTHPLACE: Connecticut — Elec. - Metro Inc.

MOTHER — MAIDEN NAME: Marie Angeles Sanchez — COLOR OR RACE: White
AGE: 26 — BIRTHPLACE: Mexico City

MAILING ADDRESS: 206 Virginia Ave. "Greenbank" Wilmington Delaware 19805

NAME OF PHYSICIAN OR OTHER ATTENDANT AT BIRTH: Barrie Weisman M.D. — DATE SIGNED: 5/9/71

ADDRESS OF ATTENDANT AT BIRTH: 1100 S. Broom St. Wilm. Del.

DATE RECEIVED BY LOCAL REGISTRAR: MAY 17 1971 — LOCAL REGISTRAR'S SIGNATURE: Fotato B. Rose M.D.

[redacted]

D0009

*[Mexican identification card, rotated 180°:]*

SINDICATO DE TRABAJADORES FERROCARRILEROS DE LA R.M.
CONTROL DE IDENTIFICACION
CREDENCIAL QUE IDENTIFICA A

M.a. ANGELES SANCHEZ AGUILAR

NOMBRE APELLIDO PATERNO APELLIDO MATERNO
COMO FAMILIAR DEL TRABAJADOR
1er. GRUPO( )    X    ) 2do GRUPO( )

GUILLERMO SANCHEZ RODRIGUEZ

NOMBRE APELLIDO PATERNO APELLIDO MATERNO
MEXICO, D.F. 12 DE FEBRERO 1961
ALFREDO A. FABELA    EZEQUIEL ESCRUTIN P.    RODOLFO VR. DE SEC.
SECRETARIO GRAL. SRIO. GRAL. ORG. E.Y P. SRIO. GRAL. TESORERO

---

*[Certificate of Marriage, rotated 180°:]*

**Certificate of Marriage**
**State of Maryland**
CECIL COUNTY

LICENSE NO. 46091

I Hereby Certify, that on the 21 day of April, 1969, the following persons were united in marriage at Elkton, Maryland (City or Town), in accordance with the License of the Clerk of the Court in the jurisdiction shown above.

Groom's Name: Carlo L. Petrucelli    Age 30    Color W    Birthplace Conn. (State)
Residence: Wilmington, Delaware (Town or City) (County) (State)    Marital Status: Divorced

Bride's Name: Maria De Los Angeles Sanchez    Age 25    Color W    Birthplace Mexico (State)
Residence: Elkton, Cecil Co., Maryland    Marital Status: Never Married

Relationship to groom if any: None

Signature of Officiating Clergyman or Authorized Officer
Title and Church or Office
Address of Clergyman or Authorized Officer

License Date Nov. 19, 1968.

PASAPORTE
PASSPORT
PASSEPORT A - FIA-17

FILIACION DEL TITULAR

| | |
|---|---|
| APELLIDOS/SURNAMES/NOMS | ESTATURA |
| SANCHEZ DE PETRUCELLI | 1.62 MTS. |
| NOMBRES/GIVEN NAMES/PRENOMS | TEZ |
| MARIA DE LOS ANGELES | MORENA CLARA |
| FECHA DE NACIMIENTO/DATE OF BIRTH/DATE DE NAISSANCE | OJOS |
| 21 DE MAYO DE 1944. | CAFES CLARO |
| LUGAR DE NACIMIENTO/PLACE OF BIRTH/LIEU DE NAISSANCE | PELO |
| MEXICO, D.F. | CASTAÑA CLARO |
| SEXO/SEX/SEXE ESTADO CIVIL | SEÑAS PARTICULARES |
| MUJER CASADA | NINGUNA. |
| EXPEDIDO EL/ISSUED ON/DELIVRE LE/ | EXPIRA EL/EXPIRES ON/EXPIRE LE |
| 18 DE MARZO DE 1985 | 17 DE MARZO DE 1990 |

ESTE PASAPORTE FUE EXPEDIDO POR:

EN: CONSULADO DE MEXICO
PHILADELPHIA, PENNA.

