IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DINO G. PETROCELLI | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | Case No. |
| | ) 04-CV-943-KAJ | |
| | ) | |
| DAIMLERCHRYSLER CORPORATION | ) | |
| | ) | |
| | ) | |
| Defendant, | | |

### LIST OF WITNESSES TO SUBPOENA FOR TRIAL

I, Dino Petrocelli, Plaintiff in the aforementioned case, wish to submit the following list of witnesses to appear at trial by Subpoena.

1. Julius T. Gooden, Janitorial Superintendant at DaimlerChrysler Corporation at time of plaintiff's employment at Mopar Parts Depot, 1 Mopar Dr., Newark, DE 19713. Phone # (302) 453-5620. Witness to mistreatment of plaintiff and observed defamatory depictions of plaintiff on DaimlerChrysler Corp. property.

2. Shannon Logan, Former picker/ packer at DaimlerChrysler Corporation at time of plaintiff's employment at Mopar Parts Depot, 1 Mopar Dr., Newark, DE 19713. Phone # (302) 453-5620. Last known adress was 2224 Old Field Point Rd., Elkton, MD 21299. Last known phone # was (410) 398-5296. Witness to mistreatment of plaintiff and observed defamatory depictions of plaintiff on DaimlerChrysler Corp. property.

3. Mark Eshwick, picker/ packer at DaimlerChrysler Corporation at time of plaintiff's employment at Mopar Parts Depot, 1 Mopar Dr., Newark, DE 19713. Phone # (302) 453-5620. Witness to mistreatment of plaintiff and observed defamatory remarks directed at plaintiff and other employees of Mopar Parts Depot without corrective action taken against offenders who were also employees of Mopar Parts Depot, on DaimlerChrysler Corp. property.

4. Jeanie Patchel, picker/ packer at DaimlerChrysler Corporation at time of plaintiff's employment at Mopar Parts Depot, 1 Mopar Dr., Newark, DE 19713. Phone # (302) 453-5620. Witness to mistreatment of plaintiff and

observed defamatory remarks directed at plaintiff and other employees of Mopar Parts Depot without corrective action taken against offenders who were also employees of Mopar Parts Depot, on DaimlerChrysler Corp. property.

5. Justin Mikulski., Local 404 Union Representative at DaimlerChrysler Corporation at time of plaintiff's employment at Mopar Parts Depot, 1 Mopar Dr., Newark, DE 19713. Phone # (302) 453-5620. Witness to mistreatment of plaintiff and observed defamatory depictions of plaintiff on DaimlerChrysler Corp. property.

By: _____
Dino G. Petrocelli
129 Emery Court
Newark, DE 19711
(302) 894-1496 or
(302) 897-5167cell

Cc: Jennifer Gimler Brady(Del.I.D.2874)
   Sarah E. DiLuzio (Del. I.D. 4085)
   Hercules Plaza, Sixth Floor
   1313 North Market Street
   P.O. Box 951
   Wilmington, DE 19899
   (302) 984-6000

*Attorneys for DaimlerChrysler Corporation*

## CERTIFICATE OF SERVICE

I, Dino Petrocelli, hereby certify that this 12th day of

April 2006, that two(2) true and correct copies of the foregoing **List of Witnesses**

to **Subpoena for Trial** were served in the manner indicated on the

following :

### VIA Fascimile/1st Class Certified Mail

To; William Martucci
Kristen Page
2555 Grand Boulevard
Kansas City, Missouri 64108-2613

Attorneys for Daimler Chrysler Corporation

DINO PETROCELLI
129 Emery Court
Newark, DE 19711
(302) 894-1496

*Pro Se*

## CERTIFICATE OF SERVICE

I, Dino Petrocelli, hereby certify that this 12th day of April 2006, that two(2) true and correct copies of the foregoing **List of Witnesses to Subpoena for Trial** were served in the manner indicated on the following :

### VIA Fascimile/1st Class Certified Mail

TO:

| | |
|---|---|
| Cc; Jennifer Gimler Brady(Del. I.D. 2874)<br>Sarah E. DiLuzio(Del. I.D. 4085)<br>Hercules Plaza, Sixth Floor<br>1313 North Market St.<br>P.O. Box 951<br>Wilmington, DE 19899<br>(302) 984-6000 | Kristin Page<br>William Martucci<br>2555 Grand Boulevard<br>Kansas City, MI 64108-2613<br>816-474-6550 |

Attorneys for Daimler Chrysler Corporation

DINO PETROCELLI
129 Emery Court
Newark, DE 19711
(302) 894-1496

*Pro Se*