# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

CHAMBERS OF
KENT A. JORDAN
DISTRICT JUDGE

LOCKBOX 10
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801

April 13, 2006

Mr. Dino G. Petrocelli
129 Emery Court
Newark, DE   19711

   Re:   Dino G. Petrocelli v. DiamlerChrysler, Corp.
         Civil Action No. 04-943-KAJ

Dear Mr. Petrocelli:

   Yesterday you filed a "List of Witnesses to Subpoena for Trial." I write to remind you that you will be responsible for serving subpoenas on witnesses you wish to have appear on your behalf at the trial. To the extent the document you filed yesterday was intended to request that someone other than you be responsible for obtaining subpoenas, properly filling them out, and having them served, that request must be denied. The responsibility remains yours to see that witnesses you wish to have at the trial are properly served with subpoenas.

   On a related topic, I have been waiting for you to provide information about your schedule over the next 4 months so that the trial can be set for a date certain. Please provide your scheduling information no later than April 21, 2006.

                                        Very truly yours,

                                        Kent A. Jordan

KAJ:cas
cc   Clerk of the Court
     Jennifer Gimler Grady, Esq.