April 21, 2006

Honorable Judge Jordan
United States District Court
District of Delaware
844 King Street, Lockbox 18
Wilmington, DE 19801

        RE: Dino Petrocelli Vs DaimlerChrysler, Corp.
        Case # 04-CV-943 KAJ

Honorable Judge Jordan,

    After reviewing my personal schedule for the next four months, I can attend trial as required on any dates the court wishes to schedule, excluding the last Tuesday and Wednesday of each month, which fall on May 30th and 31st, June 27th and 28th, July 25th and 26th, and August 29th and 30th. On these dates, it is extremely important that I am present at work in the Town of Middletown Meter Department for the purpose of utility disconnects and reconnects for the residents of the Town of Middletown. Also, please keep in mind, that I am in the process of Subpoenaing witnesses for this case and am attempting to do so in a timely and efficient manner as possible.

                                    Respectfully yours,
                                    Dino Petrocelli

## CERTIFICATE OF SERVICE

I, Dino Petrocelli, hereby certify that this 21st day of April 2006, that two(3) true and correct copies of the foregoing letter to Judge Jordan regarding trial re-schedule were served in the manner indicated on the following :

### VIA Electronic Mail

TO:

| | |
|---|---|
| Cc; Jennifer Gimler Brady(Del. I.D. 2874)<br>Sarah E. DiLuzio(Del. I.D. 4085)<br>Hercules Plaza, Sixth Floor<br>1313 North Market St.<br>P.O. Box 951<br>Wilmington, DE 19899<br>(302) 984-6000<br>jbrady@potteranderson.com<br>sdiluzio@potteranderson.com | Kristin Page<br>William Martucci<br>2555 Grand Boulevard<br>Kansas City, MI 64108-2613<br>816-474-6550<br><br>kpage@shb.com |

Attorneys for Daimler Chrysler Corporation

DINO PETROCELLI
129 Emery Court
Newark, DE 19711
(302) 894-1496

*Pro Se*