IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DINO G. PETROCELLI,           )<br>                               )<br>        Plaintiff,            )<br>                               )<br>    v.                         )<br>                               )<br>CHRYSLER CORPORATION,          )<br>                               )<br>        Defendant.             )<br>                               ) | Civil Action No. 04-943-KAJ |

**AMENDED SCHEDULING ORDER**

At Wilmington this 3rd day of May, 2006,

IT IS HEREBY ORDERED that the Court's Scheduling Order dated March 31, 2005 (D.I. 31) is amended as follows:

1. <u>Trial</u>. This matter is scheduled for a 3 day jury trial beginning at 9:30 a.m. on July 17, 2006. For the purpose of completing pretrial preparations, counsel should plan on each side being allocated a total of 7 hours to present their case.

All other deadlines as set forth in the Court's March 31, 2005 Scheduling Order (D.I. 31) shall remain in effect.

_____
UNITED STATES DISTRICT JUDGE