IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DINO G. PETROCELLI, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) Civil Action No. 04-943-KAJ |
| CHRYSLER CORPORATION, | ) ) ) |
| Defendant. | ) ) |

### ORDER

The court will hold a pretrial conference in the captioned action on **May 30, 2006** beginning at 4:00 p.m. in courtroom 6-A, 6th Floor, J. Caleb Boggs Federal Building, Wilmington, Delaware.

_____
UNITED STATES DISTRICT JUDGE

May 17, 2006
Wilmington, Delaware