

# Potter
# Anderson
# & Corroon LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

**Sarah E. DiLuzio**
Attorney at Law
sdiluzio@potteranderson.com
302 984-6279 Direct Phone
302 658-1192 Fax

May 18, 2006

**ELECTRONIC FILING via CM/ECF**

The Honorable Kent A. Jordan
United States District Court
District of Delaware
844 King Street
Wilmington, Delaware 19801

Re:   Dino Petrocelli v. Daimler Chrysler Corp.,
      C.A. No. 04-943 (KAJ)

Dear Judge Jordan:

I write in regard to the Court's Order of May 17, 2006 (D.I. 78), scheduling a pretrial conference in this matter for May 30, 2006 at 4:00 p.m. Lead counsel in this case, Mr. Martucci and Ms. Page, will be in trial that day in another matter and are thus unable to attend the pretrial conference. Ms. Brady and I are, however, able to appear on behalf of Defendant DaimlerChrysler Corporation. With the Court's permission, we can conduct the pretrial conference without the participation of Mr. Martucci and Ms. Page. In the alternative, we request that the pretrial conference be postponed.

Counsel are available at the Court's convenience if Your Honor has any questions.

Respectfully,

Sarah E. DiLuzio
DE Bar I.D. 4085

cc:   Clerk of the Court (Electronic filing via CM/ECF)
      Mr. Dino G. Petrocelli (First Class Mail, postage prepaid)
      William C. Martucci, Esq.
      Kristen Aggeler Page, Esq.
      Jennifer Gimler Brady, Esq.
732869