

**Potter Anderson & Corroon LLP**

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

**Sarah E. DiLuzio**
Attorney at Law
sdiluzio@potteranderson.com
302 984-6279 Direct Phone
302 658-1192 Fax

May 23, 2006

### ELECTRONIC FILING via CM/ECF

The Honorable Kent A. Jordan
United States District Court
District of Delaware
844 King Street
Wilmington, Delaware 19801

      Re:    Dino Petrocelli v. Daimler Chrysler Corp.,
              C.A. No. 04-943 (KAJ)

Dear Judge Jordan:

    I write to inform the Court that the parties have reached an agreement to resolve the above-referenced matter. We are in the process of reducing the settlement to writing and will file a Stipulation of Dismissal promptly once the settlement is final.

    In light of this development, the pretrial conference scheduled for May 30, 2006 at 4:00 p.m. is no longer necessary. Absent direction by the Court to the contrary, counsel for Defendant will not be present.

    Counsel are available at the Court's convenience if Your Honor has any questions.

                                       Respectfully,

                                       Sarah E. DiLuzio
                                       DE Bar I.D. 4085

cc:  Clerk of the Court (Electronic filing via CM/ECF)
      Mr. Dino G. Petrocelli (First Class Mail, postage prepaid)
      William C. Martucci, Esq.
      Kristen Aggeler Page, Esq.
      Jennifer Gimler Brady, Esq.
733640