IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DINO G. PETROCELLI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 04-CV-943-KAJ |
| | ) |
| DAIMLERCHRYSLER CORPORATION, | ) |
| | ) |
| Defendant. | ) |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW *pro se* plaintiff Dino G. Petrocelli and defendant DaimlerChrysler Corporation, by and through its counsel, and pursuant to Fed. R. Civ. P. 41(a)(1), hereby jointly stipulate to the dismissal of this entire action with prejudice, with each party to bear his or its own costs and fees.

2024159v1

Respectfully submitted by:

*/s/ Dino Petrocelli* 6/29/06
PLAINTIFF DINO G. PETROCELLI

and

POTTER ANDERSON & CORROON LLP

By */s/ Sarah E. DiLuzio*
Jennifer Gimler Brady (Bar I.D. #2874)
Sarah E. DiLuzio (Bar I.D. #4085)
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19801
Tel: 302-984-6000
Fax: 302-658-1192

and

SHOOK HARDY & BACON LLP

William C. Martucci, Mo. #28237
Kristen Aggeler Page, Mo. #50852
2555 Grand Blvd.
Kansas City, Missouri 64108-2613
Tel: 816-474-6550
Fax: 816-421-5547

*Attorneys for DaimlerChrysler Corporation*

Dated: ~~June~~ July 11, 2006

2024159v1