FIRMA DEL TITULAR
HOLDER'S SIGNATURE
SIGNATURE DU TITULAIRE

JOSE LUIS ENCISO
Cónsul General de México

R00010

D008

# st. anthony of padua church
901 north dupont street
wilmington, delaware 19805

# CERTIFICATE of
☒ Baptism
○ First Communion
○ Confirmation

| | |
|---|---|
| Name | DINO GUILLERMO PETRUCELLI |
| Child of | Carlo Petrucelli |
| and of | Maria Sanchez |
| Date of Birth | May 9, 1970 |
| Date of Baptism | July 11, 1970 |
| First Communion | |
| Confirmation | |
| NOTATIONS: | None |

Rev. _[signature]_    ☒ Pastor
                     ☐ Asst. Pastor

Date November 22, 1976

D0013

| Summary Level | Area | Population 2000 | Hispanic 2000 | Population 1990 | Hispanic 1990 | % Change 1990-2000 |
|---|---|---|---|---|---|---|
| 40 | Delaware | 783600 | 37277 | 666168 | 15820 | 17.6% |
| 50 | Kent County | 126697 | 4069 | 110993 | 2540 | 14.1% |
| 50 | New Castle County | 500265 | 26293 | 441946 | 11804 | 13.2% |
| 50 | Sussex County | 156638 | 6915 | 113229 | 1476 | 38.3% |
| 160 | Arden village | 474 | 11 | 477 | 6 | -0.6% |
| 160 | Ardencroft village | 267 | 2 | 282 | 2 | -5.3% |
| 160 | Ardentown village | 300 | 1 | 325 | 3 | -7.7% |
| 160 | Bear CDP | 17593 | 968 | | | |
| 160 | Bellefonte town | 1249 | 15 | 1243 | 4 | 0.5% |
| 160 | Bethany Beach town | 903 | 12 | 326 | 0 | 177.0% |
| 160 | Bethel town | 184 | 1 | 178 | 0 | 3.4% |
| 160 | Blades town | 956 | 63 | 834 | 24 | 14.6% |
| 160 | Bowers town | 305 | 0 | 179 | 0 | 70.4% |
| 160 | Bridgeville town | 1436 | 239 | 1210 | 63 | 18.7% |
| 160 | Brookside CDP | 14806 | 827 | 15307 | 247 | -3.3% |
| 160 | Camden town | 2100 | 61 | 1899 | 47 | 10.6% |
| 160 | Cheswold town | 313 | 34 | 321 | 13 | -2.5% |
| 160 | Claymont CDP | 9220 | 385 | 9800 | 157 | -5.9% |
| 160 | Clayton town | 1273 | 17 | 1163 | 2 | 9.5% |
| 160 | Dagsboro town | 519 | 11 | 398 | 1 | 30.4% |
| 160 | Delaware City city | 1453 | 18 | 1682 | 22 | -13.6% |
| 160 | Delmar town | 1407 | 30 | 962 | 10 | 46.3% |
| 160 | Dewey Beach town | 301 | 16 | 204 | 1 | 47.5% |
| 160 | Dover city | 32135 | 1327 | 27630 | 778 | 16.3% |
| 160 | Dover Base Housing CDP | 3394 | 263 | 4376 | 230 | -22.4% |
| 160 | Edgemoor CDP | 5992 | 163 | 5853 | 100 | 2.4% |
| 160 | Ellendale town | 327 | 15 | 313 | 3 | 4.5% |
| 160 | Elsmere town | 6800 | 701 | 5935 | 205 | -2.3% |
| 160 | Farmington town | 75 | 0 | 122 | 0 | -38.5% |
| 160 | Felton town | 784 | 17 | 683 | 9 | 14.8% |
| 160 | Fenwick Island town | 342 | 9 | 186 | 0 | 83.9% |
| 160 | Frankford town | 714 | 148 | 591 | 1 | 20.8% |
| 160 | Frederica town | 648 | 21 | 761 | 27 | -14.8% |
| 160 | Georgetown town | 4643 | 1473 | 3732 | 75 | 24.4% |
| 160 | Glasgow CDP | 12840 | 386 | | | |
| 160 | Greenville CDP | 2332 | 55 | | | |
| 160 | Greenwood town | 837 | 24 | 578 | 9 | 44.8% |
| 160 | Harrington city | 3174 | 80 | 2311 | 21 | 37.3% |
| 160 | Hartly town | 78 | 2 | 107 | 1 | -27.1% |
| 160 | Henlopen Acres town | 139 | 0 | 107 | 0 | 29.9% |
| 160 | Highland Acres CDP | 3379 | 87 | 3151 | 73 | 7.2% |
| 160 | Hockessin CDP | 12902 | 257 | | | |
| 160 | Houston town | 430 | 20 | 487 | 16 | -11.7% |
| 160 | Kent Acres CDP | 1637 | 75 | 1807 | 24 | -9.4% |
| 160 | Kenton town | 237 | 11 | 232 | 5 | 2.2% |
| 160 | Laurel town | 3668 | 85 | 3226 | 43 | 13.7% |
| 160 | Leipsic town | 203 | 5 | 236 | 0 | -14.0% |

D0013

| | | | | | |
|---|---|---|---|---|---|
| 160 Lewes city | 2932 | 49 | 2295 | 10 | 27.8% |
| 160 Little Creek town | 195 | 7 | 167 | 0 | 16.8% |
| 160 Long Neck CDP | 1629 | 8 | 986 | 2 | 83.9% |
| 160 Magnolia town | 226 | 7 | 211 | 2 | 7.1% |
| 160 Middletown town | 6161 | 326 | 3834 | 54 | 60.7% |
| 160 Milford city | 6732 | 594 | 6040 | 225 | 11.5% |
| 160 Millsboro town | 2360 | 73 | 1643 | 11 | 43.6% |
| 160 Millville town | 269 | 2 | 206 | 0 | 25.7% |
| 160 Milton town | 1657 | 148 | 1417 | 77 | 16.9% |
| 160 Newark city | 28547 | 721 | 25088 | 370 | 13.7% |
| 160 New Castle city | 4862 | 117 | 4837 | 61 | 0.5% |
| 160 Newport town | 1122 | 152 | 1240 | 29 | -9.5% |
| 160 North Star CDP | 8277 | 97 | | | |
| 160 Ocean View town | 1006 | 12 | 606 | 1 | 66.0% |
| 160 Odessa town | 286 | 3 | 303 | 0 | -5.6% |
| 160 Pike Creek CDP | 19751 | 511 | 10163 | 162 | 94.3% |
| 160 Rehoboth Beach city | 1495 | 14 | 1234 | 19 | 21.2% |
| 160 Rising Sun-Lebanon CDP | 2458 | 146 | 2177 | 106 | 12.9% |
| 160 Riverview CDP | 1583 | 36 | 1138 | 15 | 39.1% |
| 160 Rodney Village CDP | 1602 | 100 | 1745 | 70 | -8.2% |
| 160 Seaford city | 6699 | 285 | 5689 | 74 | 17.8% |
| 160 Selbyville town | 1645 | 347 | 1335 | 25 | 23.2% |
| 160 Slaughter Beach town | 198 | 0 | 114 | 0 | 73.7% |
| 160 Smyrna town | 5679 | 194 | 5231 | 131 | 8.6% |
| 160 South Bethany town | 492 | 0 | 148 | 3 | 232.4% |
| 160 Townsend town | 346 | 9 | 322 | 3 | 7.5% |
| 160 Viola town | 156 | 3 | 153 | 1 | 2.0% |
| 160 Wilmington city | 72664 | 7148 | 71529 | 5072 | 1.6% |
| 160 Wilmington Manor CDP | 8262 | 1071 | 8568 | 9 | -3.6% |
| 160 Woodside town | 184 | 2 | 140 | 4 | 31.4% |
| 160 Woodside East CDP | 2174 | 52 | 1655 | 99 | 31.4% |
| 160 Wyoming town | 1141 | 29 | 977 | 1 | 16.8% |

P0014

| Area | 2000 Total Population | 2000 Total Age 0-17 | 2000 Total Age 18+ | 2000 Percent 0-17 | 2000 Hispanic Population |
|---|---|---|---|---|---|
| Delaware | 783600 | 194587 | 589013 | 24.83% | 37277 |
| Kent County | 126697 | 34533 | 92164 | 27.26% | 4069 |
| Central Kent CCD | 18267 | 5557 | 12710 | 30.42% | 541 |
| Dover CCD | 66555 | 17541 | 49014 | 26.36% | 2423 |
| Felton CCD | 5493 | 1508 | 3985 | 27.45% | 105 |
| Harrington CCD | 10352 | 2922 | 7430 | 28.23% | 204 |
| Kenton CCD | 5337 | 1535 | 3802 | 28.76% | 84 |
| Milford North CCD | 8786 | 2304 | 6482 | 26.22% | 434 |
| Smyrna CCD | 11907 | 3166 | 8741 | 26.59% | 278 |
| New Castle County | 500265 | 124749 | 375516 | 24.94% | 26293 |
| Brandywine CCD | 78620 | 18045 | 60575 | 22.95% | 1631 |
| Central Pencader CCD | 32096 | 9634 | 22462 | 30.02% | 985 |
| Greater Newark CCD | 67114 | 13459 | 53655 | 20.05% | 3388 |
| Lower Christiana CCD | 36250 | 8788 | 27462 | 24.24% | 3432 |
| Middletown-Odessa CCD | 29682 | 8373 | 21309 | 28.21% | 723 |
| New Castle CCD | 82021 | 22533 | 59488 | 27.47% | 5423 |
| Piedmont CCD | 29388 | 7598 | 21790 | 25.85% | 498 |
| Pike Creek-Central Kirkwood CCD | 42312 | 9709 | 32603 | 22.95% | 1840 |
| Red Lion CCD | 5589 | 1538 | 4051 | 27.52% | 156 |
| Upper Christiana CCD | 24529 | 6279 | 18250 | 25.60% | 1069 |
| Wilmington CCD | 72664 | 18793 | 53871 | 25.86% | 7148 |
| Sussex County | 156638 | 35305 | 121333 | 22.54% | 6915 |
| Bridgeville-Greenwood CCD | 9462 | 2699 | 6763 | 28.52% | 486 |
| Georgetown CCD | 11811 | 2662 | 9149 | 22.54% | 2078 |
| Laurel-Delmar CCD | 20410 | 5412 | 14998 | 26.52% | 335 |
| Lewes CCD | 21517 | 3441 | 18076 | 15.99% | 387 |
| Milford South CCD | 16525 | 4324 | 12201 | 26.17% | 789 |
| Millsboro CCD | 19558 | 3886 | 15672 | 19.87% | 539 |
| Milton CCD | 10611 | 2422 | 8189 | 22.83% | 464 |
| Seaford CCD | 22498 | 6070 | 16428 | 26.98% | 784 |
| Selbyville-Frankford CCD | 24246 | 4389 | 19857 | 18.10% | 1053 |

D0015

| % Change 1990-2000 |
|---|
| 135.6% |
| |
| 60.2% |
| 122.7% |
| 368.5% |
| |
| 83.3% |
| 0.0% |
| -66.7% |
| |
| 275.0% |
| |
| 162.5% |
| |
| 279.4% |
| 234.8% |
| 29.8% |
| 161.5% |
| 145.2% |
| 750.0% |
| 1000.0% |
| -18.2% |
| 200.0% |
| 1500.0% |
| 70.6% |
| 14.3% |
| 63.0% |
| 400.0% |
| 242.0% |
| |
| 183.3% |
| |
| 14700.0% |
| -22.2% |
| 1864.0% |
| |
| 300.0% |
| 281.0% |
| 100.0% |
| |
| 19.2% |
| |
| 25.0% |
| 212.5% |
| 120.0% |
| 97.7% |

The News Journal, Wilmington, Del.

ONLINE POLL delawareonline.com

Q. Should bartenders be liable for conduct of customers who leave drunk?

YESTERDAY'S QUESTION

Q. Where will you spend your vacation this year?
Delaware: 26% Elsewhere: 47% Both: 28%

# Local Business

Friday, April 1, 2005 • • Section B

Woman found guilty of owning unsafe dog B3
Police report B3
Obituaries B4, B5

News tips for Local: newsdesk@delawareonline.com
[illegible] editor Greg Burton, 324-2882

BEAR · GLASGOW · DELAWARE CITY · MIDDLETOWN [illegible] COUNTY, MD.

# Judge sets Capano's execution for June 7

## Appeals make it unlikely he'll die that day

By ESTEBAN PARRA
The News Journal

WILMINGTON — A Superior Court judge Thursday set June 7 as the date convicted killer Thomas J. Capano will be executed for the 1996 murder of Anne Marie Fahey.

The previous execution date was stayed because of Capano's appeal, and it is unlikely the former prosecutor will be executed on the new date.

"He has 30 days to file an appeal with the Delaware Supreme Court, and that's what's going to happen," said Capano's attorney, Joseph M. Bernstein. "Just about any day he set within reason is academic."

Earlier this month, Sussex County Resident Judge T. Henley Graves denied Capano's motions for postconviction relief, rejecting arguments that Capano had ineffective legal counsel at trial and that his death sentence should be set aside because of a recent U.S. Supreme Court ruling.

Thomas J. Capano

Capano had argued that the Supreme Court's ruling in Ring v. Arizona in 2002 required juries to unanimously recommend the death sentence. The jury in Capano's case did not.

"It is the sentence of this court that you shall be kept in the custody of the Department of Correction until ... Tuesday, June 7, 2005, and on that day between the hours of 12 a.m. and 3 a.m., you shall be ... injected intravenously with a substance or substances in a lethal quantity sufficient to cause death until you are dead," Graves said Thursday.

As Graves passed the sentence, Bernstein stood next to Capano, who has gained weight in prison. Capano's feet were shackled and he wore an orange jumpsuit and had a white beard.

For the most part, he only whispered to Bernstein. But when Graves denied Capano's request to hear any future sentencings over Videophone, Capano blurted: "We did before."

Graves explained that because of the magnitude of the death penalty, he felt it was important that he be present.

"If this occurs again, I will expect sentencing to take place in open court, with the defendant present and counsel present," Graves said.

Capano, who suffers from the stomach disorder colitis, has been requesting not to be present at his sentencings. "He has some fairly well-documented health problems," Bernstein said. "When you come up here ... they get you up at four in the morning and you don't eat. For somebody with health problems that's difficult."

Capano was convicted of the 1996 murder of Fahey, 30, who was the scheduling secretary for then-Gov. Tom Carper, now a U.S. senator.

Contact Esteban Parra at 324-[illegible]
or eparra@delawareonline.com.

ONLINE

Find previous coverage at www.delawareonline.com.

# Solicitor: Wilmington unions bill is not legal

## Projects proposal would restrict hiring

By ADAM TAYLOR
The News Journal

Wilmington's solicitor has ruled that a proposed law that would require city-funded public works projects costing more than $100,000 to use mostly union employees is illegal, officials said Thursday.

Councilman Kevin F. Kelley Sr., who sponsored the "project labor agreement" bill, said he accepts Solicitor John Sheridan's ruling for now and would not bring his bill to a vote.

Sheridan said the project labor agreements would violate a city law requiring that Wilmington award public works

# Making a house, making a difference

# Worker held in second explosion

## Suspect in Newark dry ice blast still being sought

By TERRI SANGINITI
The News Journal

Newark police have charged a 27-year-old Bear man with creating an explosive device that detonated at DaimlerChrysler's parts and distribution center in the hours prior to Wednesday morning's dry ice explosion.

The initial incident went unreported until Newark police were called out shortly before 9 a.m. to investigate the dry ice explosion, Newark police Lt. Susan Poley said Thursday.

P0016

@A017

# Worker held in second explosion

## Suspect in Newark dry ice blast still being sought

By TERRI SANGINITI
The News Journal

Newark police have charged a 27-year-old Bear man with creating an explosive device that detonated at DaimlerChrysler's parts and distribution center in the hours prior to Wednesday morning's dry ice explosion.

The initial incident went unreported until Newark police were called out shortly before 9 a.m. to investigate the dry ice explosion, Newark police Lt. Susan Poley said Thursday.



Daniel R. Zeno

The person responsible for touching off the 9 a.m. blast, which left five employees slightly injured, is still being sought.

Newark police charged Daniel R. Zeno, of the 3000 block of Christiana Meadows in Stanton, with one count each of felony possession of an incendiary device, felony first-degree reckless endangering and felony purchasing, owning, possessing or controlling a deadly weapon by a person prohibited.

Zeno was released after posting $8,000 bail.

"He was charged with an incident, but not the one that prompted all the police and fire activity," Poley said. "We think there were some things going on prior to the explosion, but they went unreported until there were injuries and police were called in."

Poley said Zeno created an explosive device using items from around the plant, Zeno,

See EXPLOSION — B2

## Explosion: Co-worker saw suspect

FROM PAGE B1

who is a worker on the second shift, was suspended from the job and barred from the plant after his arrest, Chrysler Group spokesman David Elshoff said.

According to court records, officers responding to the 9 a.m. blast — which broke two windows — discovered two incendiary devices made from dry ice and soda bottles. Three more devices were found around the plant at 550 S. College Ave.

The records did not indicate whether any of those devices were linked to the 9 a.m. explosion.

When investigators questioned employees, one person reported seeing a fellow worker "on an electric transportation cart with a plastic soda bottle that was smoking," police said. The witness then saw the man "seal the top and throw the bottle." The device did not explode.

But several minutes later, the witness reported seeing the same man throw another bottle and run away. This time, the bottle exploded. The building was occupied by 30 employees at the time.

The suspect was later identified through a photo lineup as Zeno, police said.

Newark police are asking anyone with information on the explosion to call Detective Paul Keld at 866-7110, ext. 186, or Delaware Crime Stoppers at (800) TIP-3333.

Contact Terri Sanginiti at 324-7771 or tsanginiti@delawareonline.com.

# PLAINTIFF RENDITION OF OFFENSIVE DEPICTIONS

**DEPICTION # 1**

JAIL
DINO SNAKE

DEPICTION # 1 WAS PUBLICLY DISPLAYED ON MEN'S LAVATORY STALL USED BY PLAINTIFF'S COWORKERS IN MOPAR PARTS PLANT OF NEWARK, DELAWARE, FOR MONTHS PRIOR TO PLAINTIFF'S DICHARGE AND REMAINED ON STALL MONTHS AFTER PLAINTIFF'S DISCHARGE. DEPICTION # 1 IS AS CLOSE TO DETAIL AS POSSIBLE TO THE ORIGINAL. DEPICTION # 1 IS TO BE SUBMITTED AS EVIDENCE FOR TRIAL.

P0018

# PLAINTIFF RENDITION OF
# OFFENSIVE DEPICTIONS



DEPICTION # 2

DEPICTION # 2 WAS PUBLICLY DISPLAYED ON WORK EQUIPMENT THAT WAS USED THROUGHOUT MOPAR PARTS PLANT OF NEWARK, DELAWARE, BY PLAINTIFF'S COWORKERS. OTHER SIMILAR RENDITIONS OF DEPICTION # 2 WERE PUBLICLY DISPLAYED ON WORK EQUIPMENT THROUGHOUT PLAINTIFF'S EMPLOYMENT WITH DAIMLERCHRYSLER. DEPICTION # 2 IS AS CLOSE TO DETAIL AS POSSIBLE TO THE ORIGINAL. DEPICTION # 2 IS TO BE SUBMITTED AS EVIDENCE FOR TRIAL.

## PLAINTIFF RENDITION OF
## OFFENSIVE DEPICTIONS

DEPICTION #3



DEPICTION #3 WAS PUBLICLY DISPLAYED ON WORK EQUIPMENT THAT WAS USED THROUGHOUT MOPAR PARTS PLANT OF NEWARK, DELAWARE, BY PLAINTIFF'S COWORKERS. DEPICTION #3 WAS PUBLICLY DISPLAYED ON WORK EQUIPMENT DURING PLAINTIFF'S EMPLOYMENT WITH DAIMLERCHRYSLER. DEPICTION #3 IS AS CLOSE TO DETAIL AS POSSIBLE TO THE ORIGINAL. DEPICTION #3 IS TO BE SUBMITTED AS EVIDENCE FOR TRIAL